EXHIBIT A

# Corporations Division

## Business Entity Summary

ID Number: 043542015    **Request certificate**    **New search**

Summary for: BOSTON SPORTS MEDICINE, INC.

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** | BOSTON SPORTS MEDICINE, INC. |
| **The name was changed from:** ALLSTON-BRIGHTON PHYSICAL THERAPY, INC. **on** 11-19-2003 | |
| **Entity type:** Domestic Profit Corporation | |
| **Identification Number:** 043542015 | **Old ID Number:** 000733521 |
| **Date of Organization in Massachusetts:** 01-01-2001 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 12/31 | **Previous Fiscal Month/Day:** 00/00 |

**The location of the Principal Office:**

Address: 1 BRAINTREE STREET

City or town, State, Zip code, Country:    ALLSTON, MA 02134 USA

**The name and address of the Registered Agent:**

Name:    MICHAEL J. VELSMID

Address:    48 AUSTIN STREET

City or town, State, Zip code, Country:    CHARLESTOWN, MA 02129 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | MICHAEL JOHN VELSMID III | 48 AUSTIN STREET CHARLESTOWN, MA 02129 USA |
| TREASURER | MICHAEL JOHN VELSMID III | 48 AUSTIN STREET CHARLESTOWN, MA 02129 USA |
| SECRETARY | JULIA V VELSMID | 48 AUSTIN STREET CHARLESTOWN, MA 02129 USA |
| DIRECTOR | MICHAEL JOHN VELSMID III | 48 AUSTIN STREET CHARLESTOWN, MA 02129 USA |

**Business entity stock is publicly traded:**  ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| | | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| Class of Stock | Par value per share | No. of shares | Total par value | No. of shares |

| CWP | $ 0.01 | 200,000 | $ 2000.00 | 99,999 |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

**View filings for this business entity:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender

**View filings**

**Comments or notes associated with this business entity:**

**New search**