EXHIBIT B

64931

Fee: $50.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## APPLICATION FOR REGISTRATION OF A SERVICE MARK
(General Laws, Chapter 110B, Section 2)

1. Name of applicant: Michael J. Velsmid for Boston Sports Medicine, Inc

2. (a) Principal business address: Boston Sports Medicine, Inc., P.O. Box 322, Allston, MA 02134

   (b) *Business address in Massachusetts, if any: 556 Cambridge St., #5, Allston, MA 02134

   903343

3. State whether applicant is an individual, partnership, corporation, union or association: Corporation

4. If a corporation, the state of incorporation is: Massachusetts

5. Describe mark: Boston Sports Medicine logo includes the name "Boston Sports Medicine" integrated with the image of an athlete (see attached). The name, Boston Sports Medicine used separately from the logo

6. Describe the specific services in connection with which the mark is used:
   Physical therapy, muscular therapy, massage therapy, medical care

7. Class No.: 35

8. The mark is used by displaying it:

   ☒ in advertisements of the service
   ☒ on documents, wrappers, or articles delivered
   ☒ in other fashions (explain): Signage, business cards
   ☒ in connection with the services rendered   Web site

9. Date of first use of mark by applicant or predecessor. If first use of mark was in Massachusetts, use the same date in both (a) and (b).

   (a) Anywhere: 6/30/2003

   (b) In Massachusetts: 6/30/2003

10. If either of the above first uses was by a predecessor of the applicant, state which use or uses were by a predecessor and identify that predecessor:

State of: MA
County of: Suffolk

Name of applicant: Michael J Velsmid
Signature of applicant: [signature]
Title: President

*Note: This document must be notarized – see reverse side.*
*Fill in only if principal business address is not in Massachusetts*

110bcrsm 12/10/03

Michael J. Velsmid , being duly sworn, deposes and says that he is the **Same as** of the above named applicant, that the statements contained in the foregoing statement are true and that he verily believes that said applicant is the owner of the mark sought to be registered and that no other person has the right in the Commonwealth of Massachusetts to use such mark either in the identical form thereof, or in such near resemblance thereto, as to be likely, when applied to the goods or services of such person, to cause confusion or to cause mistake or to deceive.

SUBSCRIBED and sworn to before me this 15th day of October, 20 04.

Evelina Gershonova
(Notary Public)

[Notary Seal: EVELINA GERSHONOVA, MY COMMISSION EXPIRES MAY 21, 2010, COMMONWEALTH OF MASSACHUSETTS, NOTARY PUBLIC]

*Please print the name and address in the space provided below of the person to whom you wish this application to be sent.

---

**CERTIFICATE OF REGISTRATION OF A SERVICE MARK**

General Laws, Chapter 110B, Section 4

Filed with
William Francis Galvin,
Secretary of the Commonwealth
and Secretary's Certificate of Record issued on:

this 19th of October, 20 04

Ck # 1074

William Francis Galvin

CASHIERS
SECRETARY'S OFFICE

FEE PAID
$ 50.—

---

William Francis Galvin
Secretary of the Commonwealth
Trademark Section

[Logo: Boston Sports Medicine]

Michael Velsmid
Boston Sports Medicine
P.O. Box 322
Allston, MA 02134