EXHIBIT C



**TMR**
**SMR**

Filing Fee $50.00 per class
5 year renewal period

# The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
**(General Laws Chapter 110H, Section 6)**

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____
              *Last*                    *First*                  *Middle*

Business address: _____
                  *Number*              *Street*

_____
*City*                          *State*                    *Zip*

**or**

b) Business Organization: Boston Sports Medicine, Inc. _____

Business address:    1        Braintree Street _____
                   *Number*         *Street*

                   Allston            MA              02134
                   *City*            *State*           *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

Words "Boston Sports Medicine" used separately and the logo utilizing the words "Boston Sports Medicine" in teal and red integrated with the image of an athlete.

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*

**35**

(4) Provide the Massachusetts registration date and number:

**10/19/2004**
**#64931**

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

I, _____                    Michael J. Velsmid, DPT, MS                    _____,
state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____ **September** _____ **3,** _____ **2014** _____
                                                            *(Month, Day, Year)*

Signature: _____

MA SOC   Registration Number: 79685     Date: 09/03/2014

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Application
**(General Laws Chapter 110H)**

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*
on:

September 03, 2014

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA 02108


**TMR**
**SMR**

# The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Filing Fee $50.00 per class
5 year renewal period

FORM MUST BE TYPED        **Trademark / Service Mark Renewal**        FORM MUST BE TYPED
(General Laws Chapter 110H, Section 6)

All information must be completed or this document will not be accepted for filing.

(1) Applicant's name and business address:

a) Individual: _____

                  *Last*                 *First*          *Middle*

Business address: _____

               *Number*              *Street*

_____

               *City*              *State*          *Zip*

**or**

b) Business Organization: Boston Sports Medicine, Inc. _____ 3330 72

Business address: _____1_____Braintree Street_____

               *Number*              *Street*

               Allston            MA          02134

               *City*              *State*          *Zip*

(2) The mark is (complete one of the following):

a) **Words only** - If the mark is only words, the words in the mark are (include type style if it is claimed as part of the mark):

b) **Design Only** - If the mark is a design only, describe the design (include colors if they are claimed as part of the mark):

c) **Words and Design** - State the words in the mark (include color and type style if they are claimed as part of the mark) and describe the design:

Words "Boston Sports Medicine" used separately and the logo utilizing the words "Boston Sports Medicine" in teal and red integrated with the image of an athlete.

c110hs6 10/26/06

(3) For each class provide the number and class in which such goods or services fall (see attached classification schedule):
*(An application may include multiple classes)*
35

(4) Provide the Massachusetts registration date and number:
10/19/2004
#64931

(5) Attach a specimen showing actual use of the mark on or in connection with the goods or services. The sample specimen may not be larger than 3" x 3".



The applicant for renewal is the owner of the mark and hereby asserts that the mark has been and is still in use in Massachusetts and that the attached specimen shows actual use of the mark on or in connection with goods or services in the classification noted herein.

Michael J. Velsmid, DPT, MS

I, _____ ,
state that I am the applicant for renewal and declare under penalty of perjury that the foregoing application is true and correct.

Executed on: _____June_____26_____. 2019_____
                                                    *(Month, Day, Year)*

Signature: _____

# COMMONWEALTH OF MASSACHUSETTS

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Trademark / Service Mark Renewal
(General Laws Chapter 110H, Section 6)

Registered with

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

on:

_July 2_ , 20 _19_

_1580_

Trademark Section
One Ashburton Place, Rm. 1717
Boston, MA  02108

Contact Information

Bay State IP, LLC
*Name*

10 Post Office Square, Suite 800 South
*Mailing Address*

| Boston | MA | 02109 |
|---|---|---|
| *City/town* | *State* | *ZIP* |

| 617-439-3200 | trademarks@baystatepatent.com |
|---|---|
| *Telephone* | *Email* |