EXHIBIT E

Google

boston sports medicine reviews

All | Maps | News | Shopping | Images | More | Tools

About 32,300,000 results (0.99 seconds)

COVID-19 safety info

https://www.yelp.com › ... › Physical Therapy

### BOSTON SPORTS MEDICINE - 24 Photos & 35 Reviews - Yelp

35 **reviews** of **Boston Sports Medicine** "I've been to see one of the PTs at **Boston Sports Medicine** several times for a knee injury and a shoulder strain.

Rating: 4.5 · 35 reviews

https://www.facebook.com › bostonsportsmed › reviews

### Boston Sports Medicine - Reviews | Facebook

Would highly recommend this place for anyone who is looking to improve their physical condition. The staff (Allston location) is very upbeat and knowledgeable- ...

Rating: 4.9 · 64 votes · Price range: $$

https://www.bostonsportsmed.com › About Us

### Testimonials-demo | Boston Sports Medicine

BSM has consistently exceeded my expectations in all facets of treatment. I have been using them for 2+ years and have never had a bad experience. I've worked ...

https://www.bostonsportsmed.com › About Us

### Testimonials | Boston Sports Medicine

physical therapy **reviews** in the **Boston** area and Marblehead, MA. ... These are some of our **reviews** from Yelp, Google, and other sites on the internet.

https://reviews.birdeye.com › boston-sports-medicine-1...

### Boston Sports Medicine Reviews, Ratings | Physical ... - BirdEye

25 customer **reviews** of **Boston Sports Medicine**. One of the best Physical Therapy, Wellness business at 36 Arlington St, Watertown MA, 02472.

https://reviews.birdeye.com › boston-sports-medicine-1...

### Boston Sports Medicine Reviews, Ratings | Physical ... - BirdEye

112 customer **reviews** of **Boston Sports Medicine**. One of the best Physical Therapy, Wellness business at 1 Braintree St, Boston MA, 02134.

https://www.angi.com › ... › MA › Somerville

### Boston Sports Medicine Physical Therapy Reviews - Angi

See **reviews** for **Boston Sports Medicine** Physical Therapy in Somerville, MA at 14 McGrath Highway from Angi members or join today to leave your own **review**.

Rating: 5 · 1 review

https://www.glassdoor.com › Reviews › Boston-Sports-...

### Boston Sports Medicine Reviews | Glassdoor

Jan 12, 2021 — 3 **Boston Sports Medicine reviews**. A free inside look at company reviews and salaries posted anonymously by employees.

Rating: 5 · 3 votes

https://www.bostonssc.com › healthgrades-review-sport...

### Healthgrades Review - Boston Sports and Shoulder Center

Healthgrades **Review** · Dr. · I am very satisfied with our meeting and excited about my scheduled shoulder replacement. · Excellent **Doctor**. · Dr miller and her staff ...

See photos Se

## Boston Sports Medicine Physical Therapy Somerville

Website | Directions | Save | Call

4.9 16 Google reviews

Physical therapy clinic in Somerville, Massachusetts

**Get online care:** bostonsportsmed.com

**Address:** 259 Elm St, Somerville, MA 02144

**Hours:** Open · Closes 5PM · More hours

**Health & safety:** Appointment required · Mask required · Sta masks · Staff get temperature checks · Staff required to disi surfaces between visits · More details

**Phone:** (617) 623-6300

**Appointments**: bostonsportsmed.com

Check insurance info

Suggest an edit

**Know this place?** Share the latest info

### Questions & answers

Be the first to ask a question

Ask a

### Popular times

MON TUE WED THU FRI SAT

11 AM: Usually a little busy

**Send to your phone**

### Reviews

Write a review | Ad

"I have nothing but great things to say about the **staf service** here."

"The BSM **location** is convenient, too, right in Davis S steps from the 'T'."











https://trustreviewers.com › massachusetts › boston-spor... ⋮

Reviews Boston Sports Medicine Physical Therapy, Brookline ...

Currently the business has a score of 5.0 over 5 and that score is based on 69 reviews. You must have seen that it reaches an feddbacks average is outstanding, ...

 "I recommend this place highly."

View all Google reviews

### Related searches ⋮

| | |
|---|---|
| boston sports medicine **billing** | **somerville physical therapy** |
| boston sports medicine **watertown** | **physical therapy watertown** |
| boston sports medicine **somerville** | **physical therapy near me** |
| boston sports medicine **physical therapy** | sports medicine **jobs** |

### From Boston Sports Medicine Physical Th...

"Welcome to Boston Sports Medicine! We treat all people of all and all abilities. The skills necessary to successfully rehabili injured athlete are above and beyond the ordinary physical th Having those skills ensures that even if... More

### Updates from Boston Sports Medicine Phy

View previous updates on Google

### People also search for                     View 1



| Barkwell Physical Therapy | Greater Boston Family Ph... | Mass Bay Spine & Sport Phy... | Cummings Physical Therapy | Ac Ph Th |
|---|---|---|---|---|
| Physical therapist | Physical therapist | Physical therapy clinic | Physical therapy clinic | Phy the |

About this data

**1**  2  3  4  5  6  7  8  9  10    Next

**Boston, Massachusetts** - Based on your past activity - Update location

Help    Send feedback    Privacy    Terms