EXHIBIT F



**NATIONAL ARBITRATION FORUM**

| | |
|---|---|
| Boston Sports Medicine, Inc. ) | |
| 1 Braintree Street, ) | |
| Alston MA 02134 ) | |
| ) | |
| **(Complainant)** ) | |
| ) | |
| v. ) | **Domain Name In Dispute:** |
| ) | |
| Boston Sports Medicine and ) | |
| Research Institute, LLC ) | bostonsportsmedicine.com |
| 40 Allied Drive, Suite 110 ) | |
| Dedham, MA 02026 ) | |
| ) | |
| **(Respondent)** ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ ) | |

### AFFIDAVIT OF MICHAEL J. VELSMID IN ACCORDANCE WITH THE UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

I, Michael J. Velsmid, being duly sworn, depose and state:

1. I am the president of Boston Sports Medicine, Inc.

2. In or around June of 2014, I was told by the clinic director of Boston Sports Medicine, Inc., Dr. Erin Looney that Dr. Thomas J. Gill, M.D. ("Gill") had opened Boston Sports Medicine & Research Institute, in Boston, Massachusetts, a medical services clinic possessing a virtually identical name to that of my Boston Sports Medicine facility. Dr. Looney and I immediately realized that Boston Sports Medicine & Research Institute was a virtually identical clinic to Boston Sports Medicine, and thus an entity that infringed upon our trademark and unfairly competes with our company by using a confusingly similar name in the same geographic where our company is known and uses the Boston Sports Medicine Mark.

3. In or around June of 2014, I was informed by Dr. Looney that Boston Sports Medicine, Inc. received a fax intended for the "Boston Sports Medicine & Research Institute" and Gill.

4. After further investigation, in or around June of 2014, I discovered that Boston Sports Medicine & Research Institute had also registered the domain name

1

www.bostonsportsmedicine.com to advertise its services, many of which are identical those provided at my clinic.

5. In or around February 2015, while browsing the Boston Sports Medicine & Research Institute's website, I recognized that both clinics offer physical therapy services. Specifically, the Boston Sports Medicine & Research Institute website possessed a "Physical Therapy" tab highlighting different physical therapy protocols.

6. Specifically, the Boston Sports Medicine & Research Institute website possessed a "Physical Therapy" tab highlighting different physical therapy protocols. A true and accurate copy of the Boston Sports Medicine & Research Institute website, showing the "Physical Therapy" tab, in February 2015 is attached hereto as Exhibit A.

7. Further, upon clicking the "Physical Therapy" tab, I was directed to another specific Physical Therapy webpage, wherein physical therapy services were advertised. A true and accurate copy of the Boston Sports Medicine & Research Institute Physical Therapy webpage in February 2015 is attached hereto as Exhibit B.

8. On or around August of 2015, JrEagleGirlsHockey (@jr_eagle_girls on Twitter) sent a "tweet" to the Twitter handle of Boston Sports Medicine, Inc. (@BostonSportsMed) thanking Gill for helping a patient recover from an injury. Additionally, several other individuals favorited this Tweet and "re-tweeted" it (kaleigh donnelly, Gayle Norcross, Jake peters) thanking Gill.

9. On October 1, 2015 I was notified by patient Juan Gali ("Gali") that Gali had been referred to me by another patient, David Serpa ("Serpa"), and that upon trying to contact me, Gali experienced difficulty trying to locate me because he was confused with Boston Sports Medicine & Research Institute.

10. On or about August of 2015, while once again browsing the Boston Sports Medicine & Research Institute website, Dr. Velsmid noticed that the "Physical Therapy" tab was removed from the website and replaced with a "Rehab Protocols" tab. The new tab illustrated the exact same list of protocols as the "Physical Therapy" tab but was now renamed to "Rehab Protocols."

11. On October 1, 2015, I was notified by patient Juan Gali ("Gali") that Gali had been referred to me by another patient, David Serpa ("Serpa"), and that upon trying to contact me at BSM, Gali experienced difficulty trying to locate BSM because he was confused with Boston Sports Medicine & Research Institute. Gali needed to re-contact Serpa in order to gain clarification on which Boston Sports Medicine to contact.

2

12. On November 5, 2015, I was notified by one of my employees, Michelle Perry ("Perry") that while attending a conference, Perry was approached by a representative of DONJOY/DJO Global who believed we were affiliated with Boston Sports Medicine & Research Institute. Perry clarified that she in fact was associated with Boston Sports Medicine and not Boston Sports Medicine & Research Institute.

13. Thus, on February 1, 2016, through my attorneys, I was forced to file a complaint with the Federal Court (hereinafter known as the "Federal Complaint") in Boston, Massachusetts, for, trademark infringement, among other allegations. Exhibit C.

14. After filing the complaint, my attorneys and the attorneys for BSMRI set a meeting to discuss settlement and at the meeting, it appeared we could reach common ground and settle the matter. The settlement demands were memorialized in a letter dated May 23, 2016 to counsel for Dr. Gill. Exhibit D.

15. Subsequent to this meeting, I engaged in discussions and meetings with Dr. Gill, sans counsel, and brokered an agreement surrounding the demands in our letter dated May 23, 2016, with terms for doing business going forward. We did not hammer out these terms into written agreement as I felt I could clearly trust Dr. Gill on his word as he was a prominent figure in our field.

16. Under the agreement, Respondent was bound to cease using the domain name www.bostonsportsmedicine.com entirely after a reasonable period for changeover to a new domain and was also bound to prominently feature Complainant as a "preferred provider" of physical therapy services on the BSMRI web site, as well as increase referrals to Complainant a recompense for years of willful and illicit infringement.

17. Due to the verbal agreement, I dismissed the Federal Court Complaint and Dr. Gill and I agreed to move forward as professional associates.

18. During the time period subsequent to the agreement, I accepted and did not question the veracity of Dr. Gill's representations regarding BSMRI's compliance with the directives of the agreement which included moving away from use of the domain name www.bostonsportsmedicine.com and referring enough patients to Boston Sports Medicine to compensate for Respondent's years of willful infringement of the Boston Sports Medicine mark.

19. However, recently I made the realization that Respondent had feigned compliance with the agreement and instead of conforming and moving away from use of the domain name www.bostonsportsmedicine.com, Dr. Gill and BSMRI have continued use of the domain name www.bostonsportsmedicine.com.

20. Upon recognition and fear of possibly being hoodwinked by Dr. Gill's specious activities once again, I began to study referral trends and realized the once very

3

lucrative stream of referrals from St. Elizabeth's Hospital through Dr. Gill had begun to decline.

21. Moreover, after considerable research, I am able to pin-point the beginning of the decline of patients from St. Elizabeth's Hospital to the exact period when I was tricked into dismissing the federal court complaint against BSMRI.

22. Additionally, in the midst of discovering the dearth of promised referrals from BSMRI, which was not commensurate with the numbers promised by Dr. Gill to get me to drop the law suit, I reached out to Dr. Gill to discuss the low volume of referral patients coming from him and also and to prompt Dr. Gill to greatly increase the number of referrals in order to meet with our Agreement which led me to dismiss the law suit.

23. In return I received a somewhat vexing response as Dr. Gill requested some business cards and brochures from me, for handing out to his patients, which was quizzical at best considering the relationship in which we were supposed to be bound.

24. Upon receiving this strange response, I realized that I, and BSM, had apparently fallen from the ranks of "preferred provider" of physical therapy services to a forgotten entity.

25. My review of the contents of Respondent's web site would astonishingly verify that there was no mention of me, nor my company to be found on the site, let alone in a physical therapy referral environment.  What's more, there is no mention of me or BSM as a provider, let alone a "preferred provider," of physical therapy services and instead other physical therapy professionals are mentioned in utter defiance of our agreement.

26. Respondent was never authorized, licensed, or granted permission to use the Boston Sports Medicine Mark in connection with medical, physical rehabilitation and physical therapy services.

27. Although our offices have experienced a volume of confused patients, recently there has been an uptick in confused and angry customers. Many of these customers have used the telephone numbers listed on the respective web sites and are getting directed to the wrong entities and this has caused a great disruption to my business, consumption of resources, including administrative time and answering service expenses, not to mention injury to the reputation of my company.

28. Therefore, BSMRI's continued bad faith use of our trademark has caused disruption to my business and has garnered many clients from BSM through the intentional attraction of users searching the Internet for BSM, finding physical therapy service providers listed on the BSMRI and using those providers.

4

29. In the past, Dr. Gill and his legal counsel contended that BSMRI does not provide physical therapy services and attempted to this as a defense to our charge of infringement, despite the myriads of confused consumers and patients alike.

30. As I shown herein, Dr Gill and BSMRI list physical therapy services in numerous manners through search engines and on the BSMRI website. Exhibit E.

31. In fact, under the listing of staff on the BSMRI web site, Sheryl Hassett RN is listed as a staff Registered Nurse. Additionally, the "Important Contact Information" states the following: "[p]lease contact Sheryl for any questions regarding: - Post-op Recovery/Rehabilitation, - Physical Therapy" among other services. Exhibit E.

32. Therefore, there is no disputing BSMRI employs an on-staff person to provide physical therapy services and thus Dr. Gill and BSMRI provides physical therapy services

33. Additionally, it is indisputable that Dr. Gill has generated a wealth of physical therapy business for New England Baptist Hospital (hereinafter known as "NEBH") and Health Care/Mass General Brigham (hereinafter known as "Partners"), through the use of this pipeline of referrals that were supposed to go to BSM. Dr. Gill has thus created strong reciprocal relationships with NEBH and Partners, which have enriched BSMRI and taken money out of the pockets of BSM, all while featuring the Boston Sports Medicine name.

34. Additionally, Dr. Gill is featured on the NEBH and Partners web sites even if though he may not have directly provided PT himself or through any of his hired employees. As an employee of NEBH and Partners, he was financially rewarded for generating that physical therapy business through wages. It is my experience after years of practice in this field of medical endeavor that orthopedic doctors not only generate revenue for hospitals from claim submissions for orthopedic services but also referrals to other services. Therefore Dr. Gill used the name "Boston Sports Medicine" in collusion with NEBH and Partners to enrich themselves. His website reveals that funnel. NEBH and Partners complicit as the link goes to the site www.bostonsportsmedicine.com. Exhibit F.

35. Additionally, per the agreement regarding the Federal Complaint, as Dr. Gill agreed to compensate BSM for infringement damages by providing a guarantee of a great number of referrals to BSM, listing BSM as a "preferred provider" of physical therapy services on the BSMRI web site as well as relinquishing use of the domain www.bostonsportsmedicine.com, for Dr. Gill or BSMRI to deny that BSMRI provides physical therapy services is disingenuous.

36. Recently, through discussions with my search engine optimization (hereinafter known as "SEO") expert, I was informed that we have continually had to design around the existence of the domain bostonsportsmedicine.com.

37. The latest situation occurred on May 7, 2021 wherein my SEO expert informed me that we have had a decline in web traffic and dip in campaigns because Dr. Gill's domain name bostonsportsmedicine.com name is so similar to our Boston Sports Medicine that Dr. Gill has once again began to pop and thus we had to alter our campaign and add in the "Dr. Gill" negative keyword.

**Activities establishing the prior knowledge in intentions of Dr. Gill**

38. In or around 2001, I began referring cases for treatment to the orthopedic department at Saint Elizabeth's Hospital in Boston, MA (hereinafter known as St. Elizabeth's Hospital).

39. In or around 2001, when I began referring cases for treatment to the orthopedic department at St. Elizabeth's Hospital, one of the referring doctors to which I regularly referred patients was Dr. Thomas J. Gill, M.D. ("Dr. Gill"), the founder and resident agent for BSMRI.

40. In the referral process, I regularly submitted hundreds of copies of medical records to those referring doctors, including Dr. Gill.

41. At all applicable times during these referrals, my company name Boston Sports Medicine was prominently displayed on the medical records of the referred patients.

42. In or around Sept 2017, I received a telephone message from Dr. Gill stating the following: "… I wanted to know if we could talk about next steps on a couple of fronts, you and I partnering, my atty has been [asking] me about what we're going to do with the lawsuit … if you're comfortable with it, I want to know what makes the most sense for you, can we get something in writing, if you want to postpone it or put off or cancel the charges now and you and I can work towards changing the name once BOI is built or you and I can partner more closely and you run PT over there and all the other partnerships we talked about that would be great to, give me a shout."

43. Further evidence of continuing negotiations in line with Dr. Gill's statements in ¶42 were memorialized by my attorney in summarizing Dr. Gill's attorney's statements, in ¶14 herein and in Exhibit D. Due to these agreements, my attorneys filed the Stipulation to Dismiss in good faith. Exhibit G.

44. Moreover, as additional evidence illustrating that BSMRI and Dr. Gill possessed knowledge of Boston Sports Medicine prior to the use and registration of the Disputed Domain, attached here are physical therapy initial evaluations sent to the referring doctor, in this case Dr. Gill, requesting acknowledgement and approval of our treatment plan for patients referred. This evidence spans the years prior to the incorporation date of BSMRI and the registration date of the Disputed Domain, to subsequent filing and dismissal of the Federal Complaint due to the agreement with

Dr. Gill. This evidence shows that show that Dr. Gill received documentation with our business name on it and put his signature, signature stamp, or electronic signature on these documents. <u>Exhibit H.</u>

45. Further included are scripts from Dr. Gill wherein he references his own website bostonsportsmedicine.com for physical therapy protocols and it is common practice for orthopedic doctors to make and provide physical therapy protocols to physical therapists. Thus, Dr. Gill has additionally infringed the Boston Sports Medicine trademark by advertising the Boston Sports Medicine mark on his prescriptions, which were sent to us for patients he referred, but also likely sent to other physical therapy practices.

46. Therefore, Dr. Gill and BSMRI possessed knowledge of my company name, Boston Sports Medicine, which is identical to the bostonsportsmedicine.com, as early as 2001.

Signed under the penalties of perjury this 4th day of June, 2021.

<u>/s/ Michael J. Velsmid</u>
Michael J. Velsmid

7

# EXHIBIT A

Case 1:21-cv-11945-DJC    Document 1-6    Filed 12/03/21    Page 10 of 122



INTERNET ARCHIVE
WayBackMachine    27 captures
26 Mar 04 - 15 Jan 16    http://www.bostonsportsmedicine.com/    Go    JAN  APR  Close
◀ 14 ▶
2013  2016    Help

**BOSTON SPORTS MEDICINE**
**& RESEARCH INSTITUTE**

SCHEDULE AN APPOINTMENT

ABOUT US    APPOINTMENTS    FOR PATIENTS    FOR PHYSICIANS    EDUCATION & RESEARCH    PHYSICAL THERAPY





## We are happy to announce our new office location

NE Baptist Outpatient Care Center
40 Allied Drive Dedham, MA 02026
781-251-3535 (office)



## Mission

Boston Sports Medicine and Research Institute strives to provide the highest quality, world-class, comprehensive orthopedic care centered around each patient's individual needs. It is committed to performing innovative, ground-breaking research, and to educating tomorrow's leaders in the field of sports medicine.

## News and Press

Dr. Thomas Gill: Mankins one of the toughest

## Who We Are

Boston Sports Medicine | Doctor Thomas Gill – 70143        https://web.archive.org/web/20130214030233/http://www.bostonspor...



INTERNET ARCHIVE
WayBackMachine

27 captures
26 Mar 04 - 15 Jan 16

Go

JAN    APR
◄ 14 ►
2013    2016

Close

Help

### Dr. Thomas Gill named to "70 Best Knee Surgeons in America"

*Jul 20, 2014 -* Physicians were polled to name the top knee surgeons in America. Surgeons were selected based upon major awards, recognition by national societies, and patient satisfaction.

Read more

### Concussions in High School Student Athletes

*Jul 15, 2014 -* Dr. Thomas Gill and his co-authors Dr. Ben Heyworth and Kaitlin Carroll have their research study on concussions in high school athletes accepted for podium presentation at the 2014 American Orthopedic Society for Sports Medicine in Seattle, WA. The study is one of the first to highlight not only the recommended treatment and return to play criteria for high school athletes with concussions, but also the need for academic accommodations while the patient is recovering. The stress of academic studies and mental exertion can have a negative impact on patients with concussions, just as physical exertion can. Criteria for safe return to both sports and classes are presented.

Read more

### Dr. Thomas Gill named "DePalma Orator"

*May 10, 2014 -* Dr. Thomas Gill was named the "DePalma Orator" and graduation speaker for Thomas Jefferson University Department of Orthopedic Surgery commencement ceremonies. The title of his lecture was "Being a Team Physician".

Read more

More News

Dr. Thomas Gill and members of the Boston Sports Medicine and Research Institute are nationally and internationally recognized as leaders in the field of Sports Medicine and research. Dr. Gill has served as Head Team Physician for the New England Patriots, Medical Director for the Boston Red Sox, Team Physician for the Boston Bruins, Venue Medical Director for both men's and women's World Cup Soccer, Medical Director for the Boston Breakers, Consultant to Boston College and Harvard University, and Chief of the MGH Sports Medicine Service.

## Patients say

"I am a 57 year old female and tore my ACL and PCL. Dr Gill performed surgery on these tears and within 4 months my knee was as good as new. There is no better Sports Orthopedic Surgeon in New England!!"

"I cannot believe that I am the first one to write this. He is the "KNEE GOD"."

"Dr. Gill has taken wonderful care of me for more than ten years. He is an attentive listener, and is a caring, skilled, and realistic surgeon. Dr. Gill has consistently made accurate diagnoses of my injuries and ailments; with each injury or ailment, he has prescribed treatments that resulted in improvement. Dr. Gill performed surgery on me at Massachusetts General Hospital and at MGH West (in Waltham), and I have maintained the highest level of confidence in him throughout my worries, aches, pains, surgery, and rehab."

## Schedule an Appointment

Of course, each patient's condition is unique, and the best course of treatment always begins with a thorough physician evaluation. If you would like to schedule an appointment with us, please click here.



| About Us | Appointments | For Patients | For Physicians | Education & Research | Physical Therapy | Boston Sports Medicine |
|---|---|---|---|---|---|---|
| - Our Mission<br>- Our Staff<br>- News and Press | - Book an appointment | - VisionScope<br>- Informational Videos | - Rehabilitation Protocols | - CV or Bibliography<br>- Orthopedic | - List of protocols | NE Baptist Outpatient Care Center |



Boston Sports Medicine & Research Institute © 2014

# EXHIBIT B

Boston Sports Medicine & Reserch Institute                                    https://web.archive.org/web/20150215004405/http://www.bostonspor...





http://www.bostonsportsmedicine.com/therapy/therapy.html  | Go |

INTERNET ARCHIVE
WayBackMachine
4 captures
28 Sep 14 - 15 Feb 15

DEC   MAR   Close
◄ 15 ►    Help
2014  2016



**BOSTON SPORTS MEDICINE & RESEARCH INSTITUTE**

SCHEDULE AN APPOINTMENT

ABOUT US     APPOINTMENTS     FOR PATIENTS     FOR PHYSICIANS     EDUCATION & RESEARCH     PHYSICAL THERAPY

## PHYSICAL THERAPY

# Physical Therapy

**LIST OF PROTOCOLS**

Our multi-disciplinary approach, comprised of physical therapists, physical therapist assistants, and athletic trainers, is committed to working closely with our patients and athletes to return them to the highest level of activity possible after injury.

| About Us | Appointments | For Patients | For Physicians | Education & Research | Physical Therapy | Boston Sports Medicine |
|---|---|---|---|---|---|---|
| - Our Mission | - Book an appointment | - VisionScope | - Rehabilitation Protocols | - CV or Bibliography | - List of protocols | NE Baptist Outpatient Care Center |
| - Our Staff | | - Informational Videos | - Surgical Techniques | - Orthopedic Bioengineering Laboratory | | 40 Allied Drive |
| - News and Press | | - Rehabilitation Protocols | | - Laboratory for Musculoskeletal Tissue Engineering | | Dedham, MA |
| - Contact and Directions | | - Sports Performance Center | | | | |
| - Giving to Boston Sports Medicine and Research Institute | | - Injury Prevention Tips | | | | Tel: (781) 251-3535 |
| | | - Newton Wellesley Hospital Surgical | | | | Fax: (781) 251-3532 |
| | | - Boston Out-Patient Surgical Suites, LLC | | | | |

    

Boston Sports Medicine & Research Institute © 2014





SCHEDULE AN APPOINTMENT

ABOUT US      APPOINTMENTS      FOR PATIENTS      FOR PHYSICIANS      EDUCATION & RESEARCH      PHYSICAL THERAPY

## FOR PATIENTS    Rehabilitation Protocols

**VISIONSCOPE**

**INFORMATIONAL VIDEOS**

**REHABILITATION PROTOCOLS**

**SPORTS PERFORMANCE CENTER**

**INJURY PREVENTION TIPS**

**NEWTON WELLESLEY HOSPITAL SURGICAL**

**BOSTON OUT-PATIENT SURGICAL SUITES, LLC**

**GENERAL**
Crutch Walking

**SHOULDER**
AC joint
Arthroscopic Bankart Repair
Arthroscopic surgery information
Biceps tenodesis surgery
Frozen Shoulder
Pectoralis Major Repair
posterior Bankart repair
Rotator cuff repair protocol
Shoulder Arthroscopic Capsular Release
Shoulder arthroscopy rehabilitation (no repair)
Shoulder Exercise descriptions Comprehensive list
Shoulder Exercise descriptions for Bankart
Shoulder Exercise descriptions for Combined labrum repair
Shoulder Exercise descriptions for Posterior Bankart
Shoulder Exercise descriptions for protocols
Shoulder Exercise descriptions for Rotator cuff and periscapular stabilization
Shoulder plyometric program
Shoulder range of motion exercises
Shoulder strength training
Shoulder Stretching Exercises
shoulder tendinitis
SLAP exercise descriptions
SLAP repair protocol
Theraband strengthening



**KNEE**
ACL patient information
ACL pre-operative protocol
ACL reconstruction rehab protocol
Arthroscopy of the Knee Rehab protocol
Arthrosurface joint replacement protocol
High Tibial Osteotomy
Iliotibial band tendinitis
knee evaluation
Knee scope chart
knee sports conditioning
Knee Strength training
MCL sprain
Meniscus repair
Microfracture surgery




11 captures
8 Dec 14 - 3 Jul 15

JAN   MAR   Close
◄ 15 ►   Help
2014   2016

Patellar tendon debridement
Patellofemoral rehabilitation
PCL reconstruction
Single leg exercise progression

**GROIN & HIP**
Adductor release rehab protocol
Hamstring strain

**FOOT & ANKLE**
Achilles tendon repair
Ankle sprain
Calf strain

**BACK**
Low back pain

**ELBOW**
Elbow strengthening exercises
Golfer's elbow
Tennis elbow

**FITNESS**
Balance and Proprioceptive Training Program
Injury Mechanisms
Jump and Plyometric training
Muscle structure and function
optimal training
physical fitness for health and sports
return to running
Swimming program
Tennis program

**THROWING**
Interval throwing off pitcher's mound
Interval throwing program
Interval throwing program for Little league
Shoulder TEN strengthening program
Shoulder TWELVE strengthening program
Thrower Exercise Grid
Thrower Shoulder program TEN plus plyometric
Throwing shoulder conditioning program

**SPORTS CONDITIONING PROGRAMS**
Sports Conditioning Page

**Exercise Videos**

Lower Extremity

Shoulder Theraband Videos

| **About Us** | **Appointments** | **For Patients** | **For Physicians** | **Education & Research** | **Physical Therapy** | **Boston Sports Medicine** |
|---|---|---|---|---|---|---|
| - Our Mission | - Book an appointment | - VisionScope | - Rehabilitation Protocols | - CV or Bibliography | - List of protocols | NE Baptist Outpatient Care Center |
| - Our Staff | | - Informational Videos | - Surgical Techniques | - Orthopedic Bioengineering Laboratory | | 40 Allied Drive |
| - News and Press | | - Rehabilitation Protocols | | - Laboratory for Musculoskeletal Tissue Engineering | | Dedham, MA |
| - Contact and Directions | | - Sports Performance Center | | | | |
| - Giving to Boston Sports Medicine and Research Institute | | - Injury Prevention Tips | | | | Tel: (781) 251-3535 |
| | | - Newton Wellesley Hospital Surgical | | | | Fax: (781) 251-3532 |

1/26/2016 11:16 AM

# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SPORTS MEDICINE, INC., | |
| Plaintiff, | |
| v. | Civil Action No.: |
| BOSTON SPORTS MEDICINE & RESEARCH INSTITUTE , LLC, | |
| Defendant. | |

## PLAINTIFF, BOSTON SPORTS MEDICINE, INC.'S COMPLAINT AND JURY DEMAND

NOW COMES the plaintiff, Boston Sports Medicine, Inc., and files this Complaint against the Defendant, Boston Sports Medicine & Research Institute, LLC, alleging as follows:

## NATURE OF THE ACTION

1.      This action arises under the Trademark Act of 1946, 15 U.S.C. §§ 1051 *et seq.*, as amended (the "Lanham Act"), and the laws of the Commonwealth of Massachusetts.  Plaintiff owns the BOSTON SPORTS MEDICINE service mark for use in connection with a variety of goods and services in the field of rehabilitation and physical therapy.  Defendant is improperly using Plaintiff's service mark and domain name to confuse consumers.  Defendant's activities are likely to cause consumer confusion unless enjoined.

