EXHIBIT G



| Boston Sports Medicine, Inc. | ) | |
|---|---|---|
| | ) | |
| **(Complainant)** | ) | **Domain Names In Dispute:** |
| | ) | *bostonsportsmedicine.com* |
| | ) | |
| v. | ) | |
| | ) | **Case Number:** |
| | ) | FA2106001949788 |
| Boston Sports Medicine and | ) | |
| Research Institute, LLC | ) | |
| | ) | |
| **(Respondent)** | ) | |

## DECLARATION OF THOMAS J. GILL, IV, M.D.

I, Thomas J. Gill, IV, M.D., the undersigned, do hereby depose and state as follows:

1. I am over the age of twenty-one (21) years and competent to give this sworn declaration.

2. I have personal knowledge of all the statements made in this sworn declaration.

3. I am the Director of Boston Sports Medicine and Research Institute, LLC ("Respondent"). Respondent provides patients with high-quality and innovative services in the evaluation, treatment, and rehabilitation of sports-related injuries since 2014.

4. I was born and raised in Boston, Massachusetts. I graduated from college and medical school in Boston and, since 1996, I have worked in the sports medicine field in Greater Boston. Today, I am an Orthopedic Surgeon specializing in the field of sports medicine. My practice focuses patients living or working in Greater Boston. I also treat patients who travel to Boston from all over the United States and the world. Approximately 5,550 patients visit my practice annually. I complete about 850 surgical procedures a year. Attached as **Exhibit 1** is a true and correct copy of my curriculum vitae.

5. I currently hold the following positions:

| Position | Organization |
|---|---|
| Director | Boston Sports Medicine and Research Institute |
| Fellowship Director | New England Baptist Sports Medicine Fellowship |
| Chairman | Department of Orthopedics at St. Elizabeth's Medical Center |
| Director of Education | New England Baptist Sports Medicine Service |
| Chairman of Orthopedic Surgery | Steward Healthcare System |
| Professor of Orthopedic Surgery | Tufts University School of Medicine |
| Medical Director for Orthopedic Research | Newton-Wellesley Hospital |
| Medical Director | Boston Sports Performance Center |
| Medical Director | Boston Cannons (Major League Lacrosse) |

6. During my entire career, I have worked in the field of sports medicine in Greater Boston. In every stage of my career, I have been a member of organizations and professional associations that incorporate the descriptive phrase "sports medicine" in their name.

**Educational Background, Licensure & Certification**

7. In 1986, I graduated Phi Beta Kappa and Magna Cum Laude in Biology from Harvard College. Four years later, I received my medical degree from Harvard Medical School. I performed my internship in general surgery at the Massachusetts General Hospital ("Mass General"), and completed my orthopedic surgery training at the Harvard Combined Orthopaedic Residency Program.

8. Upon graduation, I was awarded the Maurice E. Müller Scholarship to study reconstructive surgery in Bern, Switzerland and throughout other European academic centers. From 1997 to 1998, I completed my fellowship training as a fellow in Sports Medicine and Shoulder Surgery at the Steadman-Hawkins Clinic in Vail, Colorado.

9. I have been licensed to practice by the Massachusetts Board of Medicine since 1996, License #152013. In 2000, I became certified by the America Board of Orthopedic Surgery. In 2013, I became received a Certificate of Added Qualification in Sports Medicine by the American Orthopaedic Society for Sports Medicine. These licenses and certifications are active.

**Major Administrative Assignments**

10. I have served in a number of position at hospitals and have been appointed to a number of major administrative assignments since 1999, including:

| Years | Position | Organization |
|---|---|---|
| 1998-2014 | Assistant Orthopedic Surgeon | Mass General, Dept. of Orthopedic Surgery |
| 2004-2012 | Sports Medicine Fellowship Director | Mass General |
| 2006-2012 | Medical Director | Mass General Sports Medicine Center |
| 2007-2012 | Chief | Mass General Sports Medicine Service |
| 2007-2014 | Chief of Sports Medicine | Mass General |

11. I have also served as the primary physician for multiple Boston sports franchises, including: Head Team Physician for the New England Patriots (NFL), Medical Director of the Boston Red Sox (MLB), Team Physician for the Boston Bruins (NHL), Venue Medical Director for men's and women's World Cup and CONCACAF Gold Cup, Medical Director for the Boston Breakers, Medical Director of the Boston Ballet; and Sports Medicine Consultant to Boston College and Harvard University athletic departments. I have also been a member of the Team Physician Societies of Major League Baseball, the National Football League, and the National Hockey League. I was profiled in the 2012 book, *Men of Massachusetts: Bay State Contributors to American Society* by August C. Bolino. Attached as **Exhibit 2** is a true and correct images of the front cover, title page, index and my profile from *Men of Massachusetts: Bay State Contributors to American Society*.

