EXHIBIT AA

  



1

This e-mail, including any attachments, is a confidential business communication, and may contain informa
else.  If you are not the intended recipient, please immediately delete this e-mail from your computer systen



**From:** Patty Flebotte <pflebotte@mdprosolutions.com>
**Sent:** Thursday, July 1, 2021 4:40 PM
**To:** JULIA <jvelsmid@bostonsportsmed.com>
**Subject:** DEP 6/28/21 BATCH 1

Just a FYI:  There is a payment in 6/28/21 batch 1 for $739.60 from City of Boston that does not belong

Thank you,

*Patty Flebotte*

Billing Manager
54 Main Street, Suite 10
Lakeville, MA 02347
**pflebotte@mdprosolutions.com**
Tel: (774) 213-2329
Tel: (508) 946-1665 X329
Fax: (508) 923-9894








CONFIDENTIALITY NOTICE: This e-mail message (including attachments) is covered by the Electronic Communications Priva
forwarding or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destr

...

[Message clipped]  View entire message



📄 2021_07_01_16_03.

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| F0423206 EOB B13618 | 6/10/2021 | 03042296 | 739.60 | 0.00 | 739.60 |
| ▓▓▓▓▓ - See attached EOB # B13618 | | | | | |

Check Date: 6/18/2021  Check No: 01326067  WF

Want your PAYMENT FASTER? -- DIRECT DEPOSIT IS A FREE SERVICE. Sign up by going to boston.gov/procurement and Accessing the Supplier Portal. For more information contact us @ vendor.questions@boston.gov


*email Julia — EOB batch 1*

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 0000075589 | Boston Sports Medicine and Research Inst | | $0.00 | |
| Check Number | Date | | Total Amount | Discount Taken | Total Amount Paid |
| 01326067 | 6/18/2021 | | $739.60 | $0.00 | $739.60 |

**City of Boston**
Treasury Department

CITIZENS BANK
MASSACHUSETTS
Accounts Payable Account

5-7017/2110

01326067

Room M-35
Boston MA 02201
(617) 635-4151

Date 6/18/2021

VOID AFTER 90 DAYS

Pay Amount  $739.60***

Pay ***SEVEN HUNDRED THIRTY-NINE AND 60/100 DOLLAR***

To The Order Of

Boston Sports Medicine and Research Inst
P.O. Box 86
Hingham, MA 02043

Authorized Official      Collector Treasurer

**Kim Janey, Mayor**

⑈01326067⑈ ⑆211070175⑆ 110303928⑈

# Explanation of Benefits

Boston Fire Department
115 Southampton Stree
Boston, MA 02118
(tel) (617) 343-3349
bfdmedicalbills@boston.gov

**Carrier Bill ID:** F - B13618
**Client/Carrier Name:** City of Boston
**Billing provider:** Boston Sports Medicine and Research Inst
P.O. Box 86
Hingham MA 02043

**Patient:**
**DOB:**
**DOI:**
**Patient Acct #:**
**Department:** BFD Medical Office / 221101

**Reconsideration (Y/N):** N
**Date :** 06/10/2021

| DOS From/To | Procedure/NDC | Description | Modifier | Units/Qty | Billed Charges | Reductions | Allowance | RC |
|---|---|---|---|---|---|---|---|---|
| 02/19/2020-02/19/2020 | 99213 Neg Fee | (Office/outpatient visit est) | 25 | 1.00 | $240.00 | $0.00 | $175.00 | 20 |
| 02/19/2020-02/19/2020 | 20610 | (Drain/inj joint/bursa w/o us) | RT | 1.00 | $390.00 | $0.00 | $231.00 | 20 |
| 02/19/2020-02/19/2020 | J7326 | (Gel-one) | | 1.00 | $2500.00 | $0.00 | $270.00 | 20 |
| 02/19/2020-02/19/2020 | J3301 | (Triamcinolone acet inj nos) | | 4.00 | $168.00 | $0.00 | $63.60 | 20 |
| | | | | **Total** | **$3298.00** | **$0.00** | **$739.60** | |

**Reason code (RC) Descriptions:**

20 - This injury/illness is covered by the liability carrier.

**Comments:**

*This detailed analysis of your payment represents the maximum payable RATES FOR SERVICES UNDER M.G.L. c.152 WORKERS' COMPENSATION ACT regulations 114.3 CMR 1 thru 40. Some payments may have been reduced or modified due to utilization review, claim decisions or coding analysis. Individual consideration has been made where appropriate.*

If you have any questions regarding this review, please call the number listed in the upper right corner of this review

(Please contact the Treasury Department at (617) 635-4151 if you need a copy of our cancelled check)

A check will be forwarded to you under separate cover.

Review of records indicates payment was made on _____. Check #_____