EXHIBIT BB

Dr. Michael J. Velsmid

Begin forwarded message:

**From:** Julia Velsmid <jvelsmid@bostonsportsmed.com>
**Date:** August 3, 2021 at 8:45:09 PM EDT
**To:** Michael Velsmid <mvelsmid@bostonsportsmed.com>
**Subject: FW: 7/28/21 batch 1**
**Reply-To:** jvelsmid@bostonsportsmed.com

Here's another example of Dr. Gill issues for George. Patient sent a payment check, made out to Boston Sports Medicine, our address. We couldn't place the account, had to do research, reach out to patient through the bank, turns out she is Dr. Gill's patient and now I have to issue this refund back to her. I will give this check a couple of weeks to clear, so I'll let you know when I issue the refund

---

**From:** Patty Flebotte <pflebotte@mdprosolutions.com>
**Sent:** Monday, August 2, 2021 9:29 AM
**To:** jvelsmid@bostonsportsmed.com
**Subject:** RE: 7/28/21 batch 1
**Importance:** High

Lynn P[redacted] called me back and she said this was for a consult w/ an orthopedic surgeon in Dedham. She said it was for Dr. Gill at Boston Sports. I googled Dr. Gill is at Boston Sports Medicine & Research Institute. This $145.31 is definitely not for our Boston Sports Medicine.

Can you please refund her $145.31.

Lynn P[redacted]

[redacted]

[redacted]

We never posted this

Thank you,

*Patty Flebotte*

Billing Manager

54 Main Street, Suite 10

Lakeville, MA 02347

**pflebotte@mdprosolutions.com**

Tel: (774) 213-2329

Tel: (508) 946-1665 X329

Fax: (508) 923-9894

CONFIDENTIALITY NOTICE: This e-mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure dissemination, copying, forwarding or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**From:** Patty Flebotte
**Sent:** Friday, July 30, 2021 3:28 PM
**To:** jvelsmid@bostonsportsmed.com
**Subject:** RE: 7/28/21 batch 1

I found a telephone number for Noventis and only thing listed was the name Lynne P[redacted]. Nothing indicated who it was for on it. I googled her name and she belongs to [redacted] Sports Club – she's a fitness instructor. I was able to get her tel # from directory assistance [redacted].. I left her a voicemail asking her to call me back.

Thank you,

*Patty Flebotte*

Billing Manager

54 Main Street, Suite 10

Lakeville, MA 02347

**pflebotte@mdprosolutions.com**

Tel: (774) 213-2329

Tel: (508) 946-1665 X329

Fax: (508) 923-9894

CONFIDENTIALITY NOTICE: This e-mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure dissemination, copying, forwarding or distribution is prohibited.

If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**From:** Julia Velsmid <jvelsmid@bostonsportsmed.com>
**Sent:** Thursday, July 29, 2021 5:14 PM
**To:** Patty Flebotte <pflebotte@mdprosolutions.com>
**Subject:** RE: 7/28/21 batch 1

Hm.. no. It arrived like that, with no form attached. There is an email address on the check, wonder if contacting them would help?

---

**From:** Patty Flebotte <pflebotte@mdprosolutions.com>
**Sent:** Thursday, July 29, 2021 5:00 PM
**To:** JULIA <jvelsmid@bostonsportsmed.com>
**Subject:** 7/28/21 batch 1

Julia,

Any ideas on who this is for? I looked up the last name but couldn't find anything. Also checked the last 5 statement runs and couldn't find anything for that amount

Thank you,

*Patty Flebotte*

Billing Manager

54 Main Street, Suite 10

Lakeville, MA 02347

**pflebotte@mdprosolutions.com**

Tel: (774) 213-2329

Tel: (508) 946-1665 X329

Fax: (508) 923-9894

CONFIDENTIALITY NOTICE: This e-mail message (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure dissemination, copying, forwarding or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you

are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.