UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SPORTS MEDICINE, INC.,<br><br>Plaintiff<br><br>v.<br><br>BOSTON SPORTS MEDICINE AND RESEARCH INSTITUTE, LLC and DR. THOMAS J. GILL,<br><br>Defendants | No. 1:21-CV-11945 - DJC |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of H. Straat Tenney of Locke Lord LLP, Brookfield Place, 200 Vesey Street, New York, NY 10281-2101, as counsel of record for the defendants, Boston Sports Medicine and Research Institute, LLC and Dr. Thomas J. Gill in the above-captioned action.

BOSTON SPORTS MEDICINE AND RESEARCH INSTITUTE, LLC and DR. THOMAS J. GILL,

/s/H. Straat Tenney
H. Straat Tenney (admitted *pro hac vice*)
Straat.Tenney@lockelord.com
LOCKE LORD LLP
Brookfield Place
200 Vesey Street
New York, NY 10281-2101
212.912.2915

Dated: March 14, 2022

### Certificate of Service

I certify that on March 14, 2022, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the Court to the Registered Participants identified in the Notice of Electronic Filing.

/s/H. Straat Tenney
H. Straat Tenney

109042423v.1