# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SPORTS MEDICINE, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 1:21-cv-11945-DJC |
| | : |
| BOSTON SPORTS MEDICINE & RESEARCH INSTITUTE, LLC and DR. THOMAS J GILL, | : |
| | : |
| Defendants. | : |

**PLAINTIFF, BOSTON SPORTS MEDICINE, INC.'S,
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**

NOW COMES, the plaintiff, Boston Sports Medicine, Inc., and hereby respectfully requests this Honorable Court deny the defendants' Motion to Compel as it relates to the time period to respond and as it relates to possible subsequently discovered documents.

As grounds, the plaintiff states that is a small corporation in terms of administrative staff as it focuses primarily on the provision of physical therapy care and has been in business for twenty years.  It has been and is in the process of compiling all of the requested documents and/or documents sufficient to show the requested materials and simply needs thirty (30) more days to complete the compilation.  The plaintiff therefore respectfully requests that it be allowed thirty (30) days as opposed to two (2) weeks to finalize this task.

Additionally, the defendants' request, as written, would proactively prohibit any possibility of admission of subsequently discovered documents, even for good cause shown.  Therefore, the plaintiff respectfully requests this portion of the defendants' motion be denied.

Lastly, given the circumstances, the plaintiff does not oppose a continuation of the deposition of the plaintiff.

WHEREFORE, the plaintiff, Boston Sports Medicine, Inc., hereby respectfully requests this Honorable Court deny the defendants' Motion to Compel as it relates to the time period to respond and as it relates to possible subsequently discovered documents and allow the plaintiff thirty (30) additional days to complete document production.

        Plaintiff,
        BOSTON SPORTS MEDICINE, INC.,
        By its attorneys,

        */s/ Douglas Hartman*
        Douglas Hartman, BBO# 642823
        HARTMAN LAW, P.C.
        10 Post Office Square
        Suite 800 South
        Boston, Massachusetts 02109
        P: 617-807-0091
        F: 617-507-8334
        dhartman@hartmanlawpc.com

## **CERTIFICATE OF SERVICE**

I, Douglas F. Hartman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 11th day of July, 2023.

        */s/ Douglas F. Hartman*
        Douglas F. Hartman