UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON SPORTS MEDICINE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 1:21-cv-11945-DJC |
| : | |
| BOSTON SPORTS MEDICINE AND : | |
| RESEARCH INSTITUTE, LLC, and, : | |
| DR. THOMAS J GILL, : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S MOTION TO COMPEL THE DEPOSITIONS OF DEFENDANTS**

NOW COMES Plaintiff, Boston Sports Medicine, Inc., and respectfully requests this Honorable Court compel the defendants attend their combined deposition and extend the fact discovery deadline solely for the purpose of the deposition of the defendants.

As grounds for this motion, Plaintiff states the rule 30(b)(6) deposition of the defendant, Boston Sports Medicine and Research Institute, LLC, was originally noticed for April 27, 2023, and the deposition of the defendant, Dr. Thomas Gill, was noticed for April 28, 2023. (See attached Exhibit A, deposition notices). It was determined that Dr. Gill would be the designee for the defendant, Boston Sports Medicine and Research Institute, LLC, and that he was not available to be deposed either the 27th or the 28th. Counsel for the parties were eventually able to agree upon a date for the combined deposition of June 21, 2023. Early on June 20, 2023, counsel for plaintiff informed defense counsel that he had been sick for several days and at that point still had no voice. (See attached Exhibit B). As counsel for the plaintiff is a sole practitioner, the deposition was taken off the calendar. Subsequently, plaintiff's counsel's condition progressed to pneumonia lasting

for several weeks. Also, after the original June 21, 2023, deposition date for the defendants, the defendants produced additional documentation. The plaintiff also put together and produced additional voluminous documentation to the defendants.

On August 17, 2023, the plaintiff again inquired as to a deposition date for Dr. Gill which engendered the reply that he would not be produced (despite his deposition being duly noticed and scheduled prior to the close of discovery). The parties held a Rule 7.1 conference by phone on August 21, 2023, and were unable to come to an agreement as the deposition date of Dr. Gill.

The Plaintiff states that the defendants will not be prejudiced by the deposition of Dr. Gill. It was duly noticed and eventually able to be scheduled prior to the close of discovery. The deposition had to be taken off due to the fault of no party. There is no trial date scheduled in this matter. Moreover, in the case of the continued deposition of the plaintiff, the plaintiff did not take umbrage with the fact that defense counsel had deposed the plaintiff for in excess of six (6) hours and did not demand a limitation on the second day of deposition, which went for over two hours, which second day was not opposed by the plaintiff in the interest of fairness.

WHEREFORE, Plaintiff, Boston Sports Medicine, Inc., and respectfully requests this Honorable Court compel the defendants attend their combined deposition and extend the fact discovery deadline solely for the purpose of the deposition of the defendants.

BOSTON SPORTS MEDICINE, INC.,
By its attorneys,

*/s/ Douglas Hartman*
Douglas Hartman, BBO# 642823
HARTMAN LAW, P.C.
10 Post Office Square
Suite 800 South
Boston, Massachusetts 02109
P: 617-807-0091
F: 617-507-8334
dhartman@hartmanlawpc.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I, Douglas F. Hartman, hereby certify that counsel for the parties conferred regarding the issues presented by this motion and were unable to reach an agreement.

*/s/ Douglas F. Hartman*
Douglas F. Hartman

**CERTIFICATE OF SERVICE**

I, Douglas F. Hartman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 25th day of August, 2022.

*/s/ Douglas F. Hartman*
Douglas F. Hartman