# EXHIBIT B



Douglas Hartman &lt;dhartman@hartmanlawpc.com&gt;

## Re: Plaintiff's Depo
1 message

**Douglas Hartman** &lt;dhartman@hartmanlawpc.com&gt;  Mon, Jun 26, 2023 at 12:52 PM
To: "Tenney, H. Straat" &lt;Straat.Tenney@lockelord.com&gt;
Cc: "Kelly, Elizabeth H." &lt;Liz.Kelly@lockelord.com&gt;

Straat,

My apologies, I have been out with pneumonia. I am working on putting together the documents for you and getting them out. I hope to send you a download link for the start of it this evening.

If you wish to talk, I can speak tomorrow morning at 9:30 or 10 am.

Doug

**Douglas F. Hartman**
HARTMAN LAW, P.C.
10 Post Office Square
Suite 800 South
Boston, Massachusetts 02109
Phone:  617-807-0091
Fax:  617-507-8334
dhartman@hartmanlawpc.com
hartmanlawpc.com

*******************************************
CONFIDENTIALITY NOTICE:
The information contained in this e-mail message is privileged, confidential, and intended only for the use of the individual(s) and/or entity(ies) named above.  Any unauthorized disclosure, forwarding, copying, redistribution, or taking of any action in reliance on the contents of this email and any attachments therein, is strictly prohibited. Reliance on the information by any individual or entity other than the intended recipient shall not constitute an attorney-client relationship. Receipt of this email and its contents by any individual or entity other than the intended recipient shall not constitute waiver of the attorney-client, or any other, privilege.

If you have received this transmission in error, please immediately notify us by telephone at 617-807-0091, referencing the sender, and delete all copies of this transmission.

HARTMAN LAW, P.C., Boston, MA


On Mon, Jun 26, 2023 at 12:08 PM Tenney, H. Straat &lt;Straat.Tenney@lockelord.com&gt; wrote:

> Doug,
>
>
> Let us know if you are available to speak today concerning Plaintiff's production. You have not responded to our repeated inquiries concerning your client's production. Before seeking the Court's intervention, the parties need to meet pursuant to Local Rule 7.1(a)(2).
>
>
> Best.
>
> Straat

**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**

---

**From:** Tenney, H. Straat
**Sent:** Saturday, June 24, 2023 3:05 PM
**To:** 'Douglas Hartman' <dhartman@hartmanlawpc.com>
**Subject:** RE: Plaintiff's Depo

Doug,

Plaintiff's responses to Defendants' interrogatories identify documents produced in Exhibits 1-16, but you never sent those exhibits or any document production by Plaintiff. Please send.

Best,

Straat

**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**

---

**From:** Tenney, H. Straat
**Sent:** Thursday, June 22, 2023 11:44 AM
**To:** Douglas Hartman <dhartman@hartmanlawpc.com>
**Subject:** RE: Plaintiff's Depo

Doug,

Hope you're feeling better and recovering. Any update on Plaintiff's production? We will have to file a motion to compel production if Plaintiff doesn't produce the documents by Friday.

Best,

Straat

**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**

**From:** Douglas Hartman <dhartman@hartmanlawpc.com>
**Sent:** Tuesday, June 20, 2023 4:04 PM
**To:** Tenney, H. Straat <Straat.Tenney@lockelord.com>
**Subject:** Re: Plaintiff's Depo

**\*\* External Email -- Sender:** dhartman@hartmanlawpc.com **\*\***

Straat,

Yes, it is off.

Doug

On Tue, Jun 20, 2023 at 16:02 Tenney, H. Straat <Straat.Tenney@lockelord.com> wrote:

> Doug,
>
> Following up on this. Is the deposition tomorrow off? If you don't respond, Dr. Gill and I will be forced to show up tomorrow.
>
> Straat
>
> **H. Straat Tenney**
> **Locke Lord LLP**
> T: 212-912-2915
>
> View My **BIO** | Connect on **LinkedIn** | Visit **lockelord.com**
>
> **From:** Tenney, H. Straat
> **Sent:** Tuesday, June 20, 2023 1:11 PM
> **To:** 'Douglas Hartman' <dhartman@hartmanlawpc.com>
> **Subject:** RE: Plaintiff's Depo
>
> Doug,
>
> As explained, Dr. Gill has scheduled surgeries a month in advance and it is very difficult for him to set aside an entire day without advance notice. We therefore cannot reschedule the deposition within the discovery deadline. Plaintiff can ask the Court for relief and we reserve our right to respond. In addition, we produced documents on Friday 6/16 as the parties agreed. Please produce documents within the coming week or we will be forced to compel production.