1

## PARTIES

2.     Plaintiff Boston Sports Medicine, Inc., (hereinafter "Boston Sports Medicine") is a corporation organized under the laws of the Commonwealth of Massachusetts with a principal office located in Boston, Massachusetts that does business at, among other locations,  1 Braintree Street in Allston, Massachusetts 02134, under the name of Boston Sports Medicine.

3.     Defendant, Boston Sports Medicine & Research Institute, LLC, (hereinafter "Defendant"), is a limited liability company organized under the laws of the Commonwealth of Massachusetts, on January 15, 2014, with a principal office indicated in the corporate documents located at 8 Hawthorne Place, Suite 110, Boston, Massachusetts 02114, and a principal office indicated on its website of 40 Allied Drive, Dedham, Massachusetts 02026.

## JURISDICTION AND VENUE

4.     Jurisdiction in this Court is proper as this Complaint poses federal questions arising under particular federal statutes, including the Federal Trademark Act (the "Lanham Act") as amended in 15 U.S.C., §§ 1051 *et seq.*, and the Unfair Competition Act under 15 U.S.C., §§ 1125 *et seq.*  This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C., §§1331 and 1338, and 15 U.S.C., § 1121.

5.     To the extent this Complaint contains claims for relief under the laws of the Commonwealth of Massachusetts, those claims are specifically authorized to be brought in this Court under the supplemental jurisdiction provision of 28 U.S.C., § 1367 and under 28 U.S.C., § 1338.

6.      The Court has personal jurisdiction over Defendant as they are conducting business within the Commonwealth of Massachusetts by, among other things, contracting to offer and offering services in the Commonwealth.

7.      Venue is proper in the Commonwealth of Massachusetts and in this District pursuant to 28 U.S.C., § 1391 because a substantial part of the events or omissions giving rise to this action occurred in this District and Defendant is incorporated in the Commonwealth and within this judicial District.

## FACTS

8.      Boston Sports Medicine was founded in 1999, as the result of years of planning, training, and education by its owner Dr. Michael J. Velsmid ("Dr. Velsmid").

9.      Boston Sports Medicine, was incorporated on January 1, 2001, as Allston-Brighton Physical Therapy, Inc.  The company operated as Boston Sports Medicine from January of 2001 and filed an amendment to change its name to Boston Sports Medicine, Inc., with the Secretary of State on November 19, 2003.

10.     Boston Sports Medicine has many well-known clinics with locations in several areas of Massachusetts, including Boston, Brookline, Marblehead, Somerville, and Watertown.

11.     Boston Sports Medicine specializes in sports, dance, orthopedic, and post-surgical physical and aquatic therapy.

12.     Dr. Velsmid holds the degrees of Doctor of Physical Therapy from MGH Institute of Health Professions, Master of Science in Exercise Science from the University

3

of Massachusetts, Amherst, and Master of Science in Physical Therapy from Simmons College.

13.     Dr. Velsmid started his career as a physical therapist at the Department of Veterans Affairs in 1995.

14.     Dr. Velsmid specializes in sports and outpatient orthopedics and has extensive experience in rehabilitation of high-level competitive athletes.

15.     Since starting Boston Sports Medicine, Dr. Velsmid and his team of clinicians have provided exceptional physical therapy care.

16.     Dr. Velsmid's first location for Boston Sports Medicine was at 556 Cambridge Street, Allston, Massachusetts which subsequently moved to 1 Braintree Street, Allston, Massachusetts.  By the opening of this first location Dr. Velsmid had carefully researched and chosen his clinic name "BOSTON SPORTS MEDICINE".

17.     Dr. Velsmid designed an accompanying logo for his clinics.

18.     On October 19, 2004, Boston Sports Medicine, obtained a Massachusetts trademark registration for the mark "Boston Sports Medicine" for physical therapy, muscular therapy, and massage therapy medical care.  A true and accurate copy of Boston Sports Medicine's mark Massachusetts registration is attached hereto as Exhibit A.

19.     The state trademark was renewed on September 3, 2014.  A true and accurate copy of Boston Sports Medicine's mark Massachusetts renewal registration is attached hereto as Exhibit B.  On July 14, 2014, Boston Sports Medicine, Inc. of which Dr. Velsmid is the Manager, filed an application for registration of the service mark "Boston Sports Medicine" with the United States Patent and Trademark Office ("USPTO").

4

20.     On June 2, 2015, the USPTO granted registration of "Boston Sports Medicine" on the Principal Register, with registration number 4,746,612 for medical, physical rehabilitation and physical therapy services, in Class 044 (hereinafter referred to as the "Boston Sports Medicine Mark").  A true and accurate copy of the Boston Sports Medicine's mark and registration is attached hereto as Exhibit C.

21.     Boston Sports Medicine has continuously used the Boston Sports Medicine Mark in connection with and to identify its services, in order to distinguish its services from the services offered by other companies.

22.     The result of Boston Sports Medicine's continuous use of the Boston Sports Medicine Mark is that it conveys an immediate idea of the Boston Sports Medicine clinics that have been created, and the high quality of service Boston Sports Medicine provides, such that the Boston Sports Medicine Mark has acquired secondary meaning.

23.     Boston Sports Medicine has made a substantial investment in the creation of the Boston Sports Medicine Mark and in the promotion and protection of the Boston Sports Medicine Mark, and considers the Mark among its most important and valuable assets.

24.     Boston Sports Medicine has the exclusive right, among other things, to exploit commercially the Boston Sports Medicine Mark and to bar use by any third parties of any confusingly similar marks or trade names.

25.     Through extensive use, continuous promotion, and prominent recognition by noteworthy publications, the Boston Sports Medicine Mark has come to be associated with Boston Sports Medicine and to identify Boston Sports Medicine as the

5

source of the goods and services offered in connection with the Boston Sports Medicine Mark.

26.     Those who define the market and potential market have come to recognize the Boston Sports Medicine Mark for the medical, physical rehabilitation and physical therapy services offered by Boston Sports Medicine.

27.     Boston Sports Medicine's use and promotion of the Boston Sports Medicine Mark has proven enormously successful as Boston Sports Medicine has created a loyal and growing following, together with a sterling medical reputation as exhibited by sources such as SportsMD, online customer reviews on Google, Yelp and other similar websites, and patients recognizing Boston Sports Medicine and highly recommending its services to others.

## DISCOVERY THAT DEFENDANT, BOSTON SPORTS MEDICINE & RESEARCH INSTITUTE, LLC, IS INFRINGING ON THE BOSTON SPORTS MEDICINE MARK AND IS UNFAIRLY COMPETING WITH BOSTON SPORTS MEDICINE

28.     In or around June of 2014, Dr. Velsmid and the clinic director of Boston Sports Medicine, Dr. Erin Looney discovered that Dr. Thomas J. Gill, M.D. ("Gill") had opened Boston Sports Medicine & Research Institute, in Boston, Massachusetts.  Dr. Velsmid and Dr. Looney immediately realized that Boston Sports Medicine & Research Institute was a virtually identical clinic to Boston Sports Medicine, and thus an entity that infringes upon the Boston Sports Medicine Mark and unfairly competes with Boston Sports Medicine by using a confusingly similar name in the area where Boston Sports Medicine is known and uses the Boston Sports Medicine Mark.

29.     In or around June of 2014, Dr. Looney informed Dr. Velsmid that Boston Sports Medicine, received a fax intended for the "Boston Sports Medicine & Research Institute".

30.     The "Boston Sports Medicine & Research Institute" name is strikingly similar and nearly identical to the Boston Sports Medicine Mark and incorporates the Boston Sports Medicine Mark in the entirety.  There is little material difference in the sight, sound, and meaning between the trade names.

31.     After further investigation, in or around June of 2014, Dr. Velsmid discovered that Boston Sports Medicine & Research Institute had also registered the domain name www.bostonsportsmedicine.com to advertise its services.

32.     In or around February 2015, while browsing the Boston Sports Medicine & Research Institute's website, Dr. Velsmid recognized that both clinics offer physical therapy services. Specifically, the Boston Sports Medicine & Research Institute website possessed a "Physical Therapy" tab highlighting different physical therapy protocols.   A true and accurate copy of the Boston Sports Medicine & Research Institute website, showing the "Physical Therapy" tab, in February 2015 is attached hereto as Exhibit D.

33.     Further, upon clicking the "Physical Therapy" tab, Dr. Velsmid was directed to another specific Physical Therapy webpage, wherein physical therapy services were advertised.  A true and accurate copy of the Boston Sports Medicine & Research Institute Physical Therapy webpage in February 2015 is attached hereto as Exhibit E.

34.     Having learned of the extent of the Boston Sports Medicine & Research Institute infringement on the Boston Sports Medicine Mark, along with the actual customer confusion caused by Defendant's infringement, (discussed herein below), Boston Sports Medicine served a Cease and Desist letter upon Boston Sports Medicine & Research Institute and Gill on July 6, 2015. A true and accurate copy of this July 6, 2015 letter is attached hereto as <u>Exhibit F</u>.

35.     This initial Cease and Desist letter expressly informed and furnished formal notice to Defendant that Boston Sports Medicine was a registered word mark that Defendant was infringing. The letter additionally highlighted the customer confusion that the name Boston Sports Medicine & Research Institute will cause, and placed Defendant on notice of Boston Sports Medicine's intention to enforce the Boston Sports Medicine Mark.

36.     This initial Cease and Desist letter additionally requested that Defendant provide written assurances by July 15, 2015 that Defendant cease and desist from using the name Boston Sports Medicine and to immediately transfer and assign any domain names that consist of the Boston Sports Medicine Mark, including, without limitation, the www.bostonsportsmedicine.com domain name.

37.     On July 27, 2015, Defendant responded to the initial Cease and Desist letter. A true and accurate copy of this July 27, 2015 response letter is attached hereto as <u>Exhibit G.</u>

38.     Defendant stated in its response that the use of the Boston Sports Medicine & Research Institute name will not cause confusion, mistake, or deception among consumers in the marketplace. See Exhibit G.

39.     Defendant also asserted that they did not offer similar services as Boston Sports Medicine and that a sophisticated consumer carefully choosing medical care would not mistake Boston Sports Medicine and Boston Sports Medicine & Research Institute. See Exhibit G.

40.     After receiving the response from Boston Sports Medicine & Research Institute, Dr. Velsmid continued to receive phone calls from confused consumers.

41.     On or around August of 2015, "JrEagleGirlsHockey" (@jr_eagle_girls on Twitter) mistakenly sent a "tweet" to the Twitter handle of Boston Sports Medicine, (@BostonSportsMed) thanking Dr. Gill for helping a patient recover from an injury. Additionally, several other individuals favorited this Tweet and "re-tweeted" it ("kaleigh donnelly", "Gayle Norcross", "Jake peters") thanking Dr. Gill.   A true and accurate copy of a screenshot of the Tweet to the Twitter handle of Boston Sports Medicine, is attached hereto as Exhibit H.

42.     On or about August of 2015, while once again browsing the Boston Sports Medicine & Research Institute website, Dr. Velsmid noticed that the "Physical Therapy" tab was removed from the website and replaced with a "Rehab Protocols" tab.  The new tab illustrated the exact same list of protocols as the "Physical Therapy" tab but was now renamed to "Rehab Protocols."   Furthermore, despite the curious removal of the tab, Defendant continues to offer physical therapy services as evidenced by their "Important Contact Information."  A true and accurate copy of the Boston Sports Medicine & Research Institute website on August 2015, is attached hereto as Exhibit I.

43.     Boston Sports Medicine sent Defendant a second Cease and Desist letter on September 29, 2015, that reiterated the demand that Defendant discontinue its

infringing and deceptive conduct. This second Cease and Desist letter also informed Defendant of the specific instances of consumer confusion. A true and accurate copy of this September 29, 2015 Cease and Desist letter is attached hereto as Exhibit J.

44. Boston Sports Medicine also reasserted that, although Defendant claimed that the services offered by the two companies were substantially different, both Boston Sports Medicine and Defendant offer physical therapy and post-surgical rehabilitation and recovery, as well as preoperative services.

45. On October 1, 2015 Dr. Velsmid was notified by patient Juan Gali ("Gali") that Gali had been referred to Dr. Velsmid by another patient, David Serpa ("Serpa"), and that upon trying to contact Dr. Velsmid, Gali experienced difficulty trying to locate Dr. Velsmid because he was confused with Boston Sports Medicine & Research Institute. Gali needed to re-contact Serpa in order to gain clarification on which Boston Sports Medicine to contact. See Affidavit of Dr. Velsmid at ¶ 5, attached hereto as Exhibit K.

46. On November 5, 2015, Dr. Velsmid was also notified by one of his employees, Michelle Perry ("Perry") that while attending a conference, Perry was approached by a representative of DONJOY/DJO Global who believed they were affiliated with Boston Sports Medicine & Research Institute. Perry clarified that she in fact was associated with Boston Sports Medicine and not Boston Sports Medicine & Research Institute. Perry then reported this incident to Dr. Velsmid. See Affidavit of Dr. Velsmid at ¶ 6, attached hereto as Exhibit K.

47. Defendant responded to the second Cease and Desist letter on November 12, 2015.

48. Defendant reasserted that there was no evidence of actual confusion and that consumers are not likely to be confused. A true and accurate copy of this November 12, 2015 Cease and Desist letter is attached hereto as Exhibit L.

49. The inquiries Dr. Velsmid received regarding Boston Sports Medicine & Research Institute make it clear that public confusion has already arisen as to whether Boston Sports Medicine & Research Institute is affiliated with or sponsored by Boston Sports Medicine.

50. To the extent that these and other prospective customers for whom Boston Sports Medicine and Boston Sports Medicine & Research Institute compete in the same market and the same area mistakenly believe that Boston Sports Medicine & Research Institute is authorized, licensed, endorsed, or sponsored by Boston Sports Medicine, and owing to the confusion created by offering virtually identical services, there is a grave risk of tarnishment to the Boston Sports Medicine Mark and Boston Sports Medicine itself.

51. The services offered by Defendant are identical to the services offered under the Boston Sports Medicine Mark, both clinics offer physical therapy and rehabilitation services.

52. Defendant was never authorized, licensed, or granted permission to use the Boston Sports Medicine Mark in connection with medical, physical rehabilitation and physical therapy services.

53. Defendant's use of the Boston Sports Medicine Mark has already caused, presently causes, and is likely to continue to cause further confusion among consumers

and to deceive consumers as to the source, quality, and nature of Defendant's goods and services.

54.     Now with express knowledge as to Boston Sports Medicine's trademark rights, Defendant continues to use the confusing name "Boston Sports Medicine & Research Institute" they selected in an attempt to cause confusion in the marketplace and capitalize on the goodwill and reputation that has been developed by and is associated with "Boston Sports Medicine."

55.     Defendant's misappropriation of Boston Sport Medicine's name, its infringement of the Boston Sports Medicine Mark, and its unfair competition, has caused and continues to cause significant damages and irreparable harm to Boston Sports Medicine.

## COUNT I

### (Federal Trademark Infringement—15 U.S.C., §§ 1114 et seq.)

56.     Boston Sports Medicine incorporates and re-alleges by reference the above paragraphs 1 through 55 as if expressly set forth herein.

57.     Boston Sports Medicine is the legal owner of the Boston Sports Medicine Mark, has not abandoned the Boston Sports Medicine Mark since its first use, and has been, and continues to be, in continuous use in interstate and intrastate commerce.

58.     Defendant's unauthorized use, reproduction, copying or colorable imitations of the Boston Sports Medicine Mark, as explained above, and as done by

Boston Sports Medicine & Research Institute, has caused and is likely to continue to cause confusion, mistake, and/or deception among consumers as to the source, quality, and/or nature of Defendant's goods and services.

59.     Defendant's use, reproduction, copying or colorable imitation of the Boston Sports Medicine Mark also likely creates the misconception among consumers that Boston Sports Medicine somehow ratifies or authorizes Defendant's infringing use of the Boston Sports Medicine Mark and/or that Boston Sports Medicine is affiliated in some manner with Defendant's business, when such is not the case.

60.     Boston Sports Medicine did not give and has not given Defendant permission to use the Boston Sports Medicine Mark and Boston Sports Medicine, as owner of the Boston Sports Medicine Mark, objects to Defendant's past, and continued, infringing use of the Boston Sports Medicine Mark and/or any confusingly similar derivations thereof.

61.     While Boston Sports Medicine has notified Defendant on several occasions that its use of the Boston Sports Medicine Mark and/or any confusingly similar derivations thereof is unauthorized, Defendant continues to use and extensively exploit, for its own commercial advantage, the Boston Sports Medicine Mark, to the detriment of Boston Sports Medicine as well as the consuming public.

62.     Because Defendant's continued use of the Boston Sports Medicine Mark, and/or any confusingly similar derivations thereof, prevents Boston Sports Medicine from exercising exclusive control over its intellectual property rights and because Defendant's continued use of the Boston Sports Medicine Mark, and/or any confusingly similar derivations thereof, is likely to continue to cause confusion,

mistake, and/or deception as to the source, affiliation, or sponsorship of the goods and services that Defendant advertises, promotes, and/or sells through its infringing use of the Boston Sports Medicine Mark, Boston Sports Medicine lacks an adequate remedy at law.

63.     Unless temporary, preliminary and permanent injunctions are issued enjoining Defendant from any continuing or future infringing use of the Boston Sports Medicine Mark, Boston Sports Medicine will continue to sustain irreparable damage. Defendant has already proven it is a willful infringer who has complete disregard of the intellectual property rights of Boston Sports Medicine.

64.     Pursuant to 15 U.S.C., § 1116(a), Boston Sports Medicine is entitled to an order enjoining Defendant from using the Boston Sports Medicine Mark to advertise, market, and/or sell Defendant's goods or services.

65.     As a direct and proximate cause of Defendant's infringing conduct, Boston Sports Medicine has been damaged and will continue to be damaged. Pursuant to 15 U.S.C., § 1117(a), Boston Sports Medicine is entitled to an order requiring Defendant to account to it for any and all profits and other ill-gotten gains Defendant derived from its unauthorized and infringing use of the Boston Sports Medicine Mark, as detailed herein, and to an order awarding all damages sustained by Boston Sports Medicine by reason of Defendant's infringing conduct.

66.     As evidenced by, *inter alia*, Defendant's refusal to cease further use of the Boston Sports Medicine Mark after receiving notice of Boston Sports Medicine's objections to Defendant's infringement of the Boston Sports Medicine Mark, Defendant's conduct was and continues to be intentional and in conscious disregard of

Boston Sports Medicine's rights. Boston Sports Medicine, therefore, is entitled to an award of treble damages and/or enhanced profits from Defendant.

## COUNT II

### (Federal Unfair Competition and False Advertising—15 U.S.C., § 1125(a))

67.    Boston Sports Medicine incorporates and re-alleges by reference the above paragraphs 1 through 66 as if expressly set forth herein.

68.    Boston Sports Medicine is the legal owner of the Boston Sports Medicine Mark, has not abandoned the Boston Sports Medicine Mark since its first use, and the Boston Sports Medicine Mark has been, and remains in continuous use.

69.    Despite knowledge of Boston Sports Medicine's ownership interests in the Boston Sports Medicine Mark, Defendant has made, and continues to make, use in commerce of the Boston Sports Medicine Mark and/or any confusingly similar derivations thereof without Boston Sports Medicine's permission.

70.    Defendant's unauthorized use of the Boston Sports Medicine Mark creates a false association between Defendant and Boston Sports Medicine.

71.    Defendant's unauthorized infringing use of the Boston Sports Medicine Mark and/or any confusingly similar derivations thereof also tends to cause confusion, mistake, and/or deception among consumers as to the source, quality, and nature of Defendant's goods and services.

72.    Defendant has engaged in fraudulent business practices, false advertising, and unfair competition by using the Boston Sports Medicine Mark and/or any confusingly similar derivations thereof, associated goodwill, and other intangible

15

Case 1:16-cv-40145   Document 1   Filed 02/04/16   Page 16 of 25

rights of Boston Sports Medicine without permission in an attempt to pass off Defendant's goods as coming from, being sponsored by, and/or affiliated with Boston Sports Medicine, when such is not the case.

73.     Defendant's use of the Boston Sports Medicine Mark and/or any confusingly similar derivations thereof, goodwill, and other intangible rights of Boston Sports Medicine is in direct violation of 15 U.S.C., § 1125(a) et seq., and represents false advertising and false designation of source entitling Boston Sports Medicine to all remedies available under the law.

74.     As a direct and proximate result of the foregoing conduct, Boston Sports Medicine is entitled to damages against Defendant, in an amount according to proof at trial, to a temporary, preliminary, and permanent injunction, and to any and all other relief the Court deems just and proper under the law.

## COUNT III

**(Unfair Methods of Competition / Deceptive Acts and Practices—M.G.L. c. 93A, §§ 2 and 11)**

75.     Boston Sports Medicine incorporates and re-alleges by reference the above paragraphs 1 through 74 as if expressly set forth herein.