12. I have been and am currently a member of a number of professional societies in the field of sports medicine, some of which have "sports medicine" in their names, including:

| Date(s) | Organization |
|---|---|
| 1999-present | American Orthopaedic Society for Sports Medicine |
| 1999-present | Arthroscopy Association of North America |
| 2001-present | Thomas B. Quigley Society for the Advancement of Sports Medicine |
| 2001-present | American Academy of Orthopedic Surgeons |
| 2005-present | Herodicus Society (Honor Society for Sports Medicine) |
| 2007-present | American Orthopedic Association |

13. During my tenure working in Greater Boston, I have served on a number of professional committees that specialize in sports medicine, including:

| Date(s) | Committee | Organization |
|---|---|---|
| 2007 | Sports Medicine External Review Committee | Harvard College |
| 2003-2008 | Research Committee | American Orthopaedic Society for Sports Medicine |
| 2009-2012 | Industry Relations Committee | American Society for Sports Medicine |
| 2009-2012 | Education Committee | American Medical Society for Sports Medicine |
| 2015-2018 | Council of Delegates | American Orthopedic Society for Sports Medicine |
| 2014-present | OR Executive Committee | New England Baptist Outpatient Care Center |
| 2014-present | Medical Director for Orthopedic Research | Newton-Wellesley Hospital |
| 2014-present | Medical Executive Committee | New England Baptist Outpatient Care Center |
| 2019-present | Membership Committee | American Orthopedic Society for Sports Medicine |
| 2020-present | Research Committee | American Shoulder and Elbow Surgeons |

**Academic Appointments & Scholarly Work**

14. Since 1999, I have been actively involved in teaching and supervising medical students, residents, and contemporaries in the field of sports medicine.

15. I have held a number of academic positions in Boston. Specifically, from 1992 to 2014, I taught at Harvard Medical School. I started as a Clinical Fellow in Orthopedic Surgery in 1992 and was eventually promoted to Associate Professor of Orthopedic Surgery in 2006. I have taught at Tufts University School of Medicine since 2015, where I started as an Associate Professor of Orthopedic Surgery. In 2017, I was promoted to Professor of Orthopedic Surgery at Tufts University School of Medicine.

16. From 1998 to 2014, I participated in and taught at the "Sports Medicine Conference," hosted by Mass General in Boston, MA. From 2014 to present, I have participated in and taught at the "Boston Sports Medicine Symposium," hosted by New England Baptist Hospital in Boston, MA. Attached as **Exhibit 3** is a true and correct screenshot advertising New England Baptist Hospital's 25th annual "Boston Sports Medicine Symposium."

17. I have also served as a director, chair or faculty member on a number programs, courses, and seminars that include the descriptive phrase "sports medicine," including:

| Year | Course | Host | Location |
|---|---|---|---|

| Year | Course | Host | Location |
|------|--------|------|----------|
| 2001 | "Sports Medicine 2001: An NFL Prospective—The Role of Autogenous Cartilage Transfer in the Treatment of Chondral Defects" | American Orthopedic Society for Sports Medicine and NFL Team Physicians Society | Phoenix, AZ |
| 2001 | "Primary Care Orthopedics, Current Concepts in Sports Medicine" | Harvard Medical School | Boston, MA |
| 2003 | "Sports Medicine 2003: An NFL Prospective—The Rotator Cuff—Diagnosis and Management" | American Orthopedic Society for Sports Medicine and NFL Team Physicians Society | San Francisco, CA |
| 2006 | "New England Sports Medicine Fellows" | New England Baptist Hospital | Brewster, MA |
| 2006 | "Arthroscopic vs. Open Rotator Cuff Repair" | Fellows National Sports Medicine Conference | Palm Island, FL |
| 2007 | "The Use of Allografts in Sports Medicine" | American Association of Tissue Banks | Boston, MA |
| 2007 | "Sports Medicine Update – Lessons Learned from Taking Care of Boston's Teams" | Massachusetts General Hospital | Boston, MA |
| 2008 | "New England Sports Medicine Fellows" | New England Baptist Hospital | Brewster, MA |
| 2008 | "Sports Medicine 2008: Advances in Orthopedic Management and Radiology" | Harvard Medical School | Boston, MA |
| 2008 | "Breakthroughs in Sports Medicine" | Essex Country Club | Manchester, MA |
| 2008 | "Single vs. Double Bundle PCL Reconstruction, Management of Biceps Tendon Disease" | Saratoga Sports Medicine Seminars | Saratoga, NY |
| 2009 | "New England Sports Medicine Fellows" | New England Baptist Hospital | Martha's Vineyard, MA |
| 2009 | "Sports Medicine 2009: Advances in Orthopedic Management and Radiology" | Harvard Medical School | Boston, MA |
| 2010 | "New England Sports Medicine Fellows" | New England Baptist Hospital | Martha's Vineyard, MA |
| 2010 | "Sports Medicine 2010: Advances in Orthopedic Management and Radiology" | Harvard Medical School | Boston, MA |
| 2011 | "New England Sports Medicine Fellows" | New England Baptist Hospital | Martha's Vineyard, MA |
| 2011 | "Sports Medicine 2011: Advances in Orthopedic Management and Radiology" | Harvard Medical School | Boston, MA |
| 2012 | "Sports Medicine 2012: Advances in Orthopedic Management and | Harvard Medical School | Boston, MA |

| Year | Course | Host | Location |
|------|--------|------|----------|
| | Radiology" | | |
| 2013 | "Sports Medicine and the NFL: The Playbook for 2013" | American Orthopedic Society for Sports Medicine and NFL Team Physicians Society | Boston, MA |
| 2014 | "Review Course in Sports Medicine" | American Orthopedic Society for Sports Medicine & American Association of Orthopedic Surgeons | Chicago, IL |
| 2014 | "Sports Medicine 2014: Advances in Orthopedic Management and Radiology" | Harvard Medical School | Boston, MA |
| 2014 | "Advanced Arthroscopy" | Sports Medicine Fellows | Tampa, FL |
| 2014 | "The Business of Sports Medicine" | University of Massachusetts | Lowell, MA |
| 2015 | "Review Course in Sports Medicine" | American Orthopedic Society for Sports Medicine & American Association of Orthopedic Surgeons | Chicago, IL |
| 2015 | "The Business of Sports Medicine" | University of Massachusetts | Lowell, MA |
| 2015 | "Sports Medicine: Posterior Shoulder Instability" | New England Baptist Hospital | Newton, MA |
| 2016 | "Review Course in Sports Medicine" | American Orthopedic Society for Sports Medicine & American Association of Orthopedic Surgeons | Chicago, IL |
| 2016 | "Arthroscopic Approach to Shoulder Instability and Remplissage" | Sports Medicine Fellows | Tampa, FL |
| 2016 | "The Business of Sports Medicine" | Lasell University | Waltham, MA |
| 2016 | "Posterior Instability of the Shoulder" | Boston Sports Medicine Symposium | Newton, MA |
| 2017 | "Review Course in Sports Medicine" | American Orthopedic Society for Sports Medicine & American Association of Orthopedic Surgeons | Chicago, IL |
| 2017 | "The Business of Sports Medicine" | University of Massachusetts | Lowell, MA |
| 2018 | "Arthroscopy Forum: My Approach to PCL Reconstruction; Biomaterials in Sports Medicine" | Mitek Sports Medicine Fellows | Miami, FL |
| 2018 | "Sports Medicine Review Course: The Shoulder: AC/SC/ Nerve/Fractures/Vascular Injuries; The Shoulder: Rotator Cuff, Muscles, Loss of Motion" | American Orthopedic Society for Sports Medicine & American Association of Orthopedic Surgeons | Chicago, IL |
| 2019 | "Treatment of a Displaced Bucket Handle Medial Meniscus Tear and Osteochondral Defect in a High | DePuy/Mitek Sports Medicine Fellows | Chicago, IL |