Best,

Straat

**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** | Connect on **LinkedIn** | Visit **lockelord.com**

**From:** Douglas Hartman <dhartman@hartmanlawpc.com>
**Sent:** Tuesday, June 20, 2023 12:32 PM
**To:** Tenney, H. Straat <Straat.Tenney@lockelord.com>
**Subject:** Re: Plaintiff's Depo

** External Email -- Sender: dhartman@hartmanlawpc.com **

Straat,

There is no colleague as it is just me.  There is no one else to do it.  I apologize for the inconvenience to everyone, as I would like to get this done soon also, but cannot accomplish it with no voice.  I am sorry that you drove up already, I was hoping that my voice would be back in time to take the deposition, but it is not.  Losing my voice is not a normal thing for me, so I do not have any idea how long it will last.

Doug

**Douglas F. Hartman**
HARTMAN LAW, P.C.
10 Post Office Square
Suite 800 South
Boston, Massachusetts 02109
Phone:  617-807-0091
Fax:  617-507-8334
dhartman@hartmanlawpc.com
hartmanlawpc.com

******************************************
CONFIDENTIALITY NOTICE:
The information contained in this e-mail message is privileged, confidential, and intended only for the use of the individual(s) and/or entity(ies) named above.  Any unauthorized disclosure, forwarding, copying, redistribution, or taking of any action in reliance on the contents of this email and any attachments therein, is strictly prohibited.  Reliance on the information by any individual or entity other than the intended recipient shall not constitute an attorney-client relationship.  Receipt of this email and its contents by any individual or entity other than the intended recipient shall not constitute waiver of the attorney-client, or any other, privilege.

If you have received this transmission in error, please immediately notify us by telephone at 617-807-0091, referencing the sender, and delete all copies of this transmission.

HARTMAN LAW, P.C., Boston, MA

On Tue, Jun 20, 2023 at 11:01 AM Tenney, H. Straat <Straat.Tenney@lockelord.com> wrote:

> Doug, sorry to hear you've been sick, but this gives us no time to reschedule. As I mentioned in April when we set the deposition, Dr. Gill's surgical procedures are scheduled more than a month in advance. Dr. Gill is booked through the remainder of discovery. Further, I drove up to Boston this morning solely for the deposition. Can a colleague cover for you?
>
> **H. Straat Tenney**
> **Locke Lord LLP**
> T: 212-912-2915
>
> View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**
>
> **From:** Douglas Hartman <dhartman@hartmanlawpc.com>
> **Sent:** Tuesday, June 20, 2023 8:38 AM
> **To:** Tenney, H. Straat <Straat.Tenney@lockelord.com>
> **Subject:** Re: Plaintiff's Depo
>
> ** External Email -- Sender: dhartman@hartmanlawpc.com **
>
> Straat,
>
> I have been out sick the last several days and I still have no voice.  I am unfortunately going to have to postpone Dr. Gill's deposition.  My apologies to you and him.  Would you please give me some dates that you both would be available?
>
> Thank you,
>
> Doug
>
> On Mon, Jun 12, 2023 at 14:12 Tenney, H. Straat <Straat.Tenney@lockelord.com> wrote:
>
>> Doug,
>>
>> Thanks for returning my call earlier. This confirms that the parties will exchange documents this Friday, June 16. We also agreed that we'll take Plaintiff's 30(b)(6) deposition on Thursday, June 29 at Locke Lord's Boston office. Updated Notice of Deposition attached.

Best,

Straat


**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** | Connect on **LinkedIn** | Visit **lockelord.com**

---

**From:** Tenney, H. Straat
**Sent:** Thursday, June 8, 2023 9:07 AM
**To:** 'Douglas Hartman' <dhartman@hartmanlawpc.com>
**Cc:** Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>
**Subject:** RE: Plaintiff's Depo


Doug,

Just tried your direct line, but your voicemail box is full. We need to schedule Plaintiff's 30(b)(6) deposition date and the exchange of documents. Please let me know when you're available to discuss.


Best,

Straat


**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** | Connect on **LinkedIn** | Visit **lockelord.com**

---

**From:** Tenney, H. Straat
**Sent:** Monday, June 5, 2023 11:42 AM
**To:** 'Douglas Hartman' <dhartman@hartmanlawpc.com>
**Cc:** Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>
**Subject:** RE: Plaintiff's Depo


Doug, let us know your thoughts re production and Plaintiff's 30(b)(6) deposition date.