76.     Defendant is engaged in the conduct of trade or commerce within the meaning of M.G.L. c. 93A.

77.     The foregoing conduct by Defendant constitutes a pattern of unfair, deceptive, and fraudulent acts and practices within the meaning of M.G.L. c. 93A in that:

16

a.      Boston Sports Medicine is the legal owner of the Boston Sports Medicine Mark, has not abandoned the Boston Sports Medicine Mark since its first use, and the Boston Sports Medicine Mark has been, and continues to be, in continuous use.  Despite knowledge of Boston Sports Medicine's ownership interests in the Boston Sports Medicine Mark, Defendant has made, and intentionally continued to make, use in commerce of the Boston Sports Medicine Mark without Boston Sports Medicine's permission.

b.      Boston Sports Medicine never granted Defendant permission to use the Boston Sports Medicine Mark or any similar marks or to engage in the offending activities. After discovering Defendant's infringing use of the Boston Sports Medicine Mark, Boston Sports Medicine demanded that Defendant cease further use of the Boston Sports Medicine Mark. Defendant has refused to cease further use and continues, to this day, to misappropriate Boston Sports Medicine's rights in the Boston Sports Medicine Mark.

c.      Defendant has engaged in a pattern of unfair, deceptive, and fraudulent acts to enrich itself by misappropriating Boston Sports Medicine's exclusive rights to the Boston Sports Medicine Mark and using it for its own benefit.

d.      Defendant has engaged in fraudulent business practices, false advertising, and unfair competition by using the Boston Sports Medicine Mark, associated goodwill, and other intangible rights of Boston Sports Medicine, including but not limited to an improper attempt to pass off Defendant's services as coming from, being sponsored by, and/or affiliated with Boston Sports Medicine.

17

Case 1:16-cv-40145   Document 1   Filed 02/01/16   Page 18 of 25

78.     Defendant's unauthorized use and intentional infringement of the Boston Sports Medicine Mark, as explained above, creates a false association between Defendant and Boston Sports Medicine and is likely to cause confusion, mistake, and/or deception among consumers as to the source, quality, and/or nature of Defendant's goods and services.

79.     Boston Sports Medicine has been damaged and will continue to be damaged by Defendant's unlawful, unfair, and fraudulent and deceptive business practices as alleged herein.

80.     Boston Sports Medicine is entitled to a preliminary and permanent injunction enjoining Defendant from using the Boston Sports Medicine Mark to advertise, market, and/or sell Defendant's goods or services.  Defendant has profited from its activities and, unless its conduct is enjoined, Boston Sports Medicine will continue to suffer irreparable harm that cannot be adequately calculated or compensated by monetary damages. Accordingly, injunctive relief is proper pursuant to M.G.L. c. 93A, § 11.

81.     As a direct and proximate result of Defendant's conduct, Boston Sports Medicine has been harmed and is entitled to damages against Defendant in an amount according to proof at trial and to any and all other relief the Court deems just and proper under the law.

82.     Boston Sports Medicine is informed and believes, and thereon alleges, that Defendant's conduct was intentional, willful, wanton, malicious, and in conscious disregard of Boston Sports Medicine's rights, thereby justifying an award of three

times its damages, together with reasonable attorneys' fees, pursuant to M.G.L. c. 93A, § 11.

## COUNT IV

### (Trademark Infringement Under M.G.L. c. 110H)

83.     Boston Sports Medicine incorporates and re-alleges by reference the above paragraphs 1 through 82 as if expressly set forth herein.

84.     Boston Sports Medicine owns and enjoys common law trademark rights which are superior to any rights Defendant may claim to any similar mark.

85.     As such, the Boston Sports Medicine Mark is entitled to protection under M.G.L. c. 110H, § 13.

86.     Defendant's unauthorized use of the Boston Sports Medicine Mark in Massachusetts was intended to cause confusion, or to cause mistake, or to deceive as to affiliation, connection, or association of Defendant with Boston Sports Medicine as to the origin, sponsorship, or approval of Defendant's goods.

87.     Defendant's infringement of the Boston Sports Medicine Mark has been willful, wanton, reckless, and done with full knowledge and disregard of Boston Sports Medicine's prior use and rights in its Mark.

88.     Defendant's unauthorized use of a mark confusingly similar to the Boston Sports Medicine Mark in Massachusetts has caused and will continue to cause substantial and irreparable injury to Boston Sports Medicine's business reputation unless Defendant's use of the Boston Sports Medicine Mark is enjoined by this Court.

89.     Boston Sports Medicine is entitled to injunctive relief to enjoin Defendant's further use of the Boston Sports Medicine Mark under M.G.L. c. 110H, § 3.

## COUNT V

### (Massachusetts Common Law Trademark Infringement)

90.     Boston Sports Medicine incorporates and re-alleges by reference the above paragraphs 1 through 89 as if expressly set forth herein.

91.     The Boston Sports Medicine Mark is the proprietary property of Boston Sports Medicine, which possesses certain common law trademark rights and protections in the Boston Sports Medicine Mark under the common law of the Commonwealth of Massachusetts.

92.     Defendant's unauthorized use and intentional infringement of the Boston Sports Medicine Mark, as explained above is likely to cause confusion, mistake, and/or deception among consumers as to the source, quality, and/or nature of Defendant's goods and services, thereby, committing common law trademark infringement.

93.     Defendant has engaged in unfair competition by using a mark confusingly similar to the Boston Sports Medicine Mark, associated goodwill, and other intangible rights of Boston Sports Medicine without permission in an attempt to pass off Defendant's services as coming from, being sponsored by, and/or affiliated with Boston Sports Medicine.

94.     Defendant's acts and conduct as set forth herein constitutes unfair

competition, willful, unfair, and deceptive acts or practices within the Commonwealth of Massachusetts and violation of Massachusetts common law.

95.    Boston Sports Medicine never gave Defendant permission to use the Boston Sports Medicine Mark or any similar marks or engage in the offending activities. After discovering Defendant's infringing use of the Boston Sports Medicine Mark and/or any confusingly similar derivations thereof, Boston Sports Medicine demanded that Defendant cease further use of the Boston Sports Medicine Mark. Defendant, however, has refused to cease further use and continues, to this day, to misappropriate Boston Sports Medicine's rights in the Boston Sports Medicine Mark.

96.    Boston Sports Medicine has been damaged and will continue to be damaged by Defendant's infringing activities.

97.    As a direct and proximate result of the foregoing conduct, Boston Sports Medicine is entitled to damages against Defendant in an amount that is subject to proof at trial, to a preliminary and permanent injunction, and to any and all other relief the Court deems just and proper under the law.

98.    Boston Sports Medicine is informed and believes, and thereon alleges, that Defendant's conduct was willful, wanton, malicious, and in conscious disregard of Boston Sports Medicine's rights, thereby justifying an award of punitive and/or exemplary damages in an amount according to proof at trial.

## COUNT VI

### (Massachusetts Common Law Unfair Competition)

99.     Boston Sports Medicine incorporates and re-alleges by reference the above paragraphs 1 through 98 as if expressly set forth herein.

100.    Boston Sports Medicine is the legal owner of the Boston Sports Medicine Mark, has not abandoned the Boston Sports Medicine Mark since its first use, and the Boston Sports Medicine Mark has been, and continues to be, in continuous use. Despite knowledge of Boston Sports Medicine's ownership interests in the Boston Sports Medicine Mark, Defendant has made, and intentionally continues to make, use in commerce of the Boston Sports Medicine Mark without Boston Sports Medicine's permission.

101.    Defendant has engaged in a pattern of unfair, deceptive, and fraudulent acts to enrich itself by misappropriating Boston Sports Medicine's rights to the Boston Sports Medicine Mark and using them for its own benefit.

102.    Defendant's unauthorized use of the Boston Sports Medicine Mark creates a false association between Defendant and Boston Sports Medicine. Defendant's unauthorized use of the Boston Sports Medicine Mark also tends to cause confusion, mistake, and/or deception among consumers as to the source, quality, and nature of Defendant's goods and services.

103.    Defendant has engaged in fraudulent business practices, false advertising, and unfair competition by using the Boston Sports Medicine Mark and associated goodwill, without permission in an attempt to pass off Defendant's goods as coming from, being sponsored by, and/or affiliated with Boston Sports Medicine.

104.    Boston Sports Medicine has been damaged and will continue to be damaged by Defendant's unlawful, unfair, and/or fraudulent business practices and misleading advertising as alleged herein. Boston Sports Medicine, therefore, is entitled to a preliminary and permanent injunction enjoining Defendant from using the Boston Sports Medicine Mark to advertise, market, and/or sell Defendant's goods and services.

105.    As a direct and proximate result of the foregoing conduct, Boston Sports Medicine has been harmed and is entitled to damages against Defendant in an amount according to proof at trial and to any and all other relief the Court deems just and proper under the law.

106.    Boston Sports Medicine is informed and believes, and thereon alleges, that Defendant's conduct was willful, wanton, malicious, and in conscious disregard of Boston Sports Medicine's rights, thereby justifying an award of punitive and/or exemplary damages in an amount according to proof at trial.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment in its favor and against Defendant as to all Counts, together with the following relief:

A.    For a preliminary and permanent injunction that enjoins Defendant and its agents, affiliates, parent companies, subsidiaries, servants, employees, and all persons acting in privity or in concert with them, from, directly or indirectly:

(i)    Using the Boston Sports Medicine Mark or trade name in connection with Defendant's services, marketing, advertising, or

23

Case 1:16-cv-40145   Document 1   Filed 02/01/16   Page 24 of 25

promotional materials, or otherwise in connection with Defendant's business;

(ii)    Using confusingly similar variations of the Boston Sports Medicine Mark or trade name, specifically including but not limited to "Boston Sports Medicine & Research Institute," causing a likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendant's goods or services;

(iii)   Otherwise infringing upon the Boston Sports Medicine Mark or trade name; and

(iv)    Continuing to perform in any manner whatsoever any of the acts complained of in this Complaint.

B.    For an Order directing Defendant to file with this Court and serve on Boston Sports Medicine, within 10 days after service of an injunction, a written report, signed under oath, setting forth, in detail, the manner and form by which Defendant has complied with the injunction.

C.    For an Order that Defendant pays to Boston Sports Medicine compensatory damages for the injuries sustained by Boston Sports Medicine in consequence of the unlawful acts alleged herein and that such damages be trebled pursuant to 15 U.S.C., § 1117, M.G.L. c. 93A, and any other applicable law because of the willful and knowing unlawful acts as alleged herein.

D.    For an Order requiring Defendant to account for and pay over to Boston Sports Medicine all gains, profits, and advantages derived by them from the willful and

knowing unlawful activities alleged herein pursuant to 15 U.S.C., § 1117, M.G.L. c. 110H, and any other applicable law.

E.     For an Order awarding Boston Sports Medicine its costs and attorneys' fees incurred in prosecuting this action.

F.     For an Order awarding Boston Sports Medicine pre- and post-judgment interest.

G.     For an Award awarding Boston Sports Medicine such further relief as the Court deems just and proper.

## JURY DEMAND

Boston Sports Medicine hereby demands a trial by jury as to all claims or issues so triable.

BOSTON SPORTS MEDICINE, INC.,
By its attorneys,

*/s/ Douglas F. Hartman*

_____
Douglas F. Hartman, BBO# 642823
HARTMAN LEONE
One Boston Place
201 Washington Street, 26th Floor
Boston, Massachusetts 02108
P:  617-807-0091
F:  617-507-8334
dhartman@hartmanleone.com

# EXHIBIT D



# HARTMAC LEOCE

OCE BOSTON PLACE,   26ᵀᴴ FLOOR,   BOSTON,   MASSACHUSETTS 02108

TEL: 617-807-0144      FAX: 617-904-1757

**Douglas F. Hartman**
Direct Dial:  617-807-0091
Direct Fax:  617-507-8334
dhartman@hartmanleone.com

<u>**CONFIDENTIAL COMMUNICATION IN FURTHERANCE**</u>
<u>**OF SETTLEMENT PURPOSES ONLY**</u>

May 23, 2016

**Via Email to LDeMeo@mgmlaw.com**
Larry K. DeMeo
Manion Maynor & Manning
125 High Street
Boston, Massachusetts 02110

Re:    *Boston Sports Medicine, Inc., v. Boston Sports Medicine*
       *& Research Institute, LLC*
       U.S.D.C., D. Mass.
       Civil Action No.:  1:16-cv-10143

Dear Larry:

Please allow this letter to serve as a follow up to our meeting on May 13, 2016, and your client's offer of settlement.  BSM would be willing to settle the litigation with BSMRI along the lines of our client's proposed terms below.  Please be aware that any conditional acceptance of a single term in your letter would only be agreeable if all of our terms are met.

1.  BSM will be listed as the preferred and sole provider, including, but not limited to, physical rehabilitation and physical therapy services on the home page of the BSMRI website and any other appropriate pages to be agreed upon by the parties.

2.  A licensing agreement between BSM and BSMRI regarding the use of the Trademark "Boston Sports Medicine" with terms of the licensing agreement outlined below:

    a)  Limited geographic scope in which BSMRI may utilize the "Boston Sports Medicine" mark: Boston boroughs of Brighton (ST E's) and Jamaica Plain (New England Baptist), unless authorized in writing by BSM.

HARTMAC LEOCE

Manion Maynor & Manning
May 23, 2016
Page 2 of 3

   b) BSMRI may not open/operate at another location outside of St. Elizabeth's and the New England Baptist Hospital without the express written consent of BSM.

   c) Transfer all rights in the BSMRI name, URL and any other online presence of the BSMRI name to BSM should Dr. Gill cease operation as a practicing full-time physician in the geographic scope in which the mark may be utilized according to the licensing agreement;

   d) The licensing agreement is non-transferable nor assignable without prior written consent of BSM;

   e) A monthly referral volume target of patients from BSMRI to BSM as follows:

       i. A minimum of 3 registered patients per day in any BSM office from Steward Health Care System/St. Elizabeth's Orthopedics Dept. (assuming 250 business days in a single calendar year) in any of their clinics from either Dr. Gill or any other doctor of Steward Health Care System/St. Elizabeth's Orthopedics Dept. (Registered patient shall mean a patient that signs in at BSM and completes at least one initial session with BSM);

       ii. The yearly requirement equates to 750 new evaluations at BSM per year, which equates to approximately $45,000 (US) in revenue per month;

       iii. If the referral target is not met by BSMRI, then BSMRI will pay the difference between the required revenue and actual revenue as a licensing fee; $720 per patient.

       iv. The referral target will be evaluated and the licensing fee will be paid (if required) on a quarterly basis from BSMRI to BSM

   f) BSMRI may only use the term "Boston Sports Medicine" in conjunction at all times with the following terms "and Research Institute"; this includes, but is not limited to: usage on all websites, social media accounts, and advertising.

   g) BSMRI must indicate on BSMRI's home page of BSMRI's website that the "Boston Sports Medicine" term is licensed from BSM;

   h) The licensing agreement will have an initial term with an option to renew

   i) System for tracking referrals

   j) BSMRI will agree to indemnify BSM for any patients treated by BSMRI and referred to BSM

3. BSMRI will no longer utilize the URL: www.bostonsportsmedicine.com and the parties will agree upon a new URL that BSMRI will use prior to execution of the licensing agreement.

4. At the expense of BSMRI, BSMRI will obtain for BSM a written approval & a separate agreement acceptable to BSM creating a partnership between BSM and Steward Health Care System granting BSM full permission and authorization to

HARTMAC LEOCE

Manion Maynor & Manning
May 23, 2016
Page 3 of 3

see their patients outside of the Steward Health Care System that are referred to
BSM.

5.  At the expense of BSMRI, BSMRI will obtain a written approval & a separate
    agreement for BSM, to allow BSM to be "In-network" with Steward Health Care
    System's Tufts Health Plan to ensure that Steward Health Care System's
    Employees and Steward Health Care System's Tufts Health Plan Patients possess
    the same co-payment at BSM as they have at Steward Health Care System's
    Physical Therapy **within (60) days of agreeing to these terms**.

6.  BSMRI will obtain a written approval & separate agreement acceptable to BSM
    that Steward Health Care System's Physical Therapy center's will not compete
    with BSM in that new Steward Health Care System's Physical Therapy center's
    will not open within (5) miles of any BSM location and existing Steward Health
    Care System's Physical Therapy center's will not expand.

7.  If BSMRI does not comply with all the terms of the settlement agreement, BSM
    will immediately terminate the licensing agreement and revoke use of the "Boston
    Sports Medicine" mark from BSMRI.

Moving forward, we have provided our position with respect to the terms where we
believe BSM would be willing to settle this matter.  However, if BSMRI is inclined to
either not accept or deliver on all of these terms, then BSM will have no other option
except to continue forward with this lawsuit on all fronts.

This letter is not intended to be a recitation of all our rights, and we reserve all of our
rights.

We look forward to hearing your response to BSM's proposal no later than June 10,
2016.  If we do not hear back from you by this date, we will assume you have no
intention of modifying your settlement proposal.

Thank you for your attention to these matters.  Should you have any questions,
please do not hesitate to contact me.

Very truly yours,

Douglas F. Hartman

# EXHIBIT E



https://www.google.com/search?client=firefox-b-1-d&q=bostonsportsmedicine.com

Q All   ▷ Videos   🖻 News   🖸 Images   ◉ Maps   ⋮ More        Settings   Tools

About 45,300 results (0.62 seconds)

❋ COVID-19 safety info

https://www.bostonsportsmedicine.com   ⋮

**Boston Sports Medicine | Doctor Thomas Gill**

Mission. **Boston Sports Medicine** and Research Institute strives to provide the highest quality, world-class, comprehensive orthopedic care centered around each ...

You've visited this page many times. Last visit 4/14/21

**Rehabilitation Protocols**
Rehabilitation Protocols
Regenerative Medicine ...

**Our Staff**
Thomas J. Gill, MD, Director,
Boston Sports Medicine and ...

**Physical Therapy**
Physical Therapy. Our multi-
disciplinary approach ...

**Surgical Information**
Amanda Bates- Surgical
Coordinator. Phone: 781-251...

**About Us**
About Us. Members of Boston
Sports Medicine and Research ...

**News and Press**
Dr. Gill and Boston Sports
Medicine and Research Institute...

**Contact & Directions**
NE Baptist Outpatient Care Center.
40 Allied Drive. Dedham, MA ...

**Education & Research**
Boston Sports Medicine &
Research Institute. Schedule ...



https://www.bostonsportsmedicine.com/therapy/therapy.html

BOSTON SPORTS
MEDICINE
& RESEARCH INSTITUTE

An Affiliate of
NEW ENGLAND BAPTIST
HOSPITAL

ABOUT US   APPOINTMENTS   FOR PATIENTS   FOR PHYSICIANS   EDUCATION & RESEARCH   REHAB PROTOCOLS

SCHEDULE AN APPOINTMENT

Physical Therapy

Our multi-disciplinary approach, comprised of physical therapists, physical therapist assistants, and athletic trainers, is committed to working closely with our patients and athletes to return them to the highest level of activity possible after injury.

ABOUT US

APPOINTMENTS

FOR PATIENTS

FOR PHYSICIANS

EDUCATION & RESEARCH

REHAB PROTOCOLS

About Us
- Our Mission
- Our Staff
- News and Press
- Contact and Directions
- Giving to Boston

Appointments
- Book an appointment

For Patients
- Patient Portal
- Important Contacts
- Surgical Information
- VisionScope

For Physicians
- Rehabilitation Protocols
- Surgical Techniques

Education & Research
- CV and Bibliography
- Orthopedic Bioengineering Laboratory

Rehab Protocols
- List of protocols

Boston Sports Medicine

NE Baptist Outpatient Care Center
40 Allied Drive
Dedham, MA

https://www.bostonsportsmedicine.com/about/our-staff.html

## Our Staff

ABOUT US

OUR MISSION

OUR STAFF

NEWS AND PRESS

CONTACT AND DIRECTIONS

GIVING TO BOSTON SPORTS
MEDICINE AND RESEARCH
INSTITUTE

### Thomas J. Gill, MD

Director, Boston Sports Medicine and Research Institute

Professor of Orthopedic Surgery, Tufts Medical School

Chairman of Orthopedic Surgery, Steward Healthcare Network

### Brian Petrone, PA-C

Physician Assistant

bpetrone@partners.org

### Sheryl Hassett, RN

Registered Nurse

SHASSETT@partners.org



Email: abates@nebh.org

Please contact Amanda for any questions regarding:

- Surgical Scheduling
- Post-op appointment scheduling
- Medical Clearance
- Insurance Verification
- Prior Authorization

**Nicole Chea- Administrative Assistant**
Phone 781-251-3535
Email: Nchea@partners.org

Please contact Nicole for any questions regarding:

- Academic meeting/travel
- Medical Equipment/DME
- Work Comp inquires
- Medical Records
- Viscosupplementation
- Vision Scope
- Deposition/Narrative request

**Sheryl Hassett- Registered Nurse**
Phone 781-251-3535
Email: Shassett@partners.org

Please contact Sheryl for any questions regarding:

- Post-op Recovery/Rehabilitation
- Physical Therapy
- Disability paperwork
- Medications/pain management

**Billing Information: DBI Billing**

REHABILITATION PROTOCOLS

INJURY PREVENTION TIPS

https://www.bostonsportsmedicine.com/patients/Surgical-Information.html

# EXHIBIT F

Beth Israel Lahey Health
New England Baptist Hospital

Patients & Care Partners   Who We Are   What We Offer   Find a Doctor   Give Now   Contact Us   Search   Make a Gift

Quality Care   Health Professionals

# Thomas J. Gill, MD

Medical Director of Sports Fellowship Education

PRINT



After graduating Phi Beta Kappa and Magna Cum Laude in Biology from Harvard College, Dr. Thomas Gill received his medical degree from Harvard Medical School. He performed his internship in general surgery at the Massachusetts General Hospital, and completed his orthopaedic surgery training at the Harvard Combined Orthopaedic Residency Program. Upon his graduation, Dr. Gill was awarded the Maurice E. Muller Scholarship to study reconstructive surgery in Bern, Switzerland and throughout other European



Mass General Brigham

Find a Doctor    Who We Are    Hospitals & Locations    How We Lead    Find & Get Care    Log In to Patient Gateway    Patient Information

COVID-19

Return to search results or Start a new search

**Thomas J Gill, MD**
Orthopedic Surgery

ACCEPTING NEW PATIENTS

Share:

**Boston Sports Medicine and Research Institute, LLC**
40 Allied Drive
Dedham, MA 02026
Get Directions
781-251-3535
617-264-1101

About    Expertise    Insurance

## About Thomas J Gill

| | |
|---|---|
| Specialties | Orthopedic Surgery |
| Affiliations | Newton-Wellesley Hospital |
| Provider Gender | Male |
| Language | English French |
| Age Groups Seen | Adults Geriatrics |

## Expertise

**Education**

American Board of Orthopedic Surgery
Board Certification, Orthopaedic Sports Medicine, 2013

American Board of Orthopedic Surgery
Board Certification, OrthopedicSurgeryGeneral, 2000

Steadman Hawkins Clinic
Fellowship, Sports Medicine, 1998

Brigham and Women's Hospital
Residency, Orthopedic Surgery, 1997

# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSTON SPORTS MEDICINE, INC.,   :
                                        :
       Plaintiff,                :
                                          :      Civil Action No.: 1:16 cv10143 DJC
v.                                  :
                                        :
BOSTON SPORTS MEDICINE &      :
RESEARCH INSTITUTE, LLC,    :
                                        :
       Defendant.             :

## STIPULATION OF DISMISSAL

The parties in the above entitled matter, hereby stipulate, pursuant to Fed.R.Civ.P.

41(a)(1)(A)(ii), that the action be dismissed without prejudice.