| Year | Course | Host | Location |
|---|---|---|---|
|  | School Wrestler" |  |  |
| 2019 | "Sports Medicine Review Course: The Shoulder: AC/SC/ Nerve/Fractures/Vascular Injuries; The Shoulder: Rotator Cuff, Muscles, Loss of Motion" | American Orthopedic Society for Sports Medicine & American Association of Orthopedic Surgeons | Chicago, IL |
| 2020 | "Treatment of a Displaced Bucket Handle Medial Meniscus Tear and Osteochondral Defect in a High School Wrestler" | DePuy/Mitek Sports Medicine Fellows | Boston, MA |
| 2021 | "Treatment of a Displaced Bucket Handle Medial Meniscus Tear and Osteochondral Defect in a High School Wrestler My Approach to Revision Instability of the Glenohumeral Joint" | DePuy/Mitek Sports Medicine Fellows | Boston, MA |

18. I have authored over 170 articles and chapters on basic science and clinical issues in the field of sports medicine. Articles I've written have appeared in the following journals that include "sports medicine" in their title: *Arthroscopy, Sports Medicine, and Rehabilitation*; *Operative Techniques in Sports Medicine*; *Sports Medicine Review*; *The American College of Sports Medicine: Essentials of Sports Medicine*; and *The Physician and Sports Medicine*.

19. Since 1998, I have served as an ad hoc reviewer and principal reviewer for the *American Journal of Sports Medicine*, the leading journal in the field of sports medicine. I also currently serve as an ad hoc reviewer in the field of sports medicine for *Journal of Bone and Joint Surgery*; *Journal of Knee Surgery*; *Clinical Orthopedics and Related Research*; *Knee Surgery and Sports Traumatology*; and *Sports Health*. From 2003 to 2009, I was a member of the Editorial Advisory Board for the *Journal of Knee Surgery*.

**Recognition and Awards**

20. My work has been recognized by multiple publications, sports medicine associations and related organizations. The table below lists some recognition that I have received.

| Date | Award | Organization |
|---|---|---|
| 1995 | Best Paper | American Orthopedic Association |
| 1999 | Aircast Award for Clinical Science | American Orthopedic Society for Sports Medicine |
| 2000 | Chief Resident's Teaching Award | Massachusetts General Hospital |

| Date | Award | Organization |
|---|---|---|
| 2001 | Prof. Dr. Carlos Ottolenghi Award (Best Contribution to Research) | Argentinean Meeting of Orthopaedics and Traumatology |
| 2001 | "Top Doctors for Women" | Boston Magazine |
| 2002 | "Top Doctors in Boston" | Boston Magazine |
| 2002 | "Best Doctors in America" | Best Doctors, Inc. |
| 2002 | "Who's Who in America" | Marquis Who's Who |
| 2003 | Excellence in Research Award (Given to the best paper submitted in any category to the Awards Committee with a primary author under the age of 40.) | American Orthopedic Society for Sports Medicine |
| 2005 | Hughston Award (Given to the most outstanding paper appearing in the American Journal of Sports Medicine.) | American Orthopedic Society for Sports Medicine & American Journal of Sports Medicine |
| 2005 | "Best Doctors in America" | Best Doctors, Inc. |
| 2006 | Elected to American Orthopedic Association | America Orthopedic Association |
| 2006 | "America's Top Orthopedists" | SLD Industries, Inc. |
| 2007 | "Top Doctors in Boston" | Boston Magazine |
| 2009 | O'Donoghue Sports Injury Research Award (Given to the best overall paper which deals with clinical based research or human in-vivo research.) | American Orthopedic Society for Sports Medicine |
| 2009 | "Best Doctors in America" | Best Doctors, Inc. |
| 2011 | "Best Doctors in America" | Best Doctors, Inc. |
| 2011 | "Best Doctors in America" | US News and World Report |
| 2012 | "Top 1% of Doctors in America" | US News and World Report |
| 2012 | "Best of Boston" | Boston Magazine |
| 2013 | "Top Docs" | Boston Magazine |
| 2014 | "Best Doctors in America" | Best Doctors, Inc. |
| 2015 | "Top Doctors in America" | Castle Connolly |
| 2016 | "Top Doctors in America" | Castle Connolly |
| 2017 | "Top Doctors in Boston" | Boston Magazine |
| 2017 | Tufts Teaching Award | Tufts Orthopedic Surgery Residency Program |
| 2017 | "Top Doctors in America" | Castle Connolly |
| 2018 | "Top Doctors in Boston" | Boston Magazine |
| 2018 | "Top Doctors in America" | Castle Connolly |
| 2019 | NEBH Teaching Award | New England Baptist Hospital Sports Medicine Fellowship Program |
| 2019 | "Top Doctors in America" | Castle Connolly |
| 2020 | "Top Doctors in Boston" | Boston Magazine |