Best,

Straat

**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**

---

**From:** Tenney, H. Straat
**Sent:** Thursday, June 1, 2023 12:55 PM
**To:** 'Douglas Hartman' <dhartman@hartmanlawpc.com>
**Cc:** Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>
**Subject:** RE: Plaintiff's Depo

Doug,

We'd like to finalize timing of the parties' document production. We propose that the parties exchange documents on June 12. Does this work with Plaintiff? Please also let us know which witness(es) Plaintiff will use for the 30(b)(6) deposition, as well as the date of the deposition. If June 15 works, then we're fine with that date. Happy to speak by phone if it easier.

Best,

Straat

**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**

---

**From:** Tenney, H. Straat
**Sent:** Tuesday, May 30, 2023 11:53 AM
**To:** 'Douglas Hartman' <dhartman@hartmanlawpc.com>
**Cc:** Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>
**Subject:** RE: Plaintiff's Depo

Doug, see attached 30(b)(6) Notice of Deposition with list of topics. We've added June 15 date for the deposition as a placeholder. Look forward to your comments.

Best,

Straat

**H. Straat Tenney**
**Locke Lord LLP**
T: 212-912-2915

View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**

**From:** Douglas Hartman <dhartman@hartmanlawpc.com>
**Sent:** Tuesday, May 16, 2023 11:28 AM
**To:** Tenney, H. Straat <Straat.Tenney@lockelord.com>
**Cc:** Kelly, Elizabeth H. <Liz.Kelly@lockelord.com>
**Subject:** Re: Plaintiff's Depo

** External Email -- Sender: dhartman@hartmanlawpc.com **

Straat,

Will do.  Can you get me a list of topics?

Thank you,

Doug

**Douglas F. Hartman**
HARTMAN LAW, P.C.
10 Post Office Square
Suite 800 South
Boston, Massachusetts 02109
Phone:  617-807-0091
Fax:  617-507-8334
dhartman@hartmanlawpc.com
hartmanlawpc.com

*******************************************
CONFIDENTIALITY NOTICE:
The information contained in this e-mail message is privileged, confidential, and intended only for the use of the individual(s) and/or entity(ies) named above.  Any unauthorized disclosure, forwarding, copying, redistribution, or taking of any action in reliance on the contents of this email and any attachments therein, is strictly prohibited. Reliance on the information by any individual or entity other than the intended recipient shall not constitute an attorney-client relationship.  Receipt of this email and its contents by any individual or entity other than the intended recipient shall not constitute waiver of the attorney-client, or any other, privilege.

If you have received this transmission in error, please immediately notify us by telephone at 617-807-0091, referencing the sender, and delete all copies of this transmission.

HARTMAN LAW, P.C., Boston, MA


On Mon, May 15, 2023 at 8:38 PM Tenney, H. Straat <Straat.Tenney@lockelord.com> wrote:

> Hi Doug,
>
> Let us know dates in June that work for Plaintiff's 30(b)(6) deposition.

Best,

Straat

**H. Straat Tenney**

Partner
**Locke Lord LLP**
Brookfield Place

200 Vesey Street, 20th Floor

New York, New York 10281
T: 212-912-2915

View My **BIO** I Connect on **LinkedIn** I Visit **lockelord.com**





_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information, including our privacy notices and policies, visit www.lockelord.com

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

--

Douglas F. Hartman
HARTMAN LAW, P.C.
10 Post Office Square
Suite 800 South
Boston, Massachusetts 02109

Phone:  617-807-0091
Fax:  617-507-8334
dhartman@hartmanlawpc.com
hartmanlawpc.com

*******************************************

CONFIDENTIALITY NOTICE:
The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above.  Any unauthorized disclosure, forwarding, copying, redistribution or taking of any action in reliance on the contents of this email and any attachments therein, is strictly prohibited. Reliance on the information by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege.

If you have received this transmission in error, please immediately notify us by telephone at 617-807-0091, referencing the sender, and delete all copies of this transmission.

HARTMAN LAW, P.C., Boston, MA

--

Douglas F. Hartman
HARTMAN LAW, P.C.
10 Post Office Square
Suite 800 South
Boston, Massachusetts 02109
Phone:  617-807-0091
Fax:  617-507-8334
dhartman@hartmanlawpc.com
hartmanlawpc.com

*******************************************

CONFIDENTIALITY NOTICE:
The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above.  Any unauthorized disclosure, forwarding, copying, redistribution or taking of any action in reliance on the contents of this email and any attachments therein, is strictly prohibited. Reliance on the information by any individual other than the intended recipient shall not constitute waiver of the attorney-client privilege.

If you have received this transmission in error, please immediately notify us by telephone at 617-807-0091, referencing the sender, and delete all copies of this transmission.

HARTMAN LAW, P.C., Boston, MA