BOSTON SPORTS MEDICINE, INC.,     BOSTON SPORTS MEDICINE AND
By its attorneys,                    RESEARCH INSTITUTE, LLC
                                 By its attorney,

*/s/ Douglas F. Hartman*            */s/ Lawrence K. DeMeo*
_____   _____
Douglas F. Hartman, BBO# 642823    Lawrence K. DeMeo (BBO #: 658867)
HARTMAN LEONE               MANION GAYNOR & MANNING, LLP
One Boston Place                125 High Street
201 Washington Street, 26th Floor    Boston, MA 02110
Boston, Massachusetts 02108      (617) 670-8800
P:  617-807-0091                (617) 670-8801 (fax)
F:  617-507-8334               LDemeo@mgmlaw.com
dhartman@hartmanleone.com

# EXHIBIT H

| Fax | To:<br>Fax: 16176234224 | From: THOMAS J. GILL, MD IV<br>Fax: (781) 251-3532<br>Phone: (781) 251-3535 |
|-----|--------------------------|-------------------------------------------------------------------------------|

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:252635-H-11813]



Boston Sports Medicine
259 Elm Street
Davis Square
Somerville, MA 02144
P: 617-623-6300
F: 617-623-4224

# Fax

Please sign, date, and return ONLY last page as response.

Thank you.

The information in this message is privileged and confidential. If you received this in error, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify us by telephone immediately, and return original message to us at the above address via the U.S. Postal Service. Thank you.



**Somerville Davis Square**
259 Elm Street
2nd Floor
Somerville, MA  02144

Phone: (617) 623-6300
Fax: (617) 623-4224

Progress Evaluation for
Joshua Fowler
05/04/16
Case: (R) SLAP repair
Therapist(s):
                    Lauren Mooney, PT

Referred by: Thomas Gill, MD
Phone: (781) 251-3535
Fax: (781) 251-3532

Diagnosis  :Pain in right shoulder
ICD-9: **M25.511**

---

## Summary

Pt is a pleasant 28 y/o, R hand dominant, male who presents to physical therapy for evaluation and treatment of his R shoulder pain s/p R shoulder arthroscopic SLAP repair and Bankart on 1/14/16. Pt has been seen 28 times since IE. He presents to re-evaluation with improving ROM and mobility and peri-scapular strength. Pt continues to have weakness with flexion and abduction motions and continues to require education and encouragement to utilize his R UE with ADLs and IADLs. Pt will continue to benefit from skilled PT 1x/week for 4-6 weeks to address functional and clinical impairments and continue to progress through protocol.

## Subjective

### Current Complaints

**Pain Intensity at Worst:** 0/10: No Pain.

### Current Functional Level

**Use of Computer:** no discomfort with computer use. **Lying down:** able to sleep on R side with no pain, occasional discomfort.

### Subjective

**Reports:** Pt presents with low level of residual soreness in R. shoulder due to moving furniture around yesterday.  Feels that he is tolerating program well and has improved strength and ROM.

## Objective

### Outcomes Scores

| | Result | Note |
|---|---|---|
| **Disabilities of the Arm, Shoulder, and Hand (DASH)** | 20.5 - Minimal to moderate disability (20 - 39) | |

### Shoulder Passive ROM

| | Result | Note |
|---|---|---|
| **Shoulder Flexion PROM** | 155 degrees | mild pain; AROM 150 degrees |
| **Shoulder Abduction PROM** | 175 degrees | minimal pain; AROM 160 degrees |
| **Shoulder External Rotation PROM** | 73 degrees | minimal pain |
| **Shoulder Internal Rotation PROM** | 60 degrees | no pain |

### Shoulder Muscle Testing

| | Result | Note |
|---|---|---|
| **Latissimus dorsi** | 4+ /5 | |
| **Lower Trapezius** | 4+ /5 | |

| Middle Trapezius | 4+ /5 | |
|---|---|---|
| **Shoulder Strength Testing** | | |
| Shoulder Abduction Strength | 4 /5 | |
| Shoulder External Rotation Strength | 4- /5 | |
| Shoulder Flexion Strength | 4- /5 | |
| Shoulder Internal Rotation Strength | 4- /5 | |
| **Shoulder Functional Mobility Tests** | | |
| Reach back of opposite shoulder | Able with difficulty | |
| Reach between scapula | Able with difficulty | |
| Reach small of back | Able with difficulty | |
| Reach top of head | Able with difficulty | |

### Today's Treatment

**Today's Treatment:** See procedures list below for today's treatment. Patient education was conducted.

### Goals

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| 1: Pain Intensity at Worst | 7/10: Severe Pain. | 0/10: No Pain. | 0/10: No Pain. | 4/25/16 | | |
| 2: Use of Computer | discomfort with computer use. | no discomfort with computer use. | no pain with 8 hour use during work | 2/23/16 | | 3/14/16 |
| 3: Lying down | wakes from pain, unable to lay on R side. | able to sleep on R side with no pain, occasional discomfort | able to sleep without waking due to pain | 3/8/16 | | 3/14/16 |
| 4: Disabilities of the Arm, Shoulder, and Hand (DASH) | 79 - Moderate to severe disability. (60 - 79) | 20.5 - Minimal to moderate disability (20 - 39) | 40 - Moderate disability. (40 - 59) | 4/25/16 | | |
| 5: Shoulder Flexion PROM | 85 degrees | 155 degrees | 180 degrees | 5/9/16 | | |
| 6: Shoulder Abduction PROM | 60 degrees | 175 degrees | 180 degrees | 5/9/16 | | |
| 7: Shoulder External Rotation PROM | 0 degrees | 73 degrees | 90 degrees | 5/9/16 | | |
| 8: Shoulder Internal Rotation PROM | 35 degrees | 60 degrees | 90 degrees | 5/9/16 | | |
| 9: Shoulder Abduction Strength | 3 /5 | 4 /5 | 5 /5 | 5/9/16 | | |
| 10: Shoulder External Rotation Strength | 3 /5 | 4- /5 | 5 /5 | 5/9/16 | | |
| 11: Shoulder Flexion Strength | 3 /5 | 4- /5 | 5 /5 | 5/9/16 | | |
| 12: Shoulder Internal Rotation Strength | 3 /5 | 4- /5 | 5 /5 | 5/9/16 | | |
| 13: Reach back of opposite shoulder | Unable | Able with difficulty | Able | 4/25/16 | | |
| 14: Reach between scapula | Unable | Able with difficulty | Able | 4/25/16 | | |

| 15: Reach small of back | Unable | Able with difficulty | Able | 4/25/16 | | |
| 16: Reach top of head | Unable | Able with difficulty | Able | 4/25/16 | | |

**Assessment**

### Assessment

**Today's PT session:** Pt continues to have the most restriction in IR and horizontal adduction ROM. He continues to benefit from education on sleeper stretch to improve this mobility. Pt demonstrated an increase in strength peri-scapular, however has continued significant weakness with active flexion and abduction. Pt was encouraged to continue to return to his normal activity around the home and at work with his R UE.

**Plan**

### Daily Note

**Continue:** Same goals. Same treatment plan.

Electronically signed by:
License:
05/05/16 10:14 am

Electronically signed by: Lauren Mooney, PT
PT Lic. #: 20642
on 05/05/16 10:14 am

## Plan of Care Approval for **Joshua Fowler**

Thank you for this referral.

We are required to obtain an approval of Joshua's plan of care. You may approve the plan of care and make any changes to the plan of care by commenting below. As always, please feel free to call us at (617) 623-6300 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Lauren Mooney, PT

05/05/16 10:14 am

### Plan of Care Approval

**✗** Approval of the plan of care as documented

☐ Approval of the plan of care with changes noted below

☐ Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

*Thomas Gill, M.D.*          **06/17/2016**

Thomas Gill, MD

Approval Date:    /   /

| Fax | To:<br>Fax: 16176234224 | From: THOMAS J. GILL, MD IV<br>Fax: (781) 251-3532<br>Phone: (781) 251-3535 |
|-----|--------------------------|------------------------------------------------------------------------------|

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:250447-H-11813]



Boston Sports Medicine
259 Elm Street
Davis Square
Somerville, MA 02144
P: 617-623-6300
F: 617-623-4224



Please sign, date, and return ONLY last page as response.

Thank you.

The information in this message is privileged and confidential.  If you received this in error, you
are hereby notified that any dissemination, distribution, or copying of this communication is
strictly prohibited.  If you have received this message in error, please notify us by telephone
immediately, and return original message to us at the above address via the U.S. Postal Service.
Thank you.



**Somerville Davis Square**
259 Elm Street
2nd Floor
Somerville, MA  02144

Phone: (617) 623-6300
Fax: (617) 623-4224

Initial Evaluation for
Joseph Giesting
04/29/16
Case: L Knee
Therapist(s): Emily Bojorquez, PT
                    Dr. Meaghan Harwood, PT

Referred by: Thomas Gill, MD
Phone: (781) 251-3535
Fax: (781) 251-3532

Diagnosis  : Encounter for other specified surgical aftercare
Pain in left knee
ICD-9: Z48.89
M25.562

---

## Summary

Pt presents to physical therapy for evaluation and treatment of (L) knee pain, ongoing since ACL tibial screw removal and arthroscopic debridement 01/16/16.  Pt received PT at another facility for approx 20 visits but he was not pleased with his progress.  Pt presents with knee pain, reduced ROM, reduced flexibility, gait abnormalities, balance deficits and significant weakness.  pt will benefit from skilled PT 2x/wk for 6wks to address functional deficits outlined in IE.

## Subjective

### Case History

**Onset Description:** Pt presents to physical therapy for evaluation and treatment of (L) knee pain, ongoing since ACL tibial screw removal and arthroscopic debridement 01/16/16.  Pt received PT at another facility for approx 20 visits but he was not pleased with his progress.  . **Diagnostic Testing / Results:** MRI pre-op.  X-rays post-op.

### Current Complaints

**Pain Intensity at Best:** 4/10: Moderate Pain. **Pain Intensity at Worst:** 6/10: Moderate Pain. **Pain Location / Behavior:** diffuse, lateral>medial and anterior knee described as ache, throb and burning. **Aggravating Factors:** any weight bearing, prolonged walking, uneven surfaces, squatting, pivoting, stairs. **Easing Factors:** rest, ice.

### Medical History

**Current Medications:** none. **General Medical History:** h/o ACL reconstruction, patellar tendon graft 20yrs ago, per pt never a full recovery. **Prior Physical Therapy:** Yes.  20 visits at another facility. Treatment included modalities (ultrasound, IFC, russian e-stim), massage and strengthening.

### Treatment / Modality Screening

**Adhesive / Latex Allergy Screen:** Patient denies any known allergies. **Incontinence Screen:** Pt denies any known bowel or bladder incontinence. **Cancer Screen:** Pt denies any known history of CA. **Open Wound Screen:** Patient denies any presence of open wounds. **Implanted Metal Screen:** Patient denies presence of implanted metal. **Pacemaker Screen:** Patient denies presence of implanted pacemaker.

### Current Functional Level

**Standing:** painful >1hr. **Ambulation:** painful, avoided <1mile. **Stairs:** SOS c HR and pain. **Running:** unable.

### Footwear

**Other::** sneakers most of the time.

### Related Habits

**Lifestyle:** enjoys golf and tennis (has not been able to).

### Vocational

**Current Status:** F/T software engineer.

**Pt Goals / Expectations for PT**

**Patient's Goals / Expectations:** walk without pain.

**Objective**

---

**Functional Scales**

**Activity Pace:** Score 1: Performs activities at a slow pace. **LEFS - Lower Extremity Functional Scale:** Score 48-59: 60% to 74% of Maximum Function.

**Outcomes Scores**

| Lower Extremity Functional Scale (LEFS) | 51 - Minimal to moderate disability. (48 - 62) | |
|---|---|---|

**Observation**

**Standing Double Leg Squat:** Moderate lateral weight shift to (R), R>L LE adduction. **Posture and Alignment:** dec WB on left, genu valgus deformity on left. **Single Leg Squat:** 0-30deg left, painful, 0-60deg (R). **Balance:** Poor proprioception on (R). **Running:** NT. **Walking:** (R) hip ER with foot clearance, genu valgus/IR collapse on initial contact.

| | Result | Note |
|---|---|---|
| **Hip Screen** | | |
| ROM | WNL | |
| Strength | WNL | |
| **Ankle / Foot Screen** | | |
| ROM | WNL | tight gastroc |
| Strength | WNL | |
| **Knee AROM** | | |
| Knee Extension AROM | 0 degrees | |
| Knee Flexion AROM | 133 degrees | (R) 141 |
| **Knee PROM** | | |
| Knee Extension PROM | 0 degrees | no pain over pressure |
| Knee Flexion PROM | 138 degrees | "tight" overpressure |
| **Knee** | | |
| ACL - Anterior Drawer | Negative | |
| PCL - Posterior Drawer | Negative | |
| MCL - Valgus Stress | Negative | |
| LCL - Varus Test | Negative | |
| Meniscus - McMurray | Negative | |
| Meniscus - Apley's Grind | Negative | |
| Patellar Subluxation - Apprehension | Negative | |
| PFS - Grind | Negative | |
| Distal ITB - Noble's Compression | Negative | |
| **Palpation** | | |
| Alignment | Abnormal | genu valgus deformity |
| Joint Play | Abnormal | tight tibiofemoral anterior |
| Tenderness | Moderate | peroneals, ITB |

| | | |
|---|---|---|
| **Tissue Integrity** | Normal | |
| **Lower Extremity Girth Measurement** | | |
| 10 cm above medial knee joint line | 38.0 cm | (R) 39.5cm |
| **Balance Tests** | | |
| Single Leg Stance Eyes Closed | <4 seconds | |
| Single Leg Stance Eyes Open | 20 seconds | knee instability |
| **Flexibility** | | |
| Calf | Abnormal | |
| Hamstrings | Abnormal | |
| IT Band | Abnormal | |
| Quadriceps | Abnormal | |
| *Bilateral Hip Joint* | Left | Right |
| **Hip Strength Testing** | | |
| Hip Extension | 4- /5 | 4+ /5 |
| Hip Flexion | 4 /5 | 4+ /5 |
| Hip Abduction | 4 /5 | 4+ /5 |
| Hip Adduction | 4 /5 | 4+ /5 |
| Hip Ext Rotation | 3+ /5 | 3+ /5 |
| Hip Internal Rotation | 4- /5 | 4- /5 |
| *Bilateral Knee* | Left | Right |
| **Knee Strength Testing** | | |
| Knee Extension Strength | 4 /5 | 5 /5 |
| Knee Flexion Strength | 4 /5 | 4+ /5 |

## Goals

| Item | Initial | Goal | By Date |
|---|---|---|---|
| *Bilateral Hip Joint* | | | |
| 1: Hip Extension | 4- /5 | 5 /5 | 5/27/16 |
| 2: Hip Flexion | 4 /5 | 5 /5 | 5/27/16 |
| 3: Hip Ext Rotation | 3+ /5 | 5 /5 | 5/27/16 |
| *Bilateral Knee* | | | |
| 4: Knee Extension Strength | 4 /5 | 5 /5 | 5/27/16 |
| | | | |
| 5: Single Leg Stance Eyes Closed | <4 seconds | 15 seconds | 5/27/16 |
| 6: Walking | (R) hip ER with foot clearance, genu valgus/IR collapse on initial contact. | gait to WNL | 6/10/16 |
| 7: Lower Extremity Functional Scale (LEFS) | 51 - Minimal to moderate disability. (48 - 62) | 32 - Moderate disability. (32 - 47) | 6/10/16 |
| 8: Standing Double Leg Squat | Moderate lateral weight shift to (R), R>L LE adduction | 0-90deg without compensation | 6/10/16 |
| 9: Ambulation | painful, avoided <1mile | unlimited community mobility | 6/10/16 |

## Assessment

### Assessment

**Knee Diagnosis:** Pt presents with knee pain, reduced ROM, reduced flexibility and significant weakness s/p arthroscopy and screw removal. Pt has signs/symptoms of lateral compartment OA as well.

### PT Dx/Practice Pattern

**PT Dx/Practice Pattern:** 4D Impairments/Connective Tissue Dysfunction. 4I mpairments/Bony or Soft Tissue Surgery.

### Clinical Impairments

**Clinical Impairments:** Pain, weakness, decreased ROM, gait, balance.

### Functional Limitations

**Functional Limitations:** Prolonged standing, walking, stairs, squatting.

### Precautions / Contraindications to Treatment

**Precautions / Contraindications:** None.

### Rehabilitation Potential

**Rehabilitation Potential:** Good.

## Plan 

### General Care

**General Care:** Coordination, Communication, Documentation.

### Home Exercises / Patient Education

**Home Exercises:** HEP will be progressed according to patient's level of performance while under the supervision of PT and overall progress toward clinical and functional goals. Patient education will be provided throughout the course of therapy to maximize results.

### Supervised Exercises

**Supervised Exercises:** Supervised exercise may include any of the following based on the patient's current needs: aquatic therapy, cardio, open-chain strengthening, closed-chain strengthening, balance / proprioception, stretching.

### Modalities

**Treatment Modalities:** Treatment may include any of the following based on the patient's current needs: thermotherapy, cryotherapy, electric stimulation, ultrasound, cold laser.

### Procedures

**Treatment Procedures:** Treatment may include any of the following based on the patient's current needs: joint mobilization, manual stretching, massage. MFR, TPR, Graston, cupping.

### Treatment Plan Parameters

**Visit Frequency:** 2 visits per week. **Duration:** 6 weeks. **Range of Visits:** For Pattern 4D: 3-36. Eighty percent of patients/clients who are classified into this pattern achieve their goals within the time frame noted.

### Treatment Plan Discussion

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient. Patient understands and agrees with the plan of care.

### Certification

**Necessity and Skill Level:** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and functional limitations. These services require the expert knowledge / guidance of a licensed PT.

Electronically signed by: Emily Bojorquez, PT
License: 18353
05/02/16 7:14 am

Electronically signed by: Dr. Meaghan Harwood, PT
PT Lic. #:20019
05/02/16 7:14 am

## Plan of Care Approval for Joseph Giesting

Thank you for this referral.

We are required to obtain an approval of Joseph's plan of care. You may approve the plan of care and make any changes to the plan of care by commenting below. As always, please feel free to call us at (617) 623-6300 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Dr. Meaghan Harwood, PT
05/02/16 7:14 am

### Plan of Care Approval

☐   Approval of the plan of care as documented

☐   Approval of the plan of care with changes noted below

☐   Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature: *Thomas Gill, M.D.*

**05/25/2016**

Thomas Gill, MD

Approval Date:    /    /

09-28-'16 09:04 FROM- Rehab & Spine Dedham 17812513501    T-571  P0001/0004 F-028
Case 1:21-cv-11945-DJC   Document 1-6   Filed 12/03/21   Page 71 of 122

08/23/16  08:42:53  Clinicient          ->          athena Outbound Fax       Page 001



**Watertown**
36 Arlington Street
at Gymit Health Club
Watertown, MA 02472-5001

Phone: (617) 926-2300
Fax (617) 926-5886

Progress Evaluation for
Katherine Papaporfiriou
08/09/16
Case: post-op R shoulder 5/11/16
Therapist(s):
                Abigail Jamula, PT

Referred by: Thomas Gill, MD
Phone: (781) 251-3535
Fax  (781) 251-3532

Diagnosis  ;Pain in right shoulder
ICD-9: M25.511

## Summary

Katherine Papaporfiriou is progressing well with her post operative R RTC rehab and according to outlined MD protocol. She continues to have weakness, slight ROM deficits and decreased functional mobility/endurance with daily activities. She will benefit from continuing with PT treatment 1x/week for an additional 4 weeks with anticipated discharge to HEP at that time. She is aware and in agreement with the outlined PT POC and stated goals.

## Subjective

**Current Complaints**

Pain Intensity at Best: 0/10: No pain. **Pain Intensity at Worst:** 6/10: Moderate Pain.

**Current Functional Level**

Use of Arms Overhead: Able, but c/o weakness/some pain. **Lying down:** Able to sleep through the night, but unable to maintain R s/l for >30min.

**Subjective**

Reports: It gets sore, but I'm able to do more.

**Outcomes Scores Correlated to Medicare Impairment Rating**

| Quick Disabilities of the Arm, Shoulder, and Hand (DASH) Modified for Medicare Impairment Ratings | 45 - CK: 40 to 59% Impaired. Moderate disability. (40 - 59) | |
|---|---|---|

## Objective

| | Result | Note |
|---|---|---|
| **Shoulder Active ROM** | | |
| Shoulder Flexion Active Range of Motion | 165 degrees | |
| Shoulder Abduction AROM | 165 degrees | painful arc |
| Shoulder External Rotation AROM | 85 degrees | at 90/90 |
| Shoulder Internal Rotation AROM | 80 degrees | at 90/90 |
| **Shoulder Strength Testing** | | |
| Shoulder Abduction Strength | 3+ /5 | |
| Shoulder External Rotation Strength | 3+ /5 | |
| Shoulder Flexion Strength | 4- /5 | |
| Shoulder Internal Rotation Strength | 4- /5 | |
| **Shoulder Functional Mobility Tests** | | |

| Reach back of opposite shoulder | Able |  |
| Reach top of head | Able |  |

## Today's Treatment

**Today's Treatment:** Please refer to procedures listed above for today's treatment. Patient education was conducted throughout session. Home exercise program will be progressed when applicable and appropriate throughout the patient's duration of treatment.

## Goals

| Impairment Category | Carrying, Moving & Handling Objects |
| Current Impairment Rating (G8984) | 45% Impairment Level (CK: At least 40 percent but less than 60 percent impaired, limited or restricted) |
| Goal Impairment Rating (G8985) | 20% Impairment Level (CJ: At least 20 percent but less than 40 percent impaired, limited or restricted) |
| Projected Goal Completion Date | 9/9/2016 |
| Rationale for impairment rating | FLR impairment rating based on subjective reports, objective measurements, functional outcome scores, MD post surgical protocol/procedure and PT clinical judgement. |

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| 1: Pain Intensity at Worst | 9/10: Severe Pain. | 6/10: Moderate Pain. | 5/10: Moderate Pain. | 9/9/16 | Good | |
| 2: Pain Intensity at Best | 5/10: Moderate Pain. | 0/10: No pain. | 0/10: No pain. | 9/9/16 | Goal met | 8/9/16 |
| 3: Use of Arms Overhead | Completely unable. | Able, but c/o weakness/some pain | Able, pain free | 9/9/16 | Good | |
| 4: Lying down | Pain/difficulty noted, unable to sleep flat in her bed. | Able to sleep through the night, but unable to maintain R s/l for >30min | Able, pain free. | 9/9/16 | Good | |
| 5: Quick Disabilities of the Arm, Shoulder, and Hand (DASH) Modified for Medicare Impairment Ratings | 80 - CM: 80 to 99% Impaired. Severe disability. (80 - 99) | 45 - CK: 40 to 59% Impaired. Moderate disability. (40 - 59) | 20 - CJ: 20 to 39% Impaired. Minimal to moderate disability. (20 - 39) | 9/9/16 | Good | |
| 6: Shoulder Flexion Active Range of Motion | 0 degrees | 165 degrees | 180 degrees | 9/9/16 | Good | |
| 7: Shoulder Abduction AROM | 0 degrees | 165 degrees | 180 degrees | 9/9/16 | Good | |
| 8: Shoulder External Rotation AROM | 0 degrees | 55 degrees | 90 degrees | 9/9/16 | Good | |
| 9: Shoulder Internal Rotation AROM | 0 degrees | 80 degrees | 90 degrees | 9/9/16 | Good | |
| 10: Shoulder Abduction Strength | NT /5 | 3+ /5 | 5 /5 | 9/9/16 | Good | |
| 11: Shoulder External Rotation Strength | NT /5 | 3+ /5 | 5 /5 | 9/9/16 | Good | |
| 12: Shoulder Flexion Strength | NT /5 | 4- /5 | 5 /5 | 9/9/16 | Good | |

| 13: Shoulder Internal Rotation Strength | NT/5 | 4-/5 | 5/5 | 0/9/16 | Good | |
| 14: Reach back of opposite shoulder | Unable | Able | Able | 9/9/16 | Goal met | 8/9/16 |
| 15: Reach small of back | Unable | | Able | 9/9/16 | Goal met | 8/9/16 |
| 16: Reach top of head | Unable | Able | Able | 9/9/16 | Goal met | 8/9/16 |

**Assessment**

### Assessment

Today's PT session: Well tolerated. Initiated theraband IR/ER strengthening with good tolerance but significant c/o fatigue following. Applied MHP post session to continue to promote R UT relaxation/decreased tone. Patient in agreement with outlined PT POC of continuing with treatment 1x/week for 4 additional weeks. Her next f/u with MD is in October.