92458060v.1

| Date | Award | Organization |
|------|-------|--------------|
| 2020 | "Top Doctors in America" | Castle Connolly |
| 2021 | "Top Doctors in Boston" | Boston Magazine |
| 2021 | NEBH Teaching Award | New England Baptist Hospital Sports Medicine Fellowship Program |

**Boston Sports Medicine and Research Institute**

21. I founded Boston Sports Medicine and Research Institute, LLC ("Respondent") on or about January 15, 2014. Respondent specializes in treating a wide variety of injuries common to active people. In particular, Respondent's staff specializes in surgical procedures for sports injuries to the joints, ligaments, and tendons of the knee, shoulder, hip, and foot/ankle. Attached as **Exhibit 4** are screenshots from Respondent's website at the Domain Name.

22. I chose the name "Boston Sports Medicine and Research Institute" because it describes my expertise and the geographic area where I have always offered my sports medicine-related services. When I started Respondent, I had participated in the "Sports Medicine Conference" hosted by Mass General since 1998. I was also aware that New England Baptist Hospital hosted the "Boston Sports Medicine Symposium," which will celebrate its 25th anniversary in 2022. (*See* Ex. 3).

23. I am also aware that companies use the phrase "Boston Sports Medicine" to describe the practice of "sports medicine" in Greater Boston. For example, Boston Sports Medicine and Performance Group offers educational information in sports medicine. Attached as **Exhibit 5** is a true and correct screenshot of Boston Sports Medicine and Performance Center website at http://www.bsmpg.com/.

24. Boston Magazine advertises doctors under the subject "Boston Sports Medicine," to identify the geographic location of certain doctors and the area of expertise. Attached as **Exhibit 6** is a true and correct printout of Boston Magazine's listing for "Boston Sports Medicine" professionals.

25. When I started Respondent, I had never heard of Complainant. While Complainant may have referred a few patients to hospitals where I have worked before 2014, I never understood that name to be more than a descriptive phrase to identify a sports medicine services offered in the Boston metropolitan area.

26. I registered the domain name <bostonsportsmedicine.com> (the "Domain Name") in or about March 2014. I wanted to register a domain name that described the geographic area where Respondent offered its sports medicine services. Once I found that the Domain Name was available, I registered it. I did not want to purchase the domain name for Respondent's entire corporate name because it was too long. Since 2014, Respondent and I have continuously used the Domain Name to direct patients and doctors to Respondent's website and to advertise Respondent's business and sports medicine services. I had not heard of Complainant when I registered the Domain Name. When I registered the domain name, I never wanted to suggest a connection or an affiliation with Complainant. I did not register the Domain Name for the purpose of selling to Complainant or to disrupt Complainant's business or to prevent, block, or disrupt Complainant from using the descriptive phrase in a domain name.

27. At the time of registration of the domain name, I believed—and I continue to believe—that the Domain Name is a considerable business asset to Respondent.

28. My patients and business depend on prompt communication via the Domain Name and associated email addresses. Any disruption in this correspondence will lead to adverse medical, business, and professional consequences and will confuse patients, doctors, and other sports medicine professionals.

29. Respondent has a legitimate right in the domain name based on its long, continuous use of the Domain Name in connection with its website. Respondent's patients and business would be adversely affected should it be forced to transfer the Domain Name.

30. Respondent continues to use the Domain Name as Respondent's primary business website. Respondent registered, used, and continue to use the Domain Name in connection with Respondent's sports medicine services, and not to disrupt Complainant's business or create a likelihood of confusion with Complainant's alleged trademark.