### Compliance

Attendance to PT: Regular. HEP Performance: Good.

### Progress toward goals

Progress toward goals: Satisfactory.

**Plan**

### Plan

Plan: Continue PT 1x/week for 4 weeks, progress towards independent HEP performance. Progress functional strengthening and mobility with regard to symptoms and/or MD instruction.

Electronically signed by:
License:
08/09/16 12:02 pm

Electronically signed by: Abigail Jamula, PT
PT Lic. #: 20686
on 08/09/16 12:02 pm

## Plan of Care Approval for **Katherine Papaporfiriou**

Thank you for this referral.

We are required to obtain an approval of Katherine's plan of care. You may approve the plan of care and make any changes to the plan of care by commenting below. As always, please feel free to call us at (617) 926-2300 if you have any questions or concerns.

**Respectfully yours,**
Electronically signed by: Abigail Jamula, PT
08/09/16 12:02 pm

### Plan of Care Approval

☑ Approval of the plan of care as documented

☐ Approval of the plan of care with changes noted below

☐ Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD
Approval Date: 9 /2/16

| Fax | To:<br>Fax: 16176234224 | From: THOMAS GILL, IV, MD<br>Fax: (617) 779-6555<br>Phone: (617) 779-6500 |
| --- | --- | --- |
| | | |

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:44967863-H-2017]



Boston Sports Medicine
259 Elm Street
Davis Square
Somerville, MA 02144
P: 617-623-6300
F: 617-623-4224

# Fax

617
779
6555

---

Please sign, date, and return ONLY last page as response.

Thank you.




The information in this message is privileged and confidential. If you received this in error, you
are hereby notified that any dissemination, distribution, or copying of this communication is
strictly prohibited. If you have received this message in error, please notify us by telephone
immediately, and return original message to us at the above address via the U.S. Postal Service.
Thank you.

---



**Somerville Davis Square**
259 Elm Street
2nd Floor
Somerville, MA 02144

Phone: (617) 623-6300
Fax (617) 623-4224

Progress Evaluation for
Cristal Tejeda
10/13/16
Case: s/p ACL reconstruction
Therapist(s):
　　　Marisa Frank, PT, DPT, CSCS

Referred by: Thomas Gill, MD
Phone: (781) 251-3535
Fax: (781) 251-3532

Diagnosis :Other spontaneous disruption of
anterior cruciate ligament of right knee
ICD-9: M23.611

## Summary

Pt has been attending physical therapy for one month s/p R ACL reconstruction. Pt reports improvement in overall pain, increased ROM and improved tolerance of ADLs. Pt reports continued functional limitations with decreased tolerance in standing, difficulty donning her R shoe and difficulty with squatting. Observed improvements have been significant with improved AROM and PROM, increase in strength and improved ambulation technique. Pt continues to demonstrate functional limitations with decreased ROM into flexion, decreased quad strength especially in terminal knee extension, abnormal gait and abnormal stair navigation. Pt would continue to benefit from skilled physical therapy. Thank you for this referral.

## Subjective

### Current Complaints

**Pain Intensity at Best:** 0/10: No pain. **Pain Intensity at Worst:** 4/10: Moderate Pain. **Easing Factors:** rest, ice, no movement, decreased WB. **Pain Frequency:** Intermittent, Daily. **Pain in response to the following activitivies:** WB, ambulation, stretching. **Pain Localization:** Patient has no difficulty localizing pain at site of injury.

### Medical History

**Current Medications:** motrin. **Prior Physical Therapy:** Yes, prior to this calendar year.

### Functional Level At Present

**ADL Problems:** Trouble getting R sock on. . **Ambulation Problems:** . No problems. **Ambulation Tolerance:** Able to walk without significant pain for 20-30 min. **Driving Tolerance:** Able to drive an automobile 45-60 min. before significant pain develops. **Stair Climbing Ability:** Ascends or descends stairs with minimal pain. **Standing Tolerance:** Able to stand 15-30 min. before significant pain develops.

## Objective

### Outcomes Scores

**Lower Extremity Functional Scale (LEFS)**　　　49 - Minimal to moderate disability. (46 - 62)

### Gait

**Abnormality:** Pt is currently ambulating without knee brace. Pt is able to demonstrate improved ambulation with decreased TKE during initial contact, decreased knee flexion during mid stance and decreased push-off.

|  | Result | Note |
|---|---|---|
| **Flexibility** |  |  |
| Calf | Normal |  |
| Hamstrings | Abnormal |  |

| | | |
|---|---|---|
| Hip Flexors | Normal | |
| IT Band | Normal | |
| Quadriceps | Normal | |

Muscle Atrophy
    Hip and Thigh: VMO.

| | Result | Note |
|---|---|---|
| **Knee AROM** | | |
|   Knee Extension AROM | -5 degrees | |
|   Knee Flexion AROM | 110 degrees | |
| Knee PROM | | |
|   Knee Extension PROM | 0 degrees | |
|   Knee Flexion PROM | 112 degrees | |

General Core Strength
    TA Activation: Fair.

| | Result | Note |
|---|---|---|
| **Hip Strength Testing** | | |
|   Hip Extension | 3+ /5 | |
|   Hip Flexion | 3+ /5 | |
|   Hip Abduction | 3+ /5 | |
|   Hip Adduction | 3+ /5 | |
|   Hip Ext Rotation | 3 /5 | |
|   Hip Internal Rotation | 3 /5 | |
| **Knee Strength Testing** | | |
|   Knee Extension Strength | 3 /5 | |
|   Knee Flexion Strength | 3+ /5 | |
| **Palpation** | | |
|   Crepitation with Movement | Negative | |
|   Tenderness | Moderate | |
|   Tissue Integrity | Swollen | |
| **Girth Measurement** | | |
|   10 cm. above joint line | 52 cm | L 44 |
|   At joint line | 47 cm | L 44 |
|   5 cm. below joint line | 46 cm | L44.5 |
| **Lower Extremity Function** | | |
|   One leg stance, eyes open | 15 seconds | |
| **Activity Tolerance** | | |
|   Bilat Squats | 2 reps | |

**Today's Treatment**
    **Today's Treatment:** Please refer to procedures listed above for today's treatment. Patient education was conducted.

throughout session. Home exercise program will be progressed when applicable and appropriate throughout the patient's duration of treatment.

|  | | Result | | Note |
|---|---|---|---|---|

**Strength**

Screening | | Abnormal

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| 1: Pain Intensity at Worst | 7/10; Severe Pain. | 4/10; Moderate Pain. | 2/10; Minimal Pain. | 12/15/16 | | |
| 2: Pain Frequency | Constant | Intermittent, Daily | Occasional, Less Than Daily | 12/15/16 | | |
| 3: Ambulation Tolerance | Able to walk without significant pain for < 10 min. | Able to walk without significant pain for 20-30 min. | Able to walk without significant pain for 30-45 min. | 12/15/16 | | |
| 4: Stair Climbing Ability | Ascends or descends stairs with significant pain. | Ascends or descends stairs with minimal pain | Ascends or descends stairs without any pain | 12/15/16 | | |
| 5: Driving Tolerance | Able to drive an automobile 10-15 min. before significant pain develops | Able to drive an automobile 45-60 min. before significant pain develops | Able to drive an automobile over two hours without significant pain. | 12/15/16 | | |
| 6: 10 cm. above joint line | 55 cm | 52 cm | 46 cm | 12/15/16 | | |
| 7: Tenderness | Moderate | Moderate | Absent | 12/15/16 | | |
| 8: One leg stance, eyes open | <5 seconds | 15 seconds | 30 seconds | 12/15/16 | | |
| 9: Hip Abduction | 3 /5 | 3+ /5 | 5 /5 | 12/15/16 | | |
| 10: Hip Flexion | 3 /5 | 3+ /5 | 5 /5 | 12/15/16 | | |
| 11: Knee Extension AROM | -12 degrees | -5 degrees | 0 degrees | 12/15/16 | | |
| 12: Knee Flexion AROM | 72 degrees | 110 degrees | 140 degrees | 12/15/16 | | |

**Assessment**

**Assessment**

**Knee Diagnosis:** R ACL reconstruction. **Diagnosis and Impression:** Observed improvements have been significant with improved AROM and PROM, increase in strength and improved ambulation technique. Pt continues to demonstrate functional limitations with decreased ROM into flexion, decreased quad strength especially in terminal knee extension, abnormal gait and abnormal stair navigation. Pt would continue to benefit from skilled physical therapy. **Examination Response:** Good tolerance to examination. **Prognosis and Rehabilitation Potential:** During the episode of care, pt will achieve anticipated goals/expected global outcomes of interventions described in the plan of care for the patients classified in this pattern. Good rehab potential. **Treatment Response:** Good symptom relief with today's treatment. **Today's PT session:** Treatment emphasis was placed on increasing overall quad activation. Pt was able to tolerate progression in exercise without increase in pain. Pt continues to demonstrate most tenderness in medial tibial knee pain. Pt was indicated to continue to stretch the knee into extension since gait continues to be with bent knee.

**Compliance**

**Attendance to PT:** Regular. **HEP Performance:** Good.

**Progress toward goals**

Progress toward goals: Satisfactory.

**PT Dx/Practice Pattern**

PT Dx/Practice Pattern: 4D Impairments/Connective Tissue Dysfunction.



**General Care**

General Care: Coordination, Communication, Documentation.

**Treatment Plan Parameters**

Range of Visits: For Pattern 4D: 3-36. The lower and upper limits of the # of PT visits required to achieve goals and expected outcomes. 80% percent of patients who are classified into this pattern fall into this range.

**Treatment Plan Discussion**

Expected Ultimate Outcomes: Complete restoration of function; Decrease the frequency, severity and duration of exacerbations; Independent HEP. **Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient. Patient understands and agrees with the plan of care.

**Certification**

Necessity and Skill Level: I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and disabilities. These services require the expert

**Pt to Call or E-Mail**

for any of the following reasons: Upon any increase in symptoms; including pain, swelling, tingling, or numbness; If there is any problem with home exercises or home program; If there is any question about the treatment plan.

**Knee Plan of Care**

Duration: Eight weeks. **Frequency:** Twice weekly. **Home Exercises:** 4 Way Leg Lifts. Isometrics. Closed Chain Exercise for Strengthening. Terminal Knee Extension. **Supervised Exercises:** Closed chain strengthening and stabilization. **Treatment Modalities:** Ice Packs. Interferential Electrical Stimulation. Ultrasound. Cold laser. **Treatment Procedures:** Joint Mobilization. Manual Stretching. Massage. **Treatment Progression:** Progress to more active home exercise program after symptoms subside.

**Plan**

Plan: Progress functional strengthening and mobility with regard to symptoms and/or MD instruction.

Electronically signed by:
License:
10/14/16 10:36 am

Electronically signed by: Marisa Frank, PT, DPT, CSCS
PT Lic. #: 19384
on 10/14/16 10:36 am

## Plan of Care Approval for Cristal Tejeda

Thank you for this referral.

We are required to obtain an approval of Cristal's plan of care. You may approve the plan of care and make any changes to the plan of care by commenting below. As always, please feel free to call us at (617) 623-6300 if you have any questions or concerns.

Respectfully yours,

Electronically signed by THOMAS GILL, IV, MD
on 11/28/2016 at 03:20:48 PM

Electronically signed by: Marisa Frank, PT, DPT, CSCS
10/14/16 10:36 am

## Plan of Care Approval

☐ Approval of the plan of care as documented

☐ Approval of the plan of care with changes noted below

☐ Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD

Approval Date:    /    /

| Fax | To:<br>Fax: 16179265886 | From: THOMAS J. GILL, MD IV<br>Fax: (781) 251-3532<br>Phone: (781) 251-3535 |
| --- | --- | --- |

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:242092-H-11813]



**Watertown**
36 Arlington Street
at GymIt Health Club
Watertown, MA  02472-5001

Phone: (617) 926-2300
Fax: (617) 926-5886

Initial Evaluation for
Dennis Woods
03/01/16
Case: R quad rupture
Therapist(s):
Justin J. Wu, PT

Referred by: Thomas Gill, MD
Phone: (781) 251-3535
Fax: (781) 251-3532

Diagnosis  :Unspecified injury of right quadriceps
muscle, fascia and tendon, initial encounter
ICD-9: S76.101A

---

## Summary

Pt is a 65 year old male who is seen in PT s/p R quad rupture repair performed on 1/14/16. Pt's impairments include pain, decreased ROM, decreased endurance, and decreased strength. Currently, he is 7 weeks s/p and will see MD for follow-up on 3/23/16. Anticipate that at his follow-up he will be slowly weaned out of immobilizer. Otherwise, PT will be focused on phase 2 of protocol and he will benefit from skilled PT 1-2x/week for 12-14 weeks.

## Subjective

### Case History

**Onset Description:** Pt reports that on 12/29/15 he fell and tore his R quad and L RTC. He had surgical repair of his R quad on 1/14/16 with no post op complications. He was discharged home after spending a couple days at the hospital with home PT. He saw his MD for a follow up 2 weeks s/p who reports to continue home PT and then to begin outpatient PT when applicable. He was d/c from home PT on 2/25 and is now seen at BSM for rehab. **Recent Symptom Trend:** No change. **Diagnostic Testing / Results:** None taken since surgery. **Precautions:** See protocols.

### Current Complaints

**Pain Intensity at Best:** 0/10: No pain. **Pain Intensity at Worst:** 1/10: Min Pain. **Pain Location / Behavior:** R quad. **Aggravating Factors:** Unsure, hasn't been using RLE secondary to being in brace. **Easing Factors:** Rest.

### Medical History

**Current Medications:** See pt intake. **General Medical History:** HTN. **Prior Physical Therapy:** Pt has had PT in the past for separate issues.

### Treatment / Modality Screening

**Adhesive / Latex Allergy Screen:** Patient denies any known allergies. **Incontinence Screen:** Pt denies any known bowel or bladder incontinence. **Cancer Screen:** Pt denies any known history of CA. **Open Wound Screen:** Incision site healing. **Implanted Metal Screen:** Patient denies presence of implanted metal. **Pacemaker Screen:** Patient denies presence of implanted pacemaker.

### Current Functional Level

**Standing:** Using a SC and immobilizer. **Ambulation:** SC with immobilizer. **Stairs:** Circumduction and heavy reliance on railing, immobilizer.

### Functional Defects

**Primary Functional Limitation:** Patient is unable to use his RLE functionally and must be immobilizer at this time.

### Related Habits

**Lifestyle:** Prior to injury, pt was relatively sedentary.

### Vocational

**Current Status:** Full-time real estate, pt sits for prolonged periods of time.

### Pt Goals / Expectations for PT

**Patient's Goals / Expectations:** To use RLE functionally.

**Outcomes Scores Correlated to Medicare Impairment Rating**

The scores reported below are based on widely accepted functional assessment tools. OPTIMAL © Copyright 2012, 2006, 2005 American Physical Therapy Association. All Rights Reserved: The score interpretations have been modified to give an approximate correlation of the score to the Medicare Impairment Rating.

| Lower Extremity Functional Scale (LEFS) Modified for Medicare Impairment Ratings | 22 - CL: 60 to 79% Impaired. Moderate to severe disability. (17 - 31) | |
|---|---|---|

## Objective

### Observation

**Balance:** NT. **Standing Double Leg Squat:** NT. **Posture and Alignment:** In immobilizer with SC. **Walking:** With Immobilizer and SC: circumduction, 2 point gait pattern.

| | Result | Note |
|---|---|---|
| **Knee AROM** | | |
| Knee Extension AROM | 3 degrees | |
| Knee Flexion AROM | 80 degrees | seated |
| **Knee PROM** | | |
| Knee Extension PROM | 0 degrees | |
| Knee Flexion PROM | 90 degrees | per protocol, seated |
| **Hip Strength Testing** | | |
| Hip Extension | NT /5 | |
| Hip Flexion | NT /5 | |
| Hip Abduction | NT /5 | |
| **Knee Strength Testing** | | |
| Knee Extension Strength | NT /5 | |
| Knee Flexion Strength | NT /5 | |
| **Knee** | | |
| ACL - Anterior Drawer | Negative | |
| PCL - Posterior Drawer | Negative | |
| MCL - Valgus Stress | Negative | |
| LCL - Varus Test | Negative | |
| Meniscus - McMurray | Negative | s/p R quad repair |
| Meniscus - Apley's Grind | Negative | |
| Patellar Subluxation - Apprehension | Negative | (-) Homan's |
| PFS - Grind | Negative | |
| Distal ITB - Noble's Compression | Negative | |
| **Palpation** | | |
| Alignment | WNL | |
| Tenderness | Minimal: around incision site, quad, gastroc | |
| Tissue Integrity | Firm and swollen | |

## Goals

| Impairment Category | Mobility: Walking & Moving Around |
|---|---|
| Current Impairment Rating (G8978) | 80% Impairment Level (CM: At least 80 percent but less than 100 percent impaired, limited or restricted) |
| Goal Impairment Rating (G8979) | 20% Impairment Level (CJ: At least 20 percent but less than 40 percent impaired, limited or restricted) |
| Projected Goal Completion Date | 6/21/2016 |
| Rationale for impairment rating | Functional Assessment Score Correlated to Impairment Rating, Functional Assessment Tool Score, Clinical Tests, Clinical Judgment, Patient Report |

| Item | Initial | Goal | By Date |
|---|---|---|---|
| 1: Pain Intensity at Worst | 1/10: Min Pain. | 0/10: No Pain. | 6/21/16 |
| 2: Standing | Using a SC and immobilizer. | Able to stand without AD and 0/10 pain for 2 hours. | 6/21/16 |
| 3: Ambulation | SC with immobilizer. | Able to ambulate 1 mile without use of AD and 0/10 pain. | 6/21/16 |
| 4: Stairs | Circumduction and heavy reliance on railing, immobilizer. | Able to negotiate 1 FLOS with 0/10 pain | 6/21/16 |
| 5: Lower Extremity Functional Scale (LEFS) Modified for Medicare Impairment Ratings | 22 - CL: 60 to 79% Impaired. Moderate to severe disability. (17 - 31) | 65 - CI: 1 to 19% Impaired. Minimal disability. Avoids prolonged or advanced mobility. (63 - 79) | 6/21/16 |
| 6: Walking | With Immobilizer and SC: circumduction, 2 point gait pattern. | WNL | 6/21/16 |
| 7: Balance | NT. | 30 sec SLS | 6/21/16 |
| 8: Standing Double Leg Squat | NT. | 5 double leg squats with 0/10 pain. | 6/21/16 |
| 9: Knee Extension AROM | 3 degrees | 0 degrees | 6/21/16 |
| 10: Knee Flexion AROM | 80 degrees | 140 degrees | 6/21/16 |
| 11: Knee Extension PROM | 0 degrees | 0 degrees | 6/21/16 |
| 12: Knee Flexion PROM | 90 degrees | 140 degrees | 6/21/16 |
| 13: Hip Extension | NT /5 | 5 /5 | 6/21/16 |
| 14: Hip Flexion | NT /5 | 5 /5 | 6/21/16 |
| 15: Hip Abduction | NT /5 | 5 /5 | 6/21/16 |
| 16: Knee Extension Strength | NT /5 | 5 /5 | 6/21/16 |
| 17: Knee Flexion Strength | NT /5 | 5 /5 | 6/21/16 |

## Assessment

**Assessment**

**Diagnosis:** This patient does/does not have a diagnosis that is exempt from the Medicare cap. Pt presents with measurable impairments that are directly causing loss of function. **Barriers To Rehab:** The patient has other medical complications that may delay recovery from this injury. **Impression:** Without physical therapy the patient will not be able to resume normal activities.. It is expected that this patient's treatment will exceed the Medicare cap due to complications including age, comorbidities, severity of impairments and dysfunction.

**PT Dx/Practice Pattern**

**PT Dx/Practice Pattern:** 4D Impairments/Connective Tissue Dysfunction. 4I Impairments/Bony or Soft Tissue Surgery.

**Clinical Impairments**

**Clinical Impairments:** Pain, decreased ROM, decreased endurance, decreased strength.

**Functional Limitations**

**Functional Limitations:** Pain and inability to use RLE secondary to precautions and surgery.

**Clinical Impression**

**Clinical Impression:** Pt's s/s are consistent with s/p R quad repair.

**Precautions / Contraindications to Treatment**

**Precautions / Contraindications:** See PT protocol.

**Rehabilitation Potential**

**Rehabilitation Potential:** Good.

 **Plan**

---

**General Care**

**General Care:** Coordination, Communication, Documentation.

**Home Exercises / Patient Education**

**Home Exercises:** HEP will be progressed according to patient's level of performance while under the supervision of PT and overall progress toward clinical and functional goals. Patient education will be provided throughout the course of therapy to maximize results.

**Supervised Exercises**

**Supervised Exercises:** Supervised exercise may include any of the following based on the patient's current needs: aquatic therapy, cardio, open-chain strengthening, closed-chain strengthening, balance / proprioception, stretching.

**Modalities**

**Treatment Modalities:** Treatment may include any of the following based on the patient's current needs: thermotherapy, cryotherapy, electric stimulation, ultrasound, cold laser.

**Procedures**

**Treatment Procedures:** Treatment may include any of the following based on the patient's current needs: joint mobilization, manual stretching, massage, IASTM, TPR, and ART.

**Treatment Plan Parameters**

**Visit Frequency:** 2 visits per week. **Duration:** 8 weeks. **Range of Visits:** For Pattern 4D and I: 3-36. Eighty percent of patients/clients who are classified into this pattern achieve their goals within the time frame noted.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient. Patient understands and agrees with the plan of care.

**Certification**

**Necessity and Skill Level:** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and functional limitations. These services require the expert knowledge / guidance of a licensed PT.

Electronically signed by:
License:
03/01/16 7:01 pm

Electronically signed by: Justin J. Wu, PT
PT Lic. #:20432
03/01/16 7:01 pm

**Plan of Care Approval for Dennis Woods**

Thank you for this referral.