31. Respondent does not offer physical therapy services. Complainant does not offer surgical services. Complainant and Respondent do not compete. Attached as **Exhibit 7** is a true and correct printout from Complainant's website describing its services.

32. Respondent employs individuals who have vast experience in the field of sports medicine, including in physical therapy. Though Respondent does not actually provide physical

therapy services, it is important that our employees have experience in sports medicine so that we can provide our patients with the best care possible.

33. I am not aware of any instances of consumers mistaking my practice with Complainant physical therapy practice.

34. Respondent provides its patients with information for Pre- and Post-Operation procedures, Information Videos, Rehabilitation Protocols, and Injury Prevention Tips. I created these material over my 20 years in sports medicine. We provide injury-specific Rehabilitation Protocols on our website because many of our patients travel from out of state (and even out of the country) to Boston for surgery. Our patients find it convenient and useful to have this information on Respondent's website so that they can access the information from anywhere and so that patients can provide information to their physical therapists and other medical professionals. (*See* Ex. 4.)

35. Respondent refers its patients to qualified physical therapists. Our decisions are guided by the medical needs of the patient. We strive to give our patients a choice of physical therapists. Patients usually want their physical therapists to be geographically close to where the patient lives or works. Respondent has, and continues to, refer patients to Complainant.

36. Respondent does not have a list of pre-approved physical therapy providers because we like to speak with each patient separately to determine the best physical therapist based on that patient's medical needs and convenience, among other considerations.

**Knowledge of and Communications with Complainant**

37. On July 6, 2015, Complainant's attorney sent a letter to me, accusing Respondent of trademark infringement and cybersquatting, and demanding that Respondent stop using the descriptive phrase "Boston sport medicine." In support of its assertions, Complainant claimed ownership of a Commonwealth of Massachusetts trademark registration for a design mark featuring an athlete kicking a ball and the words "Boston Sports Medicine" in blue and red. Respondent has never used a design or color scheme that is remotely similar. This was the first time I had heard of Complainant. I would have thought that the name "Boston sports medicine" refers generally to the practice of sports medicine in Greater Boston. I have also seen the use of

"Boston Sports Medicine" in other contexts by third parties, so I didn't think the descriptive phrase referred to one company.

38. On February 1, 2016, Complainant filed a federal lawsuit for trademark infringement against Respondent, Boston Sports Medicine, Inc. v. Boston Sports Medicine and Research Institute, LLC, No. 1:16-cv-10143 (D. Mass.) (the "Lawsuit").

39. Shortly after Complainant filed the Lawsuit the parties began discussing an amicable resolution. I strongly disagreed with any claim (and still do) that Complainant owns the exclusive right to use the descriptive phrase "Boston sports medicine" on sports medicine-related offerings or that Respondent did anything wrong. However, litigation is a costly endeavor, so I was hopeful that the parties could resolve their differences amicably.

40. The president of Complainant, Michael J. Velsmid, submitted a declaration, asserting that he and I "brokered an agreement surrounding the demands in" Complainant's May 23, 2016 letter. (Resp., Velsmid Decl., ¶ 15, Exh. D.) This statement is false. After Respondent refused the demands in the May 23 Letter, the parties' discussions shifted to a possible business venture where Respondent would continue to provide the evaluation, treatment, and rehabilitation services and Complainant would provide physical therapy services

41. Mr. Velsmid and I never reached any agreement. I would never agree to any referral arrangement, and especially the likely illegal scheme outlined in Complainant's May 23 Letter. Further, even if it were allowed under state and federal law, Respondent could not guarantee referring a "minimum of 3 registered patients per day." Respondent simply does not have that many patients in Greater Boston to refer to Complainant.

42. Less than a month after Complainant sent the letter, Respondent answered the complaint, denying each and every claim asserted by Complainant. If the parties had reached a verbal agreement (which they never did), Respondent would not have answered the complaint.

43. The parties never reached an agreement because they could not overcome the obstacles that frustrated any collaboration. Neither Respondent nor I ever agreed to stop using the "Boston Sports Medicine" phrase. I never agreed to transfer the Domain Name to Complainant or anyone else.

92458060v.1

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that all statements made of his own knowledge are true.

Signed on this 6th day of July 2021

_____

Thomas J. Gill, IV, M.D.

92458060v.1