We are required to obtain an approval of Dennis's plan of care. You may approve the plan of care and make any changes to the plan of care by commenting below. As always, please feel free to call us at (617) 926-2300 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Justin J. Wu, PT

03/01/16 7:01 pm

**Plan of Care Approval**

☐   Approval of the plan of care as documented

☐   Approval of the plan of care with changes noted below

☐   Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

*Thomas Gill, M.D.*

Thomas Gill, MD

Approval Date:    /    /

**03/09/2016**



**Boston Sports Medicine Brookline**

54 Harvard St

Brookline, MA  02445

Phone: (617) 262-0030
Fax: (617) 396-3040

Initial Evaluation for
Sybil Levisohn
02/03/15
Case: Baker's Cyst
Therapist(s):
          Jennifer Mohns, PT

Referred by: Thomas Gill, MD
Phone: (617) 779-6500
Fax:  (617) 779-6555

Diagnosis  :Sprain of knee & leg NOS
ICD-9: 844.9

---

## Summary

Sybil Levisohn presents to physical therapy with complaints of R knee pain which started on 9/2/14 due to dancing. MRI reveals old meniscus injury c Baker's cyst. Clinically, she demonstrates R knee pain, Baker's cyst, postural dysfunction, gait abnormalities, as well as deficits in R knee flexibility, strength, and stability. This patient would benefit from skilled PT services in order to address the above concerns through manual therapy, stretching, strengthening, stability training, and modalities PRN. Patient to be seen 1-2x/week for 8 weeks; plan to re-evaluate in 1 month.

## Subjective

### Case History

**Onset Description:** Patient reports L knee pain that started when she was dancing at a wedding on 9/2/2014. She reports that she had stiffness in the knee on that same day leading up to the incident. She reports that she had been on a significant hike a couple of weeks before and she thinks she may have aggravated the knee then. She went to see her PCP who was concerned about a blood clot which upon ultrasound a baker's cyst. She then went to see Dr. Gill who took images of her knee and found the cyst and normal wear/tear of the meniscus with underlying arthritis. She then participated in physical therapy. **Recent Symptom Trend:** condition unchanged. **Diagnostic Testing / Results:** ultrasound to L knee: Baker's cyst. **Precautions:** activity as tolerated.

### Current Complaints

**Pain Intensity at Best:** 4/10: Moderate pain. **Pain Intensity at Worst:** 8/10: Severe Pain. **Pain Location / Behavior:** entire the R knee joint and calf. **Aggravating Factors:** all weight bearing activities. **Easing Factors:** rest, massage, ultrasound.

### Medical History

**Current Medications:** levothryroxine and advil. **General Medical History:** Pt denies any other significant PMH. **Prior Physical Therapy:** None.

### Treatment / Modality Screening

**Adhesive / Latex Allergy Screen:** Patient denies any known allergies. **Incontinence Screen:** Pt denies any known bowel or bladder incontinence. **Cancer Screen:** Pt denies any known history of CA. **Open Wound Screen:** Patient denies any presence of open wounds. **Implanted Metal Screen:** Patient denies presence of implanted metal. **Pacemaker Screen:** Patient denies presence of implanted pacemaker.

### Current Functional Level

**Standing:** 10-15 minutes. **Ambulation:** 20 minutes. **Stairs:** significant pain with ascending>descending.

### Footwear

**Other::** sneakers.

### Related Habits

**Lifestyle:** patient enjoys going for long walks.

### Vocational

**Current Status:** retired.

### Pt Goals / Expectations for PT

**Patient's Goals / Expectations:** reduce pain at R knee and calf, return to pain-free walking and stairs.

## Objective

**Functional Scales**

**Activity Pace:** Score 1: Performs activities at a slow pace. **LEFS - Lower Extremity Functional Scale:** Score 36-47: 45% to 59% of Maximum Function.

**Observation**

**Balance:** SLS for 8 seconds on R side and 12 seconds on L side. **Posture and Alignment:** pes planus and genu valgum. **Single Leg Squat:** n/a. **Standing Double Leg Squat:** discomfort past 60 degrees. **Walking:** decreased knee flexion and extension on the R side.

| | Result | Note |
|---|---|---|
| **Hip Screen** | | |
| **ROM** | WNL | |
| **Strength** | Abnormal | gluteal weakness |
| **Ankle / Foot Screen** | | |
| **ROM** | WNL | |
| **Strength** | Abnormal | gastroc weakness |
| **Knee AROM** | | |
| **Knee Extension AROM** | 0 degrees | |
| **Knee Flexion AROM** | 115 degrees | |
| **Knee PROM** | | |
| **Knee Extension PROM** | 0 degrees | |
| **Knee Flexion PROM** | 118 degrees | |
| **Hip Strength Testing** | | |
| **Hip Extension** | 4 /5 | |
| **Hip Flexion** | 4 /5 | |
| **Hip Abduction** | 3+ /5 | |
| **Hip Adduction** | 4- /5 | |
| **Hip Ext Rotation** | 3+ /5 | |
| **Hip Internal Rotation** | 4 /5 | |
| **Knee Strength Testing** | | |
| **Knee Extension Strength** | 4- /5 | |
| **Knee Flexion Strength** | 4- /5 | |
| **Knee** | | |
| **ACL - Anterior Drawer** | Negative | |
| **PCL - Posterior Drawer** | Negative | |
| **MCL - Valgus Stress** | Negative | |
| **LCL - Varus Test** | Negative | |
| **Meniscus - McMurray** | Negative | |
| **Meniscus - Apley's Grind** | Negative | |
| **Patellar Subluxation - Apprehension** | Negative | |
| **PFS - Grind** | Negative | |
| **Distal ITB - Noble's Compression** | Negative | |
| **Flexibility Screening** | | |
| **Flexibility Screening** | Abnormal | R gastroc and HS |
| **Palpation** | | |
| **Alignment** | WNL | |

| | | |
|---|---|---|
| **Tenderness** | Moderate | R gastroc and medial knee |
| **Tissue Integrity** | Spasm palpated | R gastroc and medial knee |

## Goals

| Item | Initial | Goal | By Date |
|---|---|---|---|
| **1: Pain Intensity at Worst** | 8/10: Severe Pain. | 0/10: No Pain. | 4/3/15 |
| **2: Standing** | 10-15 minutes. | 60 minutes | 4/3/15 |
| **3: Stairs** | significant pain with ascending>descending. | WNL | 4/3/15 |
| **4: Ambulation** | 20 minutes | 90 minutes | 4/3/15 |
| **5: Activity Pace** | Score 1: Performs activities at a slow pace. | Score 3: Performs activities at customary pace | 4/3/15 |
| **6: LEFS - Lower Extremity Functional Scale** | Score 36-47: 45% to 59% of Maximum Function. | Score 72-80: 90% to 100% of Maximum Function | 4/3/15 |
| **7: Walking** | decreased knee flexion and extension on the R side. | Unremarkable | 4/3/15 |
| **8: Knee Flexion PROM** | 118 degrees | 140 degrees | 4/3/15 |
| **9: Hip Abduction** | 3+ /5 | 5 /5 | 4/3/15 |
| **10: Hip Ext Rotation** | 3+ /5 | 5 /5 | 4/3/15 |
| **11: Hip Adduction** | 4- /5 | 5 /5 | 4/3/15 |
| **12: Knee Extension Strength** | 4- /5 | 5 /5 | 4/3/15 |
| **13: Knee Flexion Strength** | 4- /5 | 5 /5 | 4/3/15 |

## Assessment

**PT Dx/Practice Pattern**
  **PT Dx/Practice Pattern:** 4D Impairments/Connective Tissue Dysfunction.
**Clinical Impairments**
  **Clinical Impairments:** R knee pain, Baker's cyst, postural dysfunction, gait abnormalities, as well as deficits in R knee flexibility, strength, and stability.
**Functional Limitations**
  **Functional Limitations:** all weight bearing activities.
**Clinical Impression**
  **Clinical Impression:** good rehab prognosis.
**Precautions / Contraindications to Treatment**
  **Precautions / Contraindications:** None.
**Rehabilitation Potential**
  **Rehabilitation Potential:** Good.

## Plan

**General Care**
  **General Care:** Coordination, Communication, Documentation.
**Home Exercises / Patient Education**
  **Home Exercises:** HEP will be progressed according to patient's level of performance while under the supervision of PT and overall progress toward clincal and functional goals.  Patient education will be provided throughout the course of therapy to maximize results.
**Supervised Exercises**
  **Supervised Exercises:** Supervised exercise may include any of the following based on the patient's current needs:  aquatic therapy, cardio, open-chain strengthening, closed-chain strengthening, balance / proprioception, stretching.

Initial Evaluation for Sybil Levisohn
DOB: 07/05/1941

**Modalities**

**Treatment Modalities:** Treatment may include any of the following based on the patient's current needs:  thermotherapy, cryotherapy, electric stimulation, ultrasound, cold laser.

**Procedures**

**Treatment Procedures:** Treatment may include any of the following based on the patient's current needs:  joint mobilization, manual stretching, massage. MFR, TPR, Graston, cupping.

**Treatment Plan Parameters**

**Visit Frequency:** 2 visits per week. **Duration:** 8 weeks. **Range of Visits:** For Pattern 4D: 3-36. Eighty percent of patients/clients who are classified into this pattern achieve their goals within the time frame noted.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.  Patient understands and agrees with the plan of care.

**Certification**

**Necessity and Skill Level:** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and functional limitations.  These services require the expert knowledge / guidance of a licensed PT.

Electronically signed by:
License:
02/05/15 11:25 am

Electronically signed by: Jennifer Mohns, PT
PT Lic. #:19758
02/05/15 11:25 am

**Plan of Care Approval for Sybil Levisohn**

Thank you for this referral.

We are required to obtain an approval of Sybil's plan of care.  You may approve the plan of care and make any changes to the plan of care by commenting below.  As always, please feel free to call us at (617) 262-0030 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Jennifer Mohns, PT

02/05/15 11:25 am

**Plan of Care Approval**

☐    Approval of the plan of care as documented

☐    Approval of the plan of care with changes noted below

☐    Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD

Approval Date:      /      /



**Boston Sports Medicine Brookline**
54 Harvard St
Brookline, MA  02445

Phone: (617) 262-0030
Fax: (617) 396-3040

Progress Evaluation for
Sybil Levisohn
03/26/15
Case: Baker's Cyst
Therapist(s):
      Jennifer Mohns, PT

Referred by: Thomas Gill, MD
Phone: (617) 779-6500
Fax:  (617) 779-6555

Diagnosis  :Sprain of knee & leg NOS
ICD-9: 844.9

## Summary

Sybil Levisohn returns to physical therapy after 6 weeks of traveling. She underwent a cortisone injection and aspiration to the Baker's cyst. She return to PT with less complaints of R knee pain but no other improvements have been made at this time due to taking a break from PT. This injury started on 9/2/14 due to dancing. MRI reveals old meniscus injury c Baker's cyst. Clinically, she demonstrates R knee pain, Baker's cyst, postural dysfunction, gait abnormalities, as well as deficits in R knee flexibility, strength, and stability. This patient would benefit from skilled PT services in order to address the above concerns through manual therapy, stretching, strengthening, stability training, and modalities PRN. Patient to be seen 1-2x/week for 8 weeks; plan to re-evaluate in 1 month.

## Subjective

**Case History**

**Onset Description:** Patient reports L knee pain that started when she was dancing at a wedding on 9/2/2014. She reports that she had stiffness in the knee on that same day leading up to the incident. She reports that she had been on a significant hike a couple of weeks before and she thinks she may have aggravated the knee then. She went to see her PCP who was concerned about a blood clot which upon ultrasound a baker's cyst. She then went to see Dr. Gill who took images of her knee and found the cyst and normal wear/tear of the meniscus with underlying arthritis. She then participated in physical therapy. **Recent Symptom Trend:** condition unchanged. **Diagnostic Testing / Results:** ultrasound to L knee: Baker's cyst. **Precautions:** activity as tolerated.

**Current Complaints**

**Pain Intensity at Best:** 4/10: Moderate pain. **Pain Location / Behavior:** entire the R knee joint and calf. **Aggravating Factors:** all weight bearing activities. **Easing Factors:** rest, massage, ultrasound.

**Medical History**

**Current Medications:** levothyroxine and advil. **General Medical History:** Pt denies any other significant PMH. **Prior Physical Therapy:** None.

**Treatment / Modality Screening**

**Adhesive / Latex Allergy Screen:** Patient denies any known allergies. **Incontinence Screen:** Pt denies any known bowel or bladder incontinence. **Cancer Screen:** Pt denies any known history of CA. **Open Wound Screen:** Patient denies any presence of open wounds. **Implanted Metal Screen:** Patient denies presence of implanted metal. **Pacemaker Screen:** Patient denies presence of implanted pacemaker.

**Footwear**

**Other::** sneakers.

**Related Habits**

**Lifestyle:** patient enjoys going for long walks.

**Vocational**

**Current Status:** retired.

**Pt Goals / Expectations for PT**

**Patient's Goals / Expectations:** reduce pain at R knee and calf, return to pain-free walking and stairs.

## Objective

**Observation**

**Balance:** SLS for 8 seconds on R side and 12 seconds on L side. **Posture and Alignment:** pes planus and genu valgum. **Single Leg Squat:** n/a. **Standing Double Leg Squat:** discomfort past 60 degrees.

| | Result | Note |
|---|---|---|
| **Hip Screen** | | |
| **ROM** | WNL | |
| **Strength** | Abnormal | gluteal weakness |
| **Ankle / Foot Screen** | | |
| **ROM** | WNL | |
| **Strength** | Abnormal | gastroc weakness |
| **Knee AROM** | | |
| **Knee Extension AROM** | 0 degrees | |
| **Knee Flexion AROM** | 115 degrees | |
| **Knee PROM** | | |
| **Knee Extension PROM** | 0 degrees | |
| **Hip Strength Testing** | | |
| **Hip Extension** | 4 /5 | |
| **Hip Flexion** | 4 /5 | |
| **Hip Internal Rotation** | 4 /5 | |
| **Knee** | | |
| **ACL - Anterior Drawer** | Negative | |
| **PCL - Posterior Drawer** | Negative | |
| **MCL - Valgus Stress** | Negative | |
| **LCL - Varus Test** | Negative | |
| **Meniscus - McMurray** | Negative | |
| **Meniscus - Apley's Grind** | Negative | |
| **Patellar Subluxation - Apprehension** | Negative | |
| **PFS - Grind** | Negative | |
| **Distal ITB - Noble's Compression** | Negative | |
| **Flexibility Screening** | | |
| **Flexibility Screening** | Abnormal | R gastroc and HS |
| **Palpation** | | |
| **Alignment** | WNL | |
| **Tenderness** | Moderate | R gastroc and medial knee |
| **Tissue Integrity** | Spasm palpated | R gastroc and medial knee |

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| 1: Pain Intensity at Worst | 8/10: Severe Pain. | | 0/10: No Pain. | 4/30/15 | | |
| 2: Standing | 10-15 minutes. | | 60 minutes | 4/30/15 | | |
| 3: Stairs | significant pain with ascending>descending. | | WNL | 4/30/15 | | |

| 4: Ambulation | 20 minutes | | 90 minutes | 4/30/15 | | |
| 5: Activity Pace | Score 1: Performs activities at a slow pace. | | Score 3: Performs activities at customary pace | 4/30/15 | | |
| 6: LEFS - Lower Extremity Functional Scale | Score 36-47: 45% to 59% of Maximum Function. | | Score 72-80: 90% to 100% of Maximum Function | 4/30/15 | | |
| 7: Walking | decreased knee flexion and extension on the R side. | | Unremarkable | 4/30/15 | | |
| 8: Knee Flexion PROM | 118 degrees | | 140 degrees | 4/30/15 | | |
| 9: Hip Abduction | 3+ /5 | | 5 /5 | 4/30/15 | | |
| 10: Hip Ext Rotation | 3+ /5 | | 5 /5 | 4/30/15 | | |
| 11: Hip Adduction | 4- /5 | | 5 /5 | 4/30/15 | | |
| 12: Knee Extension Strength | 4- /5 | | 5 /5 | 4/30/15 | | |
| 13: Knee Flexion Strength | 4- /5 | | 5 /5 | 4/30/15 | | |

## Assessment

**PT Dx/Practice Pattern**

**PT Dx/Practice Pattern:** 4D Impairments/Connective Tissue Dysfunction.

**Clinical Impairments**

**Clinical Impairments:** R knee pain, Baker's cyst, postural dysfunction, gait abnormalities, as well as deficits in R knee flexibility, strength, and stability.

**Functional Limitations**

**Functional Limitations:** all weight bearing activities.

**Clinical Impression**

**Clinical Impression:** good rehab prognosis.

**Precautions / Contraindications to Treatment**

**Precautions / Contraindications:** None.

**Rehabilitation Potential**

**Rehabilitation Potential:** Good.

## Plan

**General Care**

**General Care:** Coordination, Communication, Documentation.

**Home Exercises / Patient Education**

**Home Exercises:** HEP will be progressed according to patient's level of performance while under the supervision of PT and overall progress toward clincal and functional goals.  Patient education will be provided throughout the course of therapy to maximize results.

**Supervised Exercises**

**Supervised Exercises:** Supervised exercise may include any of the following based on the patient's current needs:  aquatic therapy, cardio, open-chain strengthening, closed-chain strengthening, balance / proprioception, stretching.

**Modalities**

**Treatment Modalities:** Treatment may include any of the following based on the patient's current needs:  thermotherapy, cryotherapy, electric stimulation, ultrasound, cold laser.

**Procedures**

**Treatment Procedures:** Treatment may include any of the following based on the patient's current needs:  joint mobilization, manual stretching, massage. MFR, TPR, Graston, cupping.

**Treatment Plan Parameters**

**Visit Frequency:** 2 visits per week. **Duration:** 8 weeks. **Range of Visits:** For Pattern 4D: 3-36. Eighty percent of patients/clients who are classified into this pattern achieve their goals within the time frame noted.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.  Patient understands and agrees with the plan of care.

**Certification**

**Necessity and Skill Level:** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and functional limitations.  These services require the expert knowledge / guidance of a licensed PT.

Electronically signed by:
License:
03/26/15 5:28 pm

Electronically signed by: Jennifer Mohns, PT
PT Lic. #: 19758
on 03/26/15 5:28 pm

**Plan of Care Approval for Sybil Levisohn**

Thank you for this referral.

We are required to obtain an approval of Sybil's plan of care.  You may approve the plan of care and make any changes to the plan of care by commenting below.  As always, please feel free to call us at (617) 262-0030 if you have any questions or concerns.

**Respectfully yours,**
Electronically signed by: Jennifer Mohns, PT
03/26/15 5:28 pm

**Plan of Care Approval**

☐   Approval of the plan of care as documented

☐   Approval of the plan of care with changes noted below

☐   Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD

Approval Date:      /     /



**Boston Sports Medicine Brookline**
54 Harvard St
Brookline, MA  02445

Phone: (617) 262-0030
Fax: (617) 396-3040

Progress Evaluation for
Sybil Levisohn
04/23/15
Case: Baker's Cyst
Therapist(s):
    Jennifer Mohns, PT

Referred by: Thomas Gill, MD
Phone: (617) 779-6500
Fax:  (617) 779-6555

Diagnosis  :Sprain of knee & leg NOS
ICD-9: 844.9

---

## Summary

Sybil Levisohn has been participating in physical therapy for 4 weeks. She has been making excellent progress towards PT goals since she underwent a cortisone injection and aspiration to the Baker's cyst. Sybil's physical therapy treatment has recently been including aquatic therapy which seems to provide her a way of pain-free strengthening. This injury started on 9/2/14 due to dancing. MRI reveals old meniscus injury c Baker's cyst. Clinically, she demonstrates R knee pain, Baker's cyst, postural dysfunction, gait abnormalities, as well as deficits in R knee flexibility, strength, and stability. This patient would benefit from skilled PT services in order to address the above concerns through manual therapy, stretching, strengthening, stability training, and modalities PRN. Patient to be seen 1-2x/week for 5 weeks; plan to re-evaluate in 1 month.

## Subjective

### Case History

**Onset Description:** Patient reports L knee pain that started when she was dancing at a wedding on 9/2/2014. She reports that she had stiffness in the knee on that same day leading up to the incident. She reports that she had been on a significant hike a couple of weeks before and she thinks she may have aggravated the knee then. She went to see her PCP who was concerned about a blood clot which upon ultrasound a baker's cyst. She then went to see Dr. Gill who took images of her knee and found the cyst and normal wear/tear of the meniscus with underlying arthritis. She then participated in physical therapy. **Recent Symptom Trend:** condition unchanged. **Diagnostic Testing / Results:** ultrasound to L knee: Baker's cyst. **Precautions:** activity as tolerated.

### Current Complaints

**Pain Intensity at Best:** 4/10: Moderate pain. **Pain Intensity at Worst:** 5/10: Moderate Pain. **Pain Location / Behavior:** entire the R knee joint and calf. **Aggravating Factors:** all weight bearing activities. **Easing Factors:** rest, massage, ultrasound.

### Medical History

**Current Medications:** levothyroxine and advil. **General Medical History:** Pt denies any other significant PMH. **Prior Physical Therapy:** None.

### Treatment / Modality Screening

**Adhesive / Latex Allergy Screen:** Patient denies any known allergies. **Incontinence Screen:** Pt denies any known bowel or bladder incontinence. **Cancer Screen:** Pt denies any known history of CA. **Open Wound Screen:** Patient denies any presence of open wounds. **Implanted Metal Screen:** Patient denies presence of implanted metal. **Pacemaker Screen:** Patient denies presence of implanted pacemaker.

### Current Functional Level

**Standing:** 30 minutes. **Ambulation:** 30 minutes. **Stairs:** slight pain with ascending>descending.

### Footwear

**Other::** sneakers.

### Related Habits

**Lifestyle:** patient enjoys going for long walks.

### Vocational

**Current Status:** retired.

### Pt Goals / Expectations for PT

**Patient's Goals / Expectations:** reduce pain at R knee and calf, return to pain-free walking and stairs.

Subjective

**Reports:** Pt states she is having tightness/soreness in the back of her leg (middle of HS) which came on after her last session. She reports it has not stopped her from doing anything however.

**Objective**

---

Functional Scales

**Activity Pace:** Score 1: Performs activities at a slow pace. **LEFS - Lower Extremity Functional Scale:** Score 48-59: 60% to 74% of Maximum Function.

Observation

**Balance:** SLS for 11 on R side and 15 seconds on L side. **Posture and Alignment:** pes planus and genu valgum. **Single Leg Squat:** n/a. **Standing Double Leg Squat:** discomfort past 75 degrees. **Walking:** Unremarkable.

| | Result | Note |
|---|---|---|
| **Hip Screen** | | |
| **ROM** | WNL | |
| **Strength** | Abnormal | gluteal weakness |
| **Ankle / Foot Screen** | | |
| **ROM** | WNL | |
| **Strength** | Abnormal | gastroc weakness |
| **Knee AROM** | | |
| **Knee Extension AROM** | 0 degrees | |
| **Knee Flexion AROM** | 119 degrees | |
| **Knee PROM** | | |
| **Knee Extension PROM** | 0 degrees | |
| **Knee Flexion PROM** | 122 degrees | |
| **Hip Strength Testing** | | |
| **Hip Extension** | 4 /5 | |
| **Hip Flexion** | 4 /5 | |
| **Hip Abduction** | 4- /5 | |
| **Hip Adduction** | 4- /5 | |
| **Hip Ext Rotation** | 4- /5 | |
| **Hip Internal Rotation** | 4 /5 | |
| **Knee Strength Testing** | | |
| **Knee Extension Strength** | 4 /5 | |
| **Knee Flexion Strength** | 4- /5 | |
| **Knee** | | |
| **ACL - Anterior Drawer** | Negative | |
| **PCL - Posterior Drawer** | Negative | |
| **MCL - Valgus Stress** | Negative | |
| **LCL - Varus Test** | Negative | |
| **Meniscus - McMurray** | Negative | |
| **Meniscus - Apley's Grind** | Negative | |
| **Patellar Subluxation - Apprehension** | Negative | |
| **PFS - Grind** | Negative | |
| **Distal ITB - Noble's Compression** | Negative | |
| **Flexibility Screening** | | |

| | | |
|---|---|---|
| **Flexibility Screening** | Abnormal | R gastroc and HS |
| Palpation | | |
| **Alignment** | WNL | |
| **Tenderness** | Moderate | R gastroc and medial knee |
| **Tissue Integrity** | Spasm palpated | R gastroc and medial knee |

**Today's Treatment**

**Today's Treatment:** See procedures list below for today's treatment.  Patient education was conducted.

**Current HEP**

**As follows::** <>.

## Goals

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| **1: Pain Intensity at Worst** | 8/10: Severe Pain. | 5/10: Moderate Pain. | 0/10: No Pain. | 5/29/15 | | |
| **2: Standing** | 10-15 minutes. | 30 minutes. | 60 minutes | 5/29/15 | | |
| **3: Stairs** | significant pain with ascending>descending. | slight pain with ascending>descending | WNL | 5/29/15 | | |
| **4: Ambulation** | 20 minutes | 30 minutes. | 90 minutes | 5/29/15 | | |
| **5: Activity Pace** | Score 1: Performs activities at a slow pace. | Score 1: Performs activities at a slow pace. | Score 3: Performs activities at customary pace | 5/29/15 | | |
| **6: LEFS - Lower Extremity Functional Scale** | Score 36-47: 45% to 59% of Maximum Function. | Score 48-59: 60% to 74% of Maximum Function | Score 72-80: 90% to 100% of Maximum Function | 5/29/15 | | |
| **7: Walking** | decreased knee flexion and extension on the R side. | Unremarkable. | Unremarkable | 5/29/15 | | |
| **8: Knee Flexion PROM** | 118 degrees | 122 degrees | 140 degrees | 5/29/15 | | |
| **9: Hip Abduction** | 3+ /5 | 4- /5 | 5 /5 | 5/29/15 | | |
| **10: Hip Ext Rotation** | 3+ /5 | 4- /5 | 5 /5 | 5/29/15 | | |
| **11: Hip Adduction** | 4- /5 | 4- /5 | 5 /5 | 5/29/15 | | |
| **12: Knee Extension Strength** | 4- /5 | 4 /5 | 5 /5 | 5/29/15 | | |
| **13: Knee Flexion Strength** | 4- /5 | 4- /5 | 5 /5 | 5/29/15 | | |

## Assessment

**Assessment**

**Today's PT session:** Tolerated.  Pt able to walk at slightly increased speed on TM, but required cuing to reach terminal knee extension at end of stance phase and to decrease hip flexion during swing phase - both of which likely contributing to sore HS.

**Compliance**

**Attendance to PT:** Regular. **HEP Performance:** Good.

**Progress toward goals**

**Progress toward goals:** Satisfactory.

**PT Dx/Practice Pattern**

**PT Dx/Practice Pattern:** 4D Impairments/Connective Tissue Dysfunction.

**Clinical Impairments**

    **Clinical Impairments:** R knee pain, Baker's cyst, postural dysfunction, gait abnormalities, as well as deficits in R knee flexibility, strength, and stability.

**Functional Limitations**

    **Functional Limitations:** all weight bearing activities.

**Clinical Impression**

    **Clinical Impression:** good rehab prognosis.

**Precautions / Contraindications to Treatment**

    **Precautions / Contraindications:** None.

**Rehabilitation Potential**

    **Rehabilitation Potential:** Good.

## Plan

**General Care**

    **General Care:** Coordination, Communication, Documentation.

**Home Exercises / Patient Education**

    **Home Exercises:** HEP will be progressed according to patient's level of performance while under the supervision of PT and overall progress toward clincal and functional goals.  Patient education will be provided throughout the course of therapy to maximize results.

**Supervised Exercises**

    **Supervised Exercises:** Supervised exercise may include any of the following based on the patient's current needs:  aquatic therapy, cardio, open-chain strengthening, closed-chain strengthening, balance / proprioception, stretching.

**Modalities**

    **Treatment Modalities:** Treatment may include any of the following based on the patient's current needs:  thermotherapy, cryotherapy, electric stimulation, ultrasound, cold laser.

**Procedures**

    **Treatment Procedures:** Treatment may include any of the following based on the patient's current needs:  joint mobilization, manual stretching, massage. MFR, TPR, Graston, cupping.

**Treatment Plan Parameters**

    **Visit Frequency:** 2 visits per week. **Duration:** 8 weeks. **Range of Visits:** For Pattern 4D: 3-36. Eighty percent of patients/clients who are classified into this pattern achieve their goals within the time frame noted.

**Treatment Plan Discussion**

    **Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.  Patient understands and agrees with the plan of care.

**Certification**

    **Necessity and Skill Level:** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and functional limitations.  These services require the expert knowledge / guidance of a licensed PT.

**Plan**

    **Plan:** Continue as outlined.

Electronically signed by:
License:
04/27/15 1:43 pm

Electronically signed by: Jennifer Mohns, PT
PT Lic. #: 19758
on 04/27/15 1:43 pm

**Plan of Care Approval for Sybil Levisohn**

Thank you for this referral.

We are required to obtain an approval of Sybil's plan of care.  You may approve the plan of care and make any changes to the plan of care by commenting below.  As always, please feel free to call us at (617) 262-0030 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Jennifer Mohns, PT

04/27/15 1:43 pm

**Plan of Care Approval**

☐   Approval of the plan of care as documented

☐   Approval of the plan of care with changes noted below

☐   Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD

Approval Date:       /      /



**Boston Sports Medicine Watertown**

36 Arlington Street
at GymIt Health Club
Watertown, MA  02472-5001

Phone: (617) 926-2300
Fax: (617) 926-5886

Initial Evaluation for
Maria Murphy
10/05/11
Case: Post op L ACL
Therapist(s):
         Dr. Michael J. Velsmid PT

Referred by: Thomas Gill, MD
Phone: (617) 779-6500
Fax:  (617) 779-6555

Diagnosis  :Sprain cruciate lig knee
ICD-9: 844.2

## Summary

Pt is a 33 y/o female known to this clinic for pre-op rehab for her ACL/MCL injuries.  Pt had surgical repair with patellar tendon graft on 9/27/11.  She come is today ~1 wk post-op with the expected measurable impairments in ROM and strength with associated functional deficits in gait and transfers.  Pt will benefit from a supervised rehab protocol for ACL repair.

## Subjective

**Daily Note**

    **Please see evaluation for:** today.

**Scales**

| | | |
|---|---|---|
| **LE Functional Scale** | 0    - | |
| **Pain Frequency** | 1    - | |
| **Pain Rating Scale** | 8    - | |
| **Patellofemoral Joint Evaluation Scale** | 0    - | |
| **Stair Climbing Tolerance** | 1    - | |
| **Walking Tolerance** | 1    - | |

*Left Knee*

**Case History**

    **Date of Surgery:** 9/27/11. **Stated Reason for Referral:** Post operative rehabilitation. **Surgery (Knee):** Patellar tendon ACL Reconstruction with MCL repair. **SURGICAL PRECAUTIONS:** As Follows: None specified.

**Current Complaints**

    **Pain Intensity at Best:** 5/10: Moderate constant ache. **Pain Intensity at Worst:** 10/10: Worst Imaginable Pain. **Pain in response to the following activities::** Changing positions, bending the knee, walking. **Pain Frequency:** Constant. **Pain Localization:** Patient has no difficulty localizing pain in the center of the patella. **Pain Quality:** Sharp like and ice pick. **Tenderness:** Minimal.

**Medical History**

    **Current Medications:** None.  Was prescribed oxycodone and oxycontin, but it had no effect on pain, so d/c.  Now only using TYL PRN. **General Health:** Excellent. **Prior Physical Therapy:** Yes, in this calendar year.  Pre-op rehab and strengthening.

**Functional Level At Present**

    **Ambulation Tolerance:** Dependent on crutches and brace.  Very short distances. **Assistive Devices:** Bledsoe knee brace 0-90, Axillary crutches, CPM 0-90 overnight and most of the day.

**Other Complaints**

    **Patient also complains of:** Numbness in anterior shin.

**Prior Episodes**

    **Prior Treatment:** Brace, crutches, CPM, Meds, Cryocuff, ankle pumps.

**Vocational**

**Current Status:** Unable to work.  Will return on 10/10. **Work Tasks:** Lab tech, mostly sitting.

**Objective**

**Daily Note**

    **Today's Treatment:** See procedures list below for today's treatment.  Patient education was conducted.

| *Left Leg* | *Left* | *Right* | *Note* |
|---|---|---|---|
| Girth Measurement | | | |
|     **Mid-calf** | 38.0 cm | | |

| *Left Knee* | *Left* | *Right* | |
|---|---|---|---|
| Palpation | | | |
|     **Temperature** | Warm | | |
|     **Tenderness** | Moderate | | |
|     **Tissue Integrity** | Swollen | | |
| Girth Measurement | | | |
|     **15 cm. above joint line** | 58.0 cm | | |
|     **At knee joint line** | 42.2 cm | | |
| Active ROM | | | |
|     **Knee Flexion** | 80 degrees | | with heel slide |

**Ambulation**

    **Ambulation Aids:** Axillary crutches. Brace:  Bledsoe 0-90.

Integument

    **Observation:** Swelling. **Surgical Scars:** Surgical scars evident. **Wound Healing:** Well. No evidence of infection. scabbing over surgical incision. Steri strips in place. Sutures present, dry gauze dressing.

| | *Left* | *Right* | *Note* |
|---|---|---|---|
| Manual Muscle Test | | | |
|     **Quadriceps** | 3- /5 | | |
| Pain at End Range | | | |
|     **Extension** | Positive | | |
|     **Flexion** | Positive | | |
| Passive ROM | | | |
|     **Knee Extension** | -5 degrees | | |
|     **Knee Flexion** | 95 degrees | | supine |
| ROM Screening | | | |
|     **AROM Screening** | Abnormal | | |
|     **PROM Screening** | Abnormal | | |
| Strength | | | |
|     **Screening** | Abnormal | | |

**Transfers/Transitions**

    **On/Off Trearment Table:** Provokes sx. Labored. Requires 3x normal time.  Uses UEs to lift the L LE.

**Assessment**

**Assessment**

**Diagnosis:** Consistent with MD diagnosis. **PT Dx/Practice Pattern:** 4I mpairments/Bony or Soft Tissue Surgery. **Examination Response:** Examination aggravated symptoms. **Prognosis and Rehabilitation Potential:** During the episode of care, patient/client will achieve (1) the anticipated goals and expected outcomes of the interventions that are described in the plan of care and (2) the global outcomes for patients/ clients who are classified in this pattern. Excellent rehab potential. **Treatment Response:** Fair results with today's treatment.

## Plan

### Plan

**Necessity and Skill Level::** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and disabilities.  These services require the expertise of a skilled therapist.  These services require the skill of a licensed physical therapist.

### Treatment Plan Parameters

**Visit Frequency:** 2 visits per week. **Duration:** 8 weeks. **Range of Visits:** For Pattern 4I: 6-70. This range represents the lower and upper limits of the number of PT visits required to achieve anticipated goals and expected outcomes.  Eighty percent of patients/clients who are classified into this pattern will achieve the anticipated goals + expected outcomes within the range of visits during a continuous episode of care.  Frequency of visits and duration of the episode of care should be determined by the PT to maximize effectiveness of care and efficiency of service delivery.

### Treatment Plan Discussion

**Expected Ultimate Outcomes:** Complete restoration of function; Decrease the frequency, severity and duration of exacerbations; Independent HEP. **Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.  Patient understands and agrees with the plan of care.

### Clin STGs

**Duration:** 4 weeks. **Girth Measurements:** Change in girth as stated in measurements. **Home Exercise:** Independent and compliant with prescribed HEP. **Manual Muscle Test:** Improve measured strength as stated under measurements. **Pain at End Range:** Improve pain at end range of all motions. **Range of Motion:** Improve measured range of motion as stated under measurements. **Symptoms:** Reported improvement in sx. **Tenderness:** Improve all described tenderness.

### Clin LTGs

**Duration:** 12 weeks. **Global Outcomes:** Over the specified duration of care the patient will demonstrate optimal joint mobility, muscle performance, and range of motion. **Home Exercise:** Independent, compliant, and able to self-progress HEP. **Manual Muscle Test:** Improve measured strength as stated under measurements. **Pain at End Range:** Eliminate pain at end range of all motions. **Range of Motion:** Improve measured range of motion as stated under measurements. **Symptoms:** Abolished sx. **Tenderness:** Eliminate all described tenderness.

### Pt to Call or E-Mail

**for any of the following reasons:** Upon any increase in symptoms; including  pain, swelling,  tingling, or numbness; If there is any problem with home exercises or home program; If there is any question about the treatment plan; If there is any question regarding our discussion of the nature of the problem.

### Functional LTGs

**Duration:** 12 weeks. **Functional Scales:** Normal grades on all functional scales documented. **Measured Function:** Normalize measured function as stated under observations and exam measures..

### Functional STGs

**Duration:** 4 weeks. **Functional Scales:** One grade increase in all functional scales documented. **Measured Function:** Improve measured function as stated under observations and exam measures..

### Treatment Plan

**General Care:** Coordination, Communication, Documentation. **Patient Education: Home Exercises:** Strengthening. Stretching. **Patient Education: Other Instructions:** Patient will be  instructed in injury prevention through activity modification. Patient will be weaned off of assistive devices. Patient will be instructed in edema reduction. **Supervised Exercises:** Strengthening Exercises. Stretching Exercises. **Treatment Modalities:** Cryotherapy. Electric Stimulation. Therapeutic Ultrasound. **Treatment Procedures:** Manual Stretching. Massage, MFR, Trigger Point Release.

Electronically signed by:
License:
10/05/11 4:58 pm

Electronically signed by: Dr. Michael J. Velsmid PT
PT Lic. #:10295
10/05/11 4:58 pm

Initial Evaluation for Maria Murphy
DOB: 03/17/1978

**Plan of Care Approval for Maria Murphy**

Thank you for this referral.

We are required to obtain an approval of Maria's plan of care.  You may approve the plan of care and make any changes to the plan of care by commenting below.  As always, please feel free to call us at (617) 926-2300 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Dr. Michael J. Velsmid PT

10/05/11 4:58 pm

**Plan of Care Approval**

☐    Approval of the plan of care as documented

☐    Approval of the plan of care with changes noted below

☐    Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD

Approval Date:      /    /



**Boston Sports Medicine Watertown**
36 Arlington Street
at GymIt Health Club
Watertown, MA  02472-5001

Phone: (617) 926-2300
Fax: (617) 926-5886

Progress Evaluation for
Katherine Papaporfiriou
08/09/16
Case: post-op R shoulder 5/11/16
Therapist(s):
        Abigail Jamula, PT, DPT

Referred by: Thomas Gill (@ St. Elizabeth's)
Phone: (617) 779-6500
Fax:  (617) 779-6555

Diagnosis  :Pain in right shoulder
ICD-9: M25.511

---

## Summary

Katherine Papaporfiriou is progressing well with her post operative R RTC rehab and according to outlined MD protocol. She continues to have weakness, slight ROM deficits and decreased functional mobility/endurance with daily activities. She will benefit from continuing with PT treatment 1x/week for an additional 4 weeks with anticipated discharge to HEP at that time. She is aware and in agreement with the outlined PT POC and stated goals.

## Subjective

**Current Complaints**

    **Pain Intensity at Best:** 0/10: No pain. **Pain Intensity at Worst:** 6/10: Moderate Pain.

**Current Functional Level**

    **Use of Arms Overhead:** Able, but c/o weakness/some pain. **Lying down:** Able to sleep through the night, but unable to maintain R s/l for >30min.

**Subjective**

    **Reports:** It gets sore, but I'm able to do more.

**Outcomes Scores Correlated to Medicare Impairment Rating**

| Quick Disabilities of the Arm, Shoulder, and Hand (DASH) Modified for Medicare Impairment Ratings | 45 - CK: 40 to 59% Impaired. Moderate disability. (40 - 59) | |
|---|---|---|

## Objective

| | Result | Note |
|---|---|---|
| **Shoulder Active ROM** | | |
| Shoulder Flexion Active Range of Motion | 165 degrees | |
| Shoulder Abduction AROM | 165 degrees | painful arc |
| Shoulder External Rotation AROM | 85 degrees | at 90/90 |
| Shoulder Internal Rotation AROM | 80 degrees | at 90/90 |
| **Shoulder Strength Testing** | | |
| Shoulder Abduction Strength | 3+ /5 | |
| Shoulder External Rotation Strength | 3+ /5 | |
| Shoulder Flexion Strength | 4- /5 | |
| Shoulder Internal Rotation Strength | 4- /5 | |
| **Shoulder Functional Mobility Tests** | | |
| Reach back of opposite shoulder | Able | |

| **Reach top of head** | Able | |

**Today's Treatment**

**Today's Treatment:** Please refer to procedures listed above for today's treatment.  Patient education was conducted throughout session. Home exercise program will be progressed when applicable and appropriate throughout the patient's duration of treatment.

**Goals**

| | |
|---|---|
| **Impairment Category** | Carrying, Moving & Handling Objects |
| **Current Impairment Rating (G8984)** | 45% Impairment Level (CK: At least 40 percent but less than 60 percent impaired, limited or restricted) |
| **Goal Impairment Rating (G8985)** | 20% Impairment Level (CJ: At least 20 percent but less than 40 percent impaired, limited or restricted) |
| **Projected Goal Completion Date** | 9/9/2016 |
| **Rationale for impairment rating** | FLR impairment rating based on subjective reports, objective measurements, functional outcome scores, MD post surgical protocol/procedure and PT clinical judgement. |

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| **1: Pain Intensity at Worst** | 9/10: Severe Pain. | 6/10: Moderate Pain. | 5/10: Moderate Pain. | 9/9/16 | Good | |
| **2: Pain Intensity at Best** | 5/10: Moderate Pain. | 0/10: No pain. | 0/10: No pain. | 9/9/16 | Goal met | 8/9/16 |
| **3: Use of Arms Overhead** | Completely unable. | Able, but c/o weakness/some pain | Able, pain free | 9/9/16 | Good | |
| **4: Lying down** | Pain/difficulty noted, unable to sleep flat in her bed. | Able to sleep through the night, but unable to maintain R s/l for >30min | Able, pain free. | 9/9/16 | Good | |
| **5: Quick Disabilities of the Arm, Shoulder, and Hand (DASH) Modified for Medicare Impairment Ratings** | 80 - CM: 80 to 99% Impaired.  Severe disability. (80 - 99) | 45 - CK: 40 to 59% Impaired.  Moderate disability. (40 - 59) | 20 - CJ: 20 to 39% Impaired.  Minimal to moderate disability. (20 - 39) | 9/9/16 | Good | |
| **6: Shoulder Flexion Active Range of Motion** | 0 degrees | 165 degrees | 180 degrees | 9/9/16 | Good | |
| **7: Shoulder Abduction AROM** | 0 degrees | 165 degrees | 180 degrees | 9/9/16 | Good | |
| **8: Shoulder External Rotation AROM** | 0 degrees | 85 degrees | 90 degrees | 9/9/16 | Good | |
| **9: Shoulder Internal Rotation AROM** | 0 degrees | 80 degrees | 90 degrees | 9/9/16 | Good | |
| **10: Shoulder Abduction Strength** | NT /5 | 3+ /5 | 5 /5 | 9/9/16 | Good | |
| **11: Shoulder External Rotation Strength** | NT /5 | 3+ /5 | 5 /5 | 9/9/16 | Good | |
| **12: Shoulder Flexion Strength** | NT /5 | 4- /5 | 5 /5 | 9/9/16 | Good | |
| **13: Shoulder Internal Rotation Strength** | NT /5 | 4- /5 | 5 /5 | 9/9/16 | Good | |
| **14: Reach back of opposite shoulder** | Unable | Able | Able | 9/9/16 | Goal met | 8/9/16 |
| **15: Reach small of back** | Unable | | Able | 9/9/16 | Goal met | 8/9/16 |

| 16: Reach top of head | Unable | Able | Able | 9/9/16 | Goal met | 8/9/16 |
|---|---|---|---|---|---|---|

**Assessment**

**Assessment**

**Today's PT session:** Well tolerated. Initiated theraband IR/ER strengthening with good tolerance but significant c/o fatigue following. Applied MHP post session to continue to promote R UT relaxation/decreased tone. Patient in agreement with outlined PT POC of continuing with treatment 1x/week for 4 additional weeks. Her next f/u with MD is in October.

**Compliance**

**Attendance to PT:** Regular. **HEP Performance:** Good.

**Progress toward goals**

**Progress toward goals:** Satisfactory.

**Plan**

**Plan**

**Plan:** Continue PT 1x/week for 4 weeks, progress towards independent HEP performance. Progress functional strengthening and mobility with regard to symptoms and/or MD instruction.

Electronically signed by:
License:
08/09/16 12:02 pm

Electronically signed by: Abigail Jamula, PT, DPT
PT Lic. #: 20686
on 08/09/16 12:02 pm

**Plan of Care Approval for Katherine Papaporfiriou**

Thank you for this referral.

We are required to obtain an approval of Katherine's plan of care.  You may approve the plan of care and make any changes to the plan of care by commenting below.  As always, please feel free to call us at (617) 926-2300 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Abigail Jamula, PT, DPT

08/09/16 12:02 pm

**Plan of Care Approval**

☐   Approval of the plan of care as documented

☐   Approval of the plan of care with changes noted below

☐   Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill (@ St. Elizabeth's)

Approval Date:     /    /



**Boston Sports Medicine Somerville**
259 Elm Street
2nd Floor
Somerville, MA  02144

Phone: (617) 623-6300
Fax: (617) 623-4224

Progress Evaluation for
Lauren Presant
01/21/15
Case: sp L ACL repair
Therapist(s):
        Rebecca L. Fitzgerald, PT

Referred by: Thomas Gill, MD
Phone: (617) 779-6500
Fax:  (617) 779-6555

Diagnosis  :Sprain cruciate lig knee
ICD-9: 844.2

---

## Summary

Lauren has been seen for PT s/p L ACL reconstruction with BTB autograft 9/2/14. She reports con't pain and stiffness with end range flexion, difficulty with walking and stairs, and difficulty returning to light jogging. Presents with less peri-incision tenderness, improved joint effusion, con't end range pain with PROM, quad atrophy but improved motor control, improved hip/knee strength, and con't antalgic gait during walking and light jogging. Delay in rehab progress is likely due to prolonged time between original injury and surgery, causing a longer post-op rehab process and pt. not meeting expected post-op goals due to this delay, requiring con't care. Pt. will benefit from con't PT per post-op protocol to return to PLOF. Recommend progression to higher level activity when cleared by MD and she receives sports brace. Recommend weekly for 2 more months.

## Subjective

### Onset

**Onset Due To:** Playing indoor soccer, PF/inverted foot and fell laterally onto L buttock then to supine. **Date of Onset:** March 27, 2014. **Onset Speed:** Sudden. **Description:** Pt. had surgery and reports using CPM since surgery, 0-95 degrees.

### Case History

**Diagnostic Testing / Results:** MRI, May 2014. **Diagnostic Testing Review:** Pivot shift injury with kissing bone contusion in lateral joint compartment. Small cortical impaction fracture of the lateral femoral condyle. Complete anterior cruciate ligament tear with no evidence of meniscal tear. Intact collateral ligaments. **Date of Surgery:** 9/2/14. **Stated Reason for Referral:** Prepare pt pre-op for ACL reconstruction. **Surgery (Knee):** ACL Reconstruction with BTB autograft.

### Current Complaints

**Pain Intensity at Best:** 0/10: No pain. **Pain Intensity at Worst:** 5-6/10: Moderate Pain. **Pain in response to the following activities:** stairs. bending the knee. gym workouts. sitting with knee bent at work. **Pain Localization:** Patient has no difficulty localizing pain at site of injury. **Related Symptoms:** Locking/catching with stairs, squats, walking. **Sensation:** Denies any change in sensation.

### Medical History

**Prior Physical Therapy:** Yes, in this calendar year, pre-op.

### Athletic Function

**Prior Level of Function:** Pt very active.  Was Division 1 Water polo player in college and still competes. Ski, Zumba, indoor soccer. No activity since surgery.

### Functional Level At Present

**Ambulation Problems:** Unsteady gait, but no need for ambulation aids. **Ambulation Tolerance:** Able to walk without significant pain for 20-30 min. **Assistive Devices:** none. **Running Tolerance:** Unable to run at all per post-op restriction. **Stair Climbing Ability:** Ascends stairs with reciprocal gait and intermittent locking. Descends stairs leading with LLE. **Standing Tolerance:** Able to stand one to two hours without significant pain.

### Prior Episodes

**Prior Treatment:** Ice. Anti-inflammatory for swelling. Pre-op PT.

### Vocational

**Current Status:** Full Time. Works from home or at office, depending on Sx. Working from office more frequently now and notes pain with sitting at desk for prolonged time.

### Pt Goals / Expectations for PT

**Patient's Goals / Expectations:** Return to sport and PLOF.

## Objective

**Gait**

    **Abnormality:** Amb with axillary crutches and brace. Slow speed. WBAT.

**Muscle Atrophy**

    **Hip and Thigh:** Quadriceps.

| | *Result* | *Note* |
|---|---|---|
| **Patellofemoral Integrity** | | |
|   **Patellar Mobility** | nt | |
| **Palpation** | | |
|   **Crepitation with Movement** | Negative | |
|   **Tenderness** | Minimal | peri-incision areas |
|   **Tissue Integrity** | Swollen - IMPROVED | |

**Today's Treatment**

    **Today's Treatment:** See procedures list below for today's treatment.  Patient education was conducted.

**Integument**

    **Observation:** Normal color, temperature, and no sign of ecchymosis. **Surgical Scars:** WNL.

**Transfers/Transitions**

    **Chair:** Weight shifted slightly to R. **On/Off Trearment Table:** Independent with all transfers.

| *Left Knee* | *Left* | *Right* | *Note* |
|---|---|---|---|
| **Active ROM** | | | |
|   **Knee Extension** | 0 degrees | 0  degrees | |
|   **Knee Flexion** | 129 degrees | 140  degrees | |
| **Knee PROM** | | | |
|   **Knee Extension PROM** | 0 degrees | 0  degrees | |
|   **Knee Flexion PROM** | 134* degrees | | |
| **Knee Strength Testing** | | | |
|   **Knee Extension Strength** | 4+ /5 | 5 /5 | good endurance |
|   **Knee Flexion Strength** | 4 /5 | 5 /5 | |
| **Girth Measurement** | | | |
|   **10 cm. above joint line** | 41.0 cm | 44.5  cm | |
|   **5 cm. above joint line** | 38.2 cm | 38.5  cm | |
|   **At joint line** | 33.9 cm | 34.5  cm | |
|   **5 cm. below joint line** | 33.7 cm | 36.0  cm | |
|   **Mid-calf** | 32.0 cm | 29.7  cm | |
| **Balance Tests** | | | |
|   **Single Leg Stance Eyes Open** | 60 seconds | | |
| **Strength** | | | |
|   **Screening** | Abnormal | Normal | quad set: with glute compensation |

## Goals

| *Item* | *Initial* | *Current* | *Goal* | *By Date* | *Progress* | *Achieved On* |
|---|---|---|---|---|---|---|

| 2: Pain Intensity at Worst | 8/10: Severe Pain. | 5-6/10: Moderate Pain. | 2/10: Minimal Pain. | 2/28/15 | Slow | |
|---|---|---|---|---|---|---|
| 3: Pain in response to the following activitives | work activities. bending the knee. sitting without elevation. | stairs. bending the knee. gym workouts. sitting with knee bent at work. | none | 2/28/15 | Slow | |
| 5: Ambulation Problems | Unsteady gait, needs ambulation aids. | Unsteady gait, but no need for ambulation aids. | No problems | 2/28/15 | Good | |
| 6: Ambulation Tolerance | Only able to walk short distances with crutches. | Able to walk without significant pain for 20-30 min. | Able to walk without significant pain for over one hour. | 2/28/15 | Good | |
| 7: Assistive Devices | knee brace. axillary crutches. | none. | none | 2/28/15 | | 11/10/14 |
| 8: Stair Climbing Ability | Ascends or descends stairs with axillary crutches and step-to gait. | Ascends stairs with reciprocal gait and intermittent locking. Descends stairs leading with LLE. | Ascends or descends stairs without any pain, assistive device, or compensation | 2/28/15 | Slow | |
| 9: Running Tolerance | Unable to run at all without significant pain. | Unable to run at all per post-op restriction. | Able to run 20-30 min. before significant pain develops | 2/28/15 | None | |
| 11: Hip and Thigh | Quadriceps. | Quadriceps. | none | 2/28/15 | Slow | |
| 12: Tenderness | Severe | Minimal | Absent | 2/28/15 | | |
| 13: Tissue Integrity | Swollen | Swollen - IMPROVED | WNL | 2/28/15 | | |
| 15: Surgical Scars | Sutures and SteriStrips in place. Evidence of min drainage. | WNL | Surgical scars evident, completely healed | 2/28/15 | Goal met | 1/21/15 |
| 16: Chair | Weight Shifted completely to R. Must use UEs | Weight shifted slightly to R. | No deficit | 2/28/15 | Good | |
| 17: On/Off Trearment Table | Requires assistance with use of belt around heel to lift LLE. | Independent with all transfers. | No deficits | 2/28/15 | | 10/8/14 |
| *Left Knee* | | | | | | |
| 18: Knee Extension | -3 degrees | 0 degrees | 0 degrees | 2/28/15 | | 12/8/14 |
| 19: Knee Flexion | 70* degrees | 129 degrees | 140 degrees | 2/28/15 | | |
| 20: Knee Flexion PROM | 76* degrees | 134* degrees | 140 degrees | 2/28/15 | | |
| 21: Knee Extension Strength | 2- /5 | 4+ /5 | 5 /5 | 2/28/15 | | |
| 22: Knee Flexion Strength | 2- /5 | 4 /5 | 5 /5 | 2/28/15 | | |
| 23: 10 cm. above joint line | 45.4 cm | 41.0 cm | 44.5 cm | 2/28/15 | | |
| 24: 5 cm. above joint line | 41.6 cm | 38.2 cm | 38.5 cm | 2/28/15 | | 12/8/14 |
| 25: At joint line | 39.8 cm | 33.9 cm | 34.5 cm | 2/28/15 | Goal met | 1/21/15 |
| 26: Screening | Abnormal | Abnormal | Normal | 2/28/15 | | |

**Assessment**

Assessment

**Clinician's assessment of progress:** Adequate although overall con't limited progress per post-op timeline. Con't ROM deficits and quad atrophy will benefit from con't rehab. Pt. con't to have significant limitations with jogging, stairs, and walking that will benefit from con't care. **Compliance:** Regular attendance. Good compliance with home exercise program. **Diagnosis and Impression:** Exam finds ongoing quad atrophy, limited ROM, and functional limitations that may be delayed for this stage post-op. Delay may be due to prolonged time between time of injury and surgical repair, causing a delay in post-op timeline. **Examination Response:** Good tolerance to examination. **Patient's perception of progress:** Patient perceives adequate improvement. **Prognosis and Rehabilitation Potential:** Good rehab potential. **Treatment Response:** Good symptom relief with today's treatment.

PT Dx/Practice Pattern

**PT Dx/Practice Pattern:** 4I Impairments/Bony or Soft Tissue Surgery.

## Plan

### General Care

**General Care:** Coordination, Communication, Documentation.

### Home Exercises / Patient Education

**Home Exercises:** AAROM, isometrics, AROM as tolerated, hip strengthening Patient education was performed.

### Supervised Exercises

**Supervised Exercises:** Hip/knee strength and stretching therex. Balance/proprioception.

### Modalities

**Treatment Modalities:** Russian and Interferential Electric Stimulation.

### Procedures

**Treatment Procedures:** PROM.

### Treatment Plan Parameters

**Visit Frequency:** 2 visits per week. **Duration:** 4-6 months. **Range of Visits:** For Pattern 4I: 6-70. The lower and upper limits of the # of PT visits required to achieve goals and expected outcomes.  80% percent of patients who are classified into this pattern fall into this range.

### Treatment Plan Discussion

**Expected Ultimate Outcomes:** Complete restoration of function; Decrease the frequency, severity and duration of exacerbations; Independent HEP. **Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.  Patient understands and agrees with the plan of care.

### Certification

**Necessity and Skill Level:** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and disabilities.  These services require the expert.

### Pt to Call or E-Mail

**for any of the following reasons:** Upon any increase in symptoms; including  pain, swelling,  tingling, or numbness; If there is any problem with home exercises or home program; If there is any question about the treatment plan.

### Continuing Treatment Plan

**Continue as documented at last evaluation.:** Increase home exercise program. Progress to higher level tasks when able to tolerate and when cleared by MD. **Duration:** 2 months. **Frequency:** 1 visit per week.

Electronically signed by:
License:
01/22/15 7:14 am

Electronically signed by: Rebecca L. Fitzgerald, PT
PT Lic. #: 19109
on 01/22/15 7:14 am

**Plan of Care Approval for Lauren Presant**

Thank you for this referral.

We are required to obtain an approval of Lauren's plan of care.  You may approve the plan of care and make any changes to the plan of care by commenting below.  As always, please feel free to call us at (617) 623-6300 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Rebecca L. Fitzgerald, PT

01/22/15 7:14 am

**Plan of Care Approval**

☐    Approval of the plan of care as documented

☐    Approval of the plan of care with changes noted below

☐    Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD

Approval Date:       /     /



**Boston Sports Medicine Allston**
1 Braintree Street
1st Floor
Allston, MA  02134-1956

Phone: (617) 787-8700
Fax: (617) 787-8106

Initial Evaluation for
Andrea Sesko
10/03/07
Case: L femoral neck stress fx
Therapist(s):
                    Dr. Heather Jones, PT

Referred by: Thomas Gill, MD
Phone: (617) 779-6500
Fax:  (617) 779-6555

Diagnosis  :Stress fracture bone NEC
ICD-9: 733.95

---

## Summary

Andrea presents to physical therapy with impairments and functional limitations consistent with L hip stress fracture. At present, she exhibits significant weakness throughout her L hip secondary to TTWB status, with only minor ROM deficits. She is an excellent candidate for aquatic therapy consisting of hip strengthening and gait training. Once pt. reaches FWB status, treatment focus will be more functional strengthening, with eventual progression to return to sport.

## Subjective

### Daily Note
**Please see evaluation for:** today.

### Ambulation Function
**Ambulation Tolerance:** Able to walk without significant pain for 30 min. **Weight Bearing Status:** TTWB.

### Stair Climbing Function
**Stair Climbing Ability:** Ascends and descends 12 stairs with reciprocal gait.

### Functional Level At Present
**Stair Climbing Ability:** Ascends or descends stairs without any pain, however pt. reports that she does not use stairs because she is apprehensive.

### Scales

| Vocational Tolerance | 4        -  |  |
|---|---|---|

**Functional Level Prior to Injury:**
**Stair Climbing Ability:** No limitation in climbing stairs.

*Left Hip*

### Case History
**Diagnostic Testing:** MRI. X-rays. **Diagnostic Testing Review:** MRI results reportedly indicate femoral neck stress fx. X-rays were negative. **Approx Weeks Since Onset:** 6-7. **Onset Due To:** Sports or Recreational Injury. Pt. is a runner, and in August of this year she was training for a race and running 2x/week. She reports that she increased her mileage too quickly and her hip began to hurt. Pt. ran through the pain for a while, but then took a week off. When she ran again, the pain was worse. At that time, she saw MD. She is currently TTWB with axillary crutches. **Onset Speed:** Gradual. **Recent Symptom Trend:** Condition improving. Pt. reports that her pain decreased dramatically as soon as she started using crutches.

### Current Complaints
**Pain Intensity at Best:** 0/10: No pain. **Pain Intensity at Worst:** 2/10: Minimal Pain. **Pain in response to the following activities::** prolonged sitting, weightbearing. **Pain Frequency:** Intermittent, Daily. **Pain Localization:** Patient has no difficulty localizing pain. **Pain Quality:** Dull, achy. **Stiffness in response to the following activities::** sitting.

### Medical History
**Current Medications:** Analgesics: Tylenol occasionally. **General Health:** Excellent. **Prior Physical Therapy:** Yes, prior to this calendar year. Ankle sprains, tibial lengthening surgery. **Surgery (Knee):** tibial lengthening, age 10.

**Functional Level At Present**

    **Assistive Devices:** axillary crutches, TTWB.

**Related Habits**

    **Lifestyle:** Patient is physically active. Running, tennis, golf, skiing, regular gym workouts. **Reported Smoking:** None.

**Vocational**

    **Current Status:** Full Time orthopedic surgery resident. Pt. reports that she will begin her trauma surgery rotation in 2 weeks, and is very concerned about being on crutches.

**Objective**

---

**Gait**

    **Ambulation Aids:** Axillary crutch(es).

**Psych/Soc**

    **Affect:** pleasant.

**Structural/Posture**

    **Body Type:** Height/weight proportional.

| *Left Hip* | Left | Right | Note |
|---|---|---|---|
| **Manual Muscle Test** | | | |
| **Gluteus Maximus** | 3+ /5 | | |
| **Gluteus Medius** | 3+ /5 | | |
| **Hip Adductors** | 3+ /5 | | |
| **Iliopsoas** | 3+ /5 | | |
| **Pain at End Range** | | | |
| **Internal Rotation** | Positive | | |
| **Passive ROM** | | | |
| **Hip Extension** | 15 degrees | | |
| **Hip External Rotation, hip flexed 90** | 70 degrees | | |
| **Hip Flexion** | 120 degrees | | |
| **Hip Internal Rotation, hip flexed 90** | 45 degrees | | pain at end range |

| *Right Hip* | Right | Left | |
|---|---|---|---|
| **Manual Muscle Test** | | | |
| **Gluteus Maximus** | 4+ /5 | | |
| **Gluteus Medius** | 4+ /5 | | |
| **Hip Adductors** | 5 /5 | | |
| **Iliopsoas** | 5 /5 | | |
| **Passive ROM** | | | |
| **Hip Extension** | 25 degrees | | |
| **Hip External Rotation, hip flexed 90** | 80 degrees | | |
| **Hip Flexion** | 120 degrees | | |
| **Hip Internal Rotation, hip flexed 90** | 70 degrees | | |

| *Left Knee* | Left | Right | |
|---|---|---|---|
| **Manual Muscle Test** | | | |
| **Hamstrings** | 4 /5 | | |
| **Quadriceps** | 5 /5 | | |

| *Right Knee* | Right | Left | |
|---|---|---|---|
| **Hamstrings** | 5 /5 | | |
| **Quadriceps** | 5 /5 | | |

Initial Evaluation for Andrea Sesko
DOB: 11/14/1979

## Assessment

**Assessment**

**Diagnosis:** Consistent with MD diagnosis. **PT Dx/Practice Pattern:** 4D Impairments/Connective Tissue Dysfunction. **Examination Response:** Good tolerance to examination. **Prognosis and Rehabilitation Potential:** During the episode of care, patient/client will achieve (1) the anticipated goals and expected outcomes of the interventions that are described in the plan of care and (2) the global outcomes for patients/ clients who are classified in this pattern. Excellent rehab potential.

## Plan

**Plan**

**Immediate Visit Frequency:** 2 visits per week. **Necessity::** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and disabilities.  These services require the expertise of a skilled therapist.

**Treatment Plan Parameters**

**Duration:** 8 weeks. **Range of Visits:** For Pattern 4D: 3-36. This range represents the lower and upper limits of the number of PT visits required to achieve anticipated goals and expected outcomes.  Eighty percent of patients/clients who are classified into this pattern will achieve the anticipated goals + expected outcomes within the range of visits during a continuous episode of care. Frequency of visits and duration of the episode of care should be determined by the PT to maximize effectiveness of care and efficiency of service delivery.

**Treatment Plan Discussion**

**Expected Ultimate Outcomes:** Complete restoration of function. **Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.  Patient understands and agrees to plan of care.

**Clin LTGs**

**Manual Muscle Test:** Improve measured strength by an average of 1 grade. Improve measured strength as stated in Exam. **Pain at End Range:** Improve pain at end range of all motions. Eliminate pain at end range of all motions. **Range of Motion:** Improve measured range of motion as stated in Exam.

**Pt to Call or E-Mail**

**for any of the following reasons:** Upon any increase in symptoms; including  pain, swelling,  tingling, or numbness. If there is any problem with home exercises or home program. If there is any question about the treatment plan. If there is any question regarding our discussion of the nature of the problem.

**Functional LTGs**

**Functional Scales:** Normal grades on all functional scales documented.

**Treatment Plan**

**General Care:** Coordination, Communication, Documentation. **Patient Education: Home Exercises:** Provide patient handout. **Supervised Exercises:** Strengthening Exercise for Lower Extremties. Stretching Exercise for Lower Extremities. Aquatic Therapy.

Electronically signed by:
License:
10/03/07 6:21 pm

Electronically signed by: Dr. Heather Jones, PT
PT Lic. #:
10/03/07 6:21 pm

**Plan of Care Approval for Andrea Sesko**

Thank you for this referral.

We are required to obtain an approval of Andrea's plan of care.  You may approve the plan of care and make any changes to the plan of care by commenting below.  As always, please feel free to call us at (617) 787-8700 if you have any questions or concerns.

**Respectfully yours,**
Electronically signed by: Dr. Heather Jones, PT
10/03/07 6:21 pm

**Plan of Care Approval**

☐    Approval of the plan of care as documented

☐    Approval of the plan of care with changes noted below

☐    Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD

Approval Date:      /    /



**Boston Sports Medicine Allston**
1 Braintree Street
1st Floor
Allston, MA  02134-1956

Phone: (617) 787-8700
Fax: (617) 787-8106

Progress Evaluation for
Andrea Sesko
11/19/07
Case: L femoral neck stress fx
Therapist(s):
             Dr. Heather Jones, PT

Referred by: Thomas Gill, MD
Phone: (617) 779-6500
Fax:  (617) 779-6555

Diagnosis  :Stress fracture bone NEC
ICD-9: 733.95

---

## Summary

Andrea has been seen for 6 visits of physical therapy, with steady progress toward clinical and functional goals. Progress has been somewhat limited by sporadic attendance secondary to pt's changing work schedule. She remains limited in her ability to stand and walk for prolonged periods at work secondary to weakness and capsular tightness. Pt. will now be able to attend therapy consistently twice per week, and I anticipate that with 4 additional weeks of treatment, she will reach remaining PT goals.

## Subjective

**Daily Note**
    **Please see evaluation for:** today.
**Stair Climbing Function**
    **Stair Climbing Ability:** New LTG: Ascends and descends 12 stairs with reciprocal gait, painfree.

**Scales**
    **Vocational Tolerance**

| 4 - | |
|---|---|

*Left Hip*
**Current Complaints**
    **Pain Intensity at Best:** 0/10: No pain. **Pain Intensity at Worst:** 2/10: Minimal Pain. Pain is worst when pt. is on feet for prolonged periods at work, when she is wearing a heavy lead vest. **Pain in response to the following activities::** prolonged standing with heavy lead vest, walking while carrying heavy objects, transfering pts.
**Functional Level At Present**
    **Ambulation Tolerance:** Able to walk without significant pain for over one hour. **Assistive Devices:** None. Pt. is now FWB with no assistive device. **Stair Climbing Ability:** Ascends or descends stairs with minimal pain. Pt. reports that her hip becomes more sore after she has used the stairs. **Standing Tolerance:** Able to stand one to two hours without significant pain.

## Objective

**Ambulation**
    **Ambulation Aids:** None. **Weight Bearing Status:** FWB.
**Balance**
    **Within base of support on floor:** Stands on affected side for 15 seconds.

| *Left Hip* | *Left* | *Right* | *Note* |
|---|---|---|---|
| **Manual Muscle Test** | | | |
|   **Gluteus Maximus** | 4+ /5 | | |
|   **Gluteus Medius** | 4- /5 | | |
|   **Hip Adductors** | 4 /5 | | |

| | | | |
|---|---|---|---|
| Iliopsoas | 4- /5 | | |
| **Passive ROM** | | | |
| Hip Extension | 20 degrees | | |
| Hip External Rotation, hip flexed 90 | 80 degrees | | |
| Hip Internal Rotation, hip flexed 90 | 50 degrees | | pain at end range |
| *Left Knee* | *Left* | *Right* | |
| **Manual Muscle Test** | | | |
| Hamstrings | 4+ /5 | | |

## Assessment

**Assessment**

**Clinician's assessment of progress:** Adequate. **Compliance:** Good compliance with home exercise program. **Patient's perception of progress:** Patient perceives adequate improvement.

## Plan

**Plan**

**Necessity::** I certify that these procedures are reasonable and medically necessary for the assessment, treatment, and improvement of the documented impairments and disabilities.  These services require the expertise of a skilled therapist.

**Treatment Plan Parameters**

**Continue Per Prior Treatment Plan:** Will notify referring physician with any change in plan.

**Goals Achieved**

**LE Functional Complaints:** Walking Tolerance.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.  Patient understands and agrees to plan of care.

**Progress made toward these goals**

**Clinical Goals:** Range of Motion. Strength.

**Treatment Plan Continuation**

**Continue Exercise Program Per Prior Treatment Plan:** Stretching Exercise. Stabilization Exercise.

Electronically signed by:
License:
11/19/07 11:12 am

Electronically signed by: Dr. Heather Jones, PT
PT Lic. #:
on 11/19/07 11:12 am

Progress Evaluation for Andrea Sesko
DOB: 11/14/1979

**Plan of Care Approval for Andrea Sesko**

Thank you for this referral.

We are required to obtain an approval of Andrea's plan of care.  You may approve the plan of care and make any changes to the plan of care by commenting below.  As always, please feel free to call us at (617) 787-8700 if you have any questions or concerns.

**Respectfully yours,**

Electronically signed by: Dr. Heather Jones, PT

11/19/07 11:12 am

**Plan of Care Approval**

☐   Approval of the plan of care as documented

☐   Approval of the plan of care with changes noted below

☐   Plan of care is not approved. Ask patient to return to my office.

**Changes to Plan of Care:**

Signature:

Thomas Gill, MD

Approval Date:      /